UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
HARRY NIEBERG, an individual, and
HARRY NIEBERG FUNERAL HOME INC., a                    Case No. 08 CV 00392
New York corporation,

               Plaintiffs,                    **RULE 7.1 STATEMENT**

      v.

NIEBERG MIDWOOD CHAPEL INC., a New York
Corporation; MIDWOOD MEMORIAL CHAPEL INC.,
a New York corporation,

               Defendants.
-----------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for

plaintiffs, Harry Nieberg, an individual and Harry Nieberg Funeral Home, Inc.,  hereby certify that

Harry Nieberg Funeral Home, Inc, a New York corporation, does not have any corporate parents,

affiliates and/or subsidiaries.

Dated:  New York, New York
        January 16, 2008

                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                          By: _____
                            Joseph Uvino, Esq. (JU-9152)
                            *Attorneys for Plaintiffs*
                            199 Water Street – Suite 2500
                            New York, New York 10038
                            (212) 232-1300

TO:

      Nieberg Midwood Chapel, Inc.
      1625 Coney Island Avenue
      Brooklyn, New York 11230

Midwood Memorial Chapel, Inc.
1625 Coney Island Avenue
Brooklyn, New York 11230