UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Harry Nieberg, an individual, and Harry Nieberg
Funeral Home Inc. a New York Corporation

         Plaintiffs,

Vs

Nieberg Midwood Chapel Inc., a New York Corporation,
and Midwood Memorial Chapel Inc., a New York
Corporation,
         Defendants.

Case No.
08 Civ. 00392

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On January 18, 2008 at 1:16 p.m. at 1625 Coney Island Avenue, Brooklyn, Brooklyn, NY 11230, I served the within SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, 3RD AMENDED INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL, GUILDLINES and PROCEDURES FOR ECF, JUDGE'S RULES and MAGISTRATES RULES on NIEBERG MIDWOOD CHAPEL INC.., defendant therein named, by delivering a true copy of same to PETER NIEBERG, designated agent.

The person served is a white male, brown/gray hair, 55-65 years old, 5'10"-6'0" in height, 200-210 pounds.

_Caswell Bryan_
Caswell Bryan
License No. 846846

Sworn to before me this
23rd day of January 2008

_[signature]_
NOTARY PUBLIC LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4...0593
Qualified in Westchester County
My Commission Expires January 13, 20 /0

**Legal***Ease*
*Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796