UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | | |
|---|---|---|
| HARRY NIEBERG, an individual, and<br>HARRY NIEBERG FUNERAL HOME INC.,<br>a New York corporation, | : | Case No. 08 CV 00392 (MGC) |
| Plaintiffs, | : | |
| v. | : | |
| NIEBERG MIDWOOD CHAPEL INC.,<br>a New York corporation, MIDWOOD<br>MEMORIAL CHAPEL INC., a New York<br>corporation, | : | **RULE 7.1 STATEMENT** |
| Defendants. | : | |

-------------------------------------------------------------- x

NIEBERG MIDWOOD CHAPEL INC.
and MIDWOOD MEMORIAL CHAPEL
INC., New York corporations,
Defendants and Counterclaim Plaintiffs,

v.

HARRY NIEBERG, and HARRY NIEBERG
FUNERAL HOME INC.,
Counterclaim Defendants, and
SHERMAN FUNERAL HOME INC.,
Additional Counter-Claim Defendant.

-------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants and counterclaim plaintiffs NIEBERG MIDWOOD CHAPEL INC. and MIDWOOD MEMORIAL CHAPEL INC. hereby certify that they do not have any corporate parents,

20713

affiliates and/or subsidiaries, except for HARRY NIEBERG & SONS INC.

Dated: New York, New York
February 11, 2008

>LICHTER GLIEDMAN OFFENKRANTZ PC
>551 Fifth Avenue
>New York, NY 10176
>(212) 867-7750
>Attorneys for Defendants and Counterclaim
>Plaintiffs
>
>By: _____
>　　　Ronald J. Offenkrantz (RJO 1334)
>
>ROSENBERG FELDMAN SMITH, LLP
>551 Fifth Avenue
>New York, NY 10176
>(212) 682-3454
>Attorneys for Defendants and Counterclaim
>Plaintiffs (Trial Counsel)
>
>By: _____
>　　　Michael H. Smith (MHS 4835)

TO:　LEWIS BRISBOIS BISGAARED &
　　　SMITH, LLP
　　　Attention:　Joseph Uvino, Esq.
　　　Attorneys for Plaintiffs
　　　199 Water Street, 25th Floor
　　　New York, NY 10038
　　　(212) 232-1300

　　　SHERMAN FUNERAL HOME INC.
　　　Attention:　Mr. Joseph Sherman, President
　　　1283 Coney Island Avenue
　　　Brooklyn, NY 11230