UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

HARRY NIEBERG, an individual, and
HARRY NIEBERG FUNERAL HOME INC., a
New York corporation

              Plaintiffs,

      v.

NIEBERG MIDWOOD CHAPEL INC., a New
York Corporation; MIDWOOD MEMORIAL
CHAPEL INC., a New York corporation.

              Defendants.

------------------------------------x

CEDARBAUM, J.

Case No.: 08 CV 00392 (MGC)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein that the time in which plaintiffs, HARRY NIEBERG, and HARRY NIEBERG FUNERAL HOME INC., may answer and/or move with respect to the counterclaims asserted in defendants' Answer in the above-referenced action be and hereby is extended to and including **March 17, 2008**.

_____
Joseph F. Uvino, Esq.
LEWIS BRISBOIS BISGAARD
& SMITH LLC
*Attorneys for Plaintiffs*
199 Water Street – Suite 2500
New York, NY 10038
Tel:  (212) 232-1300
Fax:  (212) 232-1399

_____
Ronald J. Offenkrantz, Esq. (1334)
LICHTER GLIEDMAN OFFENKRANT PC
*Attorneys for Defendants*
551 Fifth Avenue – 24th Floor
New York, NY 10176
Tel:  (212) 867-7750
Fax:  (212) 658-9424

DATED:  New York, NY
            February 28, 2008

So ordered

/s/
_____
U.S.D.J.  March 5, 2008

00020894