UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY NIEBERG, an individual, and HARRY NIEBERG FUNERAL HOME INC., a New York corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>NIEBERG MIDWOOD CHAPEL INC., a New York Corporation; MIDWOOD MEMORIAL CHAPEL INC., a New York corporation,<br><br>   Defendants. | Case No. : 08 CV 00392<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph F. Uvino, a member in good standing of the bar of the Court, hereby move this Court, as set forth in the Affidavit attached as Exhibit 1, for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | STEVEN A. GIBSON |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 400 South Fourth Street, Suite 500 |
| City/State/Zip: | Las Vegas, Nevada  89101 |
| Telephone: | (702) 893-3383 |
| Facsimile: | (702) 893-3789 |

| | |
|---|---|
| Applicant's Name: | JODI DONETTA LOWRY |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 400 South Fourth Street, Suite 500 |
| City/State/Zip: | Las Vegas, Nevada  89101 |
| Telephone: | (702) 893-3383 |
| Facsimile: | (702) 893-3789 |

| | |
|---|---|
| Applicant's Name: | ROBERT A. SCHAFFER |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 400 South Fourth Street, Suite 500 |
| City/State/Zip: | Las Vegas, Nevada  89101 |
| Telephone: | (702) 893-3383 |
| Facsimile: | (702) 893-3789 |

4844-5019-1874.1

STEVEN A. GIBSON is a member in good standing of the Bar of the States of Nevada and Illinois. JODI DONETTA LOWRY is a member in good standing of the Bar of the State of Nevada. ROBERT A. SCHAFFER is a member in good standing of the Bar of the State of Nevada. *See* respective Certificates of Good Standing attached as Exhibit 2.

There are no pending disciplinary proceedings against STEVEN A. GIBSON, JODI DONETTA LOWRY, or ROBERT A. SCHAFFER in any State or Federal Court.

WHEREFORE it is respectfully requested that this motion to admit Mr. Gibson, Ms. Lowry and Mr. Schaffer, *pro hac vice*, to represent Plaintiffs in the above-referenced matter, be granted.

Dated: March 6, 2008.
City, State: New York, New York

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Joseph F. Uvino, Esq. (JU-9152)
199 Water Street, 25th Floor
New York, New York 10038
(212) 232-13001
*Attorneys for Plaintiffs Harry Nieberg and Harry Nieberg Funeral Home Inc.*

TO:

Nieberg Midwood Chapel, Inc.
1625 Coney Island Avenue
Brooklyn, New York 11230

Midwood Memorial Chapel Inc.
1625 Coney Island Avenue
Brooklyn, New York 11230

4844-5019-1874.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF KINGS )

**Toni Serrant**, being duly sworn, deposes and says:

I am not a party to this action, I am over eighteen (18) years of age and I reside in the State of New York, County of Kings.

That on the 7th day of March, 2008, I served a copy of a **MOTION TO ADMIT COUNSEL PRO HAC VICE** upon the following:

> Nieberg Midwood Chapel, Inc.
> 1625 Coney Island Avenue
> Brooklyn, New York 11230
>
> Midwood Memorial Chapel Inc.
> 1625 Coney Island Avenue
> Brooklyn, New York 11230

by mailing same in a sealed envelope, via *U.S. Mail* within the State of New York.

_____
Toni Serrant

Sworn to before me this
7th day of March, 2008.

_____
- Notary Public -

DANIELLE SHAW
NOTARY PUBLIC, State of New York
No. 01SH6151041
Qualified in Kings County
Commission Expires ___8/7/2010___

4844-5019-1874.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY NIEBERG, an individual, and HARRY NIEBERG FUNERAL HOME INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NIEBERG MIDWOOD CHAPEL INC., a New York Corporation; MIDWOOD MEMORIAL CHAPEL INC., a New York corporation,<br><br>Defendants. | Case No. : 08 CV 00392<br><br>**AFFIDAVIT OF JOSEPH F. UVINO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Joseph F. Uvino, Esq., being duly sworn, herby deposes and says as follows:

1. I am an attorney with Lewis Brisbois Bisgaard & Smith LLP, the attorneys for Plaintiffs HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME INC., in the above-referenced matter. The matters stated herein are true and correct of my own personal knowledge, and if called upon, I could and would testify thereto.

2. I respectfully submit this affidavit in support of the motion of Steven A. Gibson, Esq., Jodi Donetta Lowry, Esq., and Robert A. Schaffer, Esq. to appear as counsel *pro hac vice* on behalf of Plaintiffs HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME INC., with respect to the above-referenced matter.

3. I was admitted to practice before the Bar of the State of New York on December 8, 1987. Additionally, I am admitted to practice before the United States District Court for the Southern District of New York.

4. I am a member in good standing of each of the bars to which I have been admitted, and have never been censured, suspended, disbarred or held in contempt by any court.

5. I have found Mr. Gibson to be a skilled attorney and person of integrity. He is familiar with Federal Practice and is familiar with the Federal Rules of Civil Procedure. Mr. Gibson has been licensed as an attorney since 1990, has been duly admitted to practice in the state of Nevada since October 1998, and is currently a member in good standing of the State Bar of Nevada and Illinois Bar.

6. I have found Ms. Lowry to be a skilled attorney and person of integrity. She is familiar with Federal Practice and is familiar with the Federal Rules of Civil Procedure. Ms. Lowry is an attorney duly admitted to practice in the state of Nevada since November 2001, and is currently a member in good standing of the State Bar of Nevada.

7. I have found Mr. Schaffer to be a skilled attorney and person of integrity. He is familiar with Federal Practice and is familiar with the Federal Rules of Civil Procedure. Mr. Schaffer is an attorney duly admitted to practice in the state of Nevada since October 2006, and is currently a member in good standing of the State Bar of Nevada.

8. Mr. Gibson is a partner with, and Ms. Lowry and Mr. Schaffer are associates with, Lewis, Brisbois, Bisgaard & Smith, LLP, located at 400 South Fourth Street, Suite 500, Las Vegas, Nevada, and are counsel representing the Plaintiffs in the above-referenced matter.

9. The undersigned knows of no fact that would call into question the integrity or character of Mr. Gibson, Ms. Lowry or Mr. Schaffer.

10. There is good cause to admit Mr. Gibson, Ms. Lowry and Mr. Schaffer to practice before this Court insofar as they has specialized knowledge of the matters at issue in this case. Mr. Gibson, Ms. Lowry and Mr. Schaffer have specialized knowledge and expertise in trade name infringement cases as involved in the case at bar. Therefore, Mr. Gibson's, Ms. Lowry's and Mr.

Schaffer's application *pro hac vice* to represent Plaintiffs in this case is in the best interest of justice and Plaintiffs.

11.    Accordingly, I am pleased to move for the admissions of Mr. Gibson, Ms. Lowry and Mr. Schaffer *pro hac vice* with respect to the above-referenced matter.

12.    I respectfully submit a proposed order granting the admission of Mr. Gibson, Ms. Lowry and Mr. Schaffer *pro hac vice* with respect to the above-referenced matter, which order is attached hereto as Exhibit 1-A.

WHEREFORE it is respectfully requested that the motion to admit Mr. Gibson, Ms. Lowry and Mr. Schaffer, *pro hac vice*, to represent Plaintiffs in the above-referenced matter, be granted.

Dated: March 6, 2008
       New York, New York

                                    Respectfully submitted,

                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By _____
                                       Joseph F. Uvino, Esq.
                                       SDNY Bar No. 9152
                                       199 Water Street, 25th Floor
                                       New York, New York 10038
                                       (212) 232-13001
                                       *Attorneys for Plaintiffs Harry Nieberg and
                                       Harry Nieberg Funeral Home Inc.*

Sworn to before me this
6th day of March, 2008

_____
        - Notary Public -

SHADENA MORANT-DANIELS
Notary Public, State of New York
No. 24-4986342
Qualified in Kings County
Commission Expires Sept. 9, 2009

4850-0495-4114.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Steven Andrew Gibson

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 29, 1990 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, February 05, 2008.

*Juleann Hornyak*
Clerk

# *State Bar of Nevada*

## *Certificate of Good Standing*

**IT IS HEREBY CERTIFIED** that Steven A. Gibson

(Bar Number 6656) was admitted by the Supreme Court of the State of Nevada

on 10/14/1998 and is an **Active** member of the State Bar of Nevada

in good standing and is duly licensed to practice law as an Attorney and Counselor

at Law in all courts of the State of Nevada.

DATED this Wednesday, February 20, 2008.



*Suzanne Walters*
*Member Services Assistant*
*State Bar of Nevada*

# State Bar of Nevada

## Certificate of Good Standing

**IT IS HEREBY CERTIFIED** that Jodi Donetta Lowry (Bar Number 7798) was admitted by the Supreme Court of the State of Nevada on 10/05/2001 and is an **Active** member of the State Bar of Nevada in good standing and is duly licensed to practice law as an Attorney and Counselor at Law in all courts of the State of Nevada.

DATED this Tuesday, February 12, 2008.



Suzanne Walters
Member Services Assistant
State Bar of Nevada

# State Bar of Nevada

## Certificate of Good Standing

**IT IS HEREBY CERTIFIED** that Robert A. Schaffer

(Bar Number 10215) was admitted by the Supreme Court of the State of Nevada

on 10/17/2006 and is an **Active** member of the State Bar of Nevada

in good standing and is duly licensed to practice law as an Attorney and Counselor

at Law in all courts of the State of Nevada.

DATED this Tuesday, February 12, 2008.



Suzanne Walters
Member Services Assistant
State Bar of Nevada

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY NIEBERG, an individual, and HARRY NIEBERG FUNERAL HOME INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NIEBERG MIDWOOD CHAPEL INC., a New York Corporation; MIDWOOD MEMORIAL CHAPEL INC., a New York corporation,<br><br>Defendants. | Case No. : 08 CV 00392<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Joseph F. Uvino, attorney for Plaintiffs HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME INC. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name:    STEVEN A. GIBSON
    Firm Name:    Lewis Brisbois Bisgaard & Smith LLP
    Address:    400 South Fourth Street, Suite 500
    City/State/Zip:    Las Vegas, Nevada  89101
    Telephone:    (702) 893-3383
    Facsimile:    (702) 893-3789

    Applicant's Name:    JODI DONETTA LOWRY
    Firm Name:    Lewis Brisbois Bisgaard & Smith LLP
    Address:    400 South Fourth Street, Suite 500
    City/State/Zip:    Las Vegas, Nevada  89101
    Telephone:    (702) 893-3383
    Facsimile:    (702) 893-3789

    Applicant's Name:    ROBERT A. SCHAFFER
    Firm Name:    Lewis Brisbois Bisgaard & Smith LLP
    Address:    400 South Fourth Street, Suite 500
    City/State/Zip:    Las Vegas, Nevada  89101
    Telephone:    (702) 893-3383
    Facsimile:    (702) 893-3789

are admitted to practice *pro hac vice* as counsel for HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME INC., in the above captioned case in the United states District Court for the

4824-3849-8818.1

Southern district of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules Governing discipline of attorneys. If this Action is assigned to the Electronic Filing System, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March ___ , 2008.
New York City, New York

By _____
United States District/Magistrate Judge

4824-3849-8818.1