Form 07 - CORPORATION

LICHTER,GLIEDMAN,OFFENKRANTZ PC
ATTN:
U.S.SOUTHERN DIST. COURT        NEW YORK COUNTY
------------------------------------------------------

| | | |
|---|---|---|
| HARRY NIEBERG, AN INDIVIDUAL AND | plaintiff | Index No. 08CV00392MGC |
| HARRY NIEBERG FUNERAL HOME,INC.ETC. | | Date Filed  ............ |
| - against - | | Office No. |
| NIEBERG MIDWOOD CHAPEL INC., A NEW | defendant | |
| YORK CORPORATION, ETANO | | Court Date:   /  / |

------------------------------------------------------

NIEBERG MIDWOOD CHAPEL INC. ETANO       third party plaintiff

            - against -
HARRY NIEBERG, ETAL                     third party defendant

------------------------------------------------------

     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**ABRAHAM FRANCO**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28th** day of **February, 2008**  at **11:28 AM.**,  at
    **1283 CONEY ISLAND AVE**
    **BROOKLYN, NY 11230**

I served a true copy of the
    **SUMMONS**
    **AND ANSWER AND COUNTERCLAIM**

upon **SHERMAN FUNERAL HOME INC.**
a **domestic corporation**, the  **COUNTER CLAIM DEF'T**  therein named by delivering to, and leaving personally with
        **ANDREW COTTONE, MANAGER AND MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **MALE**          COLOR: **WHITE**        HAIR: **BROWN**
        APP. AGE: **50**       APP. HT: **5:10**       APP. WT: **300**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
4th   day of  March,          2008k
JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

ABRAHAM FRANCO  1098333
AETNA    CENTRAL    JUDICIAL    SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7LGO113690