Mar 26 2008 1:50PM    LAW OFFICES    212 867-9045    P.2

03/26/2008 14:27 FAX 2129644506    LAWOFFICE BROADWAY    @002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HARRY NIEBERG, an individual and              Case No.: 08 CV 00392 (MGC)
HARRY NIEBERG FUNERAL HOME, INC.,
a New York corporation,

              Plaintiff,

    -against-                                STIPULATION
                                              AND
NIEBERG MIDWOOD CHAPEL, INC.,                 ORDER
a New York corporation and
MIDWOOD MEMORIAL CHAPEL, INC.,
a New York corporation,

             Defendant.
----------------------------------------X
NIEBERG MIDWOOD CHAPEL, INC.
and MIDWOOD MEMORIAL CHAPEL, INC.,
New York Corporations,

             Defendants and
             Counterclaim Plaintiffs,
    -against-

HARRY NIEBERG and
HARRY NIEBERG FUNERAL HOME, INC.,

             Counterclaim Defendant,
    -and-
SHERMAN FUNERAL HOME, INC.,

             Additional Counterclaim
             Defendant.
----------------------------------------X

        IT IS HEREBY stipulated and agreed by and between the undersigned attorneys for Defendants and Counterclaim Plaintiffs, Nieberg Midwood Chapel, Inc. and Midwood Memorial Chapel, Inc., and Additional Counterclaim Defendant, Sherman Funeral Home, Inc. ("Sherman"), that the time within which Sherman may answer or move with respect to the Counterclaim asserted

-1-

Mar 26 2008 1:50PM   LAW OFFICES                    212 867-9045           p.3
03/26/2008 14:27 FAX 2128844308        LAWOFFICE BROADWAY                  ☒003

against Sherman herein through and including April 21, 2008 *by hand*; and it is further

STIPULATED AND AGREED that this Stipulation may be executed and exchanged via telecopier.

Dated: New York, New York
       March 25, 2008


LICHTER GLEIDMAN OFFENKRANTZ, PC
Attorney for Defendants and Counterclaim Plaintiffs
NIEBERG MIDWOOD CHAPEL, INC.
and MIDWOOD MEMORIAL CHAPEL, INC.,
New York Corporations,
                Defendants and
                Counterclaim Plaintiffs,

by: _____
    Ronald J. Offenkrantz (RO 1331)
    551 Fifth Avenue
    New York, New York 10176


SAMUEL E. KRAMER, ESQ.
Attorney for Additional Counterclaim Defendant
SHERMAN FUNERAL HOME, INC.

by: _____
    Samuel E. Kramer (SK 6948)
    225 Broadway - Suite 3300
    New York, New York 10007

S/

SO ORDERED:

_____
HONORABLE MIRIAM GOLDMAN CEDARBAUM, U.S.D.J.

March 27, 2008

-2-