UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

HARRY NIEBERG, an individual, and          :        Case No. 08 CV 00392 (MGC)
HARRY NIEBERG FUNERAL HOME INC.,
a New York corporation,                    :

                              Plaintiffs,  :

                 v.                        :        **AFFIDAVIT IN OPPOSITION
                                                    TO PRELIMINARY
NIEBERG MIDWOOD CHAPEL INC.,               :        INJUNCTION MOTION**
a New York corporation, MIDWOOD
MEMORIAL CHAPEL INC., a New York           :
corporation,
                                           :
                              Defendants.

------------------------------------------------------------- x

NIEBERG MIDWOOD CHAPEL INC.,               :
and MIDWOOD MEMORIAL CHAPEL                 :
INC., New York corporations,
Defendants and Counterclaim Plaintiffs,    :

                 v.                        :

HARRY NIEBERG, and HARRY NIEBERG           :
FUNERAL HOME INC.,
Counterclaim Defendants, and               :
SHERMAN FUNERAL HOME INC.,
Additional Counter-Claim Defendant.        :

------------------------------------------------------------- x


STATE OF NEW YORK      )
                        )ss.:
COUNTY OF KINGS         )


        PETER J. NIEBERG, being duly sworn, deposes and says:

        1.      I am the grandson of HARRY NIEBERG, who, more than seventy years ago,

succeeded to the ownership of the funeral home now operated by my brother, STANLEY

NIEBERG, and me located at 1625 Coney Island Avenue, Brooklyn, New York.

2.      My brother, STANLEY, and I are fifth generation owners and operators of the funeral home, whose business was started by our great, great grandparents in the Civil War era at a location then situated on Benjamin Street and later on Ludlow Street in Manhattan.

3.      The family business, which we now operate, goes back more than one hundred fifty years and assumed the NIEBERG name more than seventy years ago, when HARRY NIEBERG succeeded his predecessors-in-interest and did business under the name and then changed it more than seventy years ago when he expanded his funeral services to a chapel in the Midwood Section of Flatbush, Brooklyn, where he did business under the name HARRY NIEBERG & SONS. The sons referred to my father and uncle. That change was made before I, STANLEY or our brother, HARRY, were even born.

4.      My brothers, STANLEY and HARRY, and I became equal shareholders of the entities operating the funeral home in 1996. HARRY admits to never having, any involvement in the day-to-day operations of the funeral parlor after 1990. He did receive, from 1990 through 2006, the same perquisites of employment as STANLEY and me.   HARRY was never responsible for any operations of the funeral business.

5.      At the time STANLEY and I began operating the funeral home, we continued to use the name HARRY NIEBERG & SONS as well as NIEBERG MIDWOOD CHAPEL INC. and we used both of those names on the funeral chapel itself and in documents, mailings, advertising, both local and in interstate commerce, since we performed, and continue to perform services in connection with our Florida clients, Israel burials, and other tri-state activities including numerous burials occasioned by deaths in New Jersey, Connecticut, as well as New York. We have, and continue to advertise in the Yellow Pages in Florida and, during the period had satellite offices in various places outside the State, including in Florida.

6.    The history of the NIEBERG family as well as the manner in which the names NIEBERG MIDWOOD CHAPEL INC. and HARRY NIEBERG & SONS have been, and now are used, was attached as Exhibit B to the Counterclaim in this action and is attached hereto for the convenience of the Court as Exhibit 1.  Additional photographs and representative samples of uses made of those names, both locally and in interstate commerce, including photographs of the hearses which we operate across state lines bearing those names, which we have used and currently use in interstate commerce are collectively attached as Exhibit 2.

7.    At no time has our brother, HARRY, advertised, promoted, used or attempted to use the name HARRY NIEBERG, his given name, in the funeral business.  Instead, he has devoted his time, his energies and his monies to breeding of horses and racing horses in various harness racing venues including, but not limited to, Monticello Race Track and other tracks in New York, Maryland, Canada and elsewhere.  To the extent his name is known to anyone, it is only in connection with the trotters.  It was never known as the source of any livelihood in the funeral business.  During those years, HARRY owned, individually and with others, more than one hundred horses, sometimes twenty or more at one time, all of whose names I have identified on Exhibit 3, to which I have also attached website printouts from the U.S. Trotters Association showing HARRY's involvement with the trotters as late as December 21, 2007, the same day his Nevada attorneys sought to represent him in the Supreme Court, Kings County, after SHERMAN hung the corporate plaque "HARRY NIEBERG FUNERAL HOME INC." on its front door and HARRY threatened to allow SHERMAN to use the name in competition with us.

8.    The name under which the NIEBERG family funeral business was conducted and under which it is still conducted was and is NIEBERG MIDWOOD CHAPEL INC. and HARRY NIEBERG & SONS.  HARRY has no sons and to my knowledge, is not claiming that he is the HARRY NIEBERG whose name appears on our building.

21150                                   3

9.    While my grandfather, HARRY, was alive, it was also my grandfather's name which was always associated with the funeral home and it was my grandfather who twice was elected as President or Officer of the Jewish Association of Funeral Directors, a nationwide organization of funeral directors, and an organization with which my brother, HARRY, had and has no connection.

10.    There is submitted together with this Affidavit, Affidavits from prominent people expert in the funeral industry, including MELVIN BURG, a renowned Rabbi in Brooklyn and Executive Vice President of the Rabbinical Board of Flatbush, RICHARD ADLMAN, a well known and major supplier of caskets to funeral homes in the tri-state area; MICHAEL MIRABELLO, a livery owner active in the tri-state area, who supplies hearses and other rolling stock to the funeral industry, and of one of our competitors, EDWARD WEINSTEIN, all of whom attest to the fact that NIEBERG and HARRY NIEBERG & SONS are "synonymous" with the funeral business and the funeral home operated by STANLEY and me on Coney Island Avenue, Brooklyn.  I have also attached as Exhibit 4 website printouts and other material, including a newspaper article appearing in The New York Times in 1999, before the buyout of my brother HARRY's interest in 2006 recognizing that the funeral business on Coney Island Avenue is conducted by STANLEY and me, not HARRY.

## SOME HISTORY OF THE DISPUTES WITH HARRY

11.    In 2004, a dispute arose between my brother STANLEY and me on the one hand and HARRY on the other, arising out of the fact that HARRY insisted on receiving the same perquisites as we, although performing no services; that HARRY expected us to pay and continue paying for his trotter related endeavors and the tax consultant he used in connection with his harness racing business as well as gas, tolls, and other payments paid directly by us or charged to our corporate credit card totaling substantially more than $1,000 a month and we

refused to do that. HARRY thereupon instituted dissolution proceedings to dissolve the entities operating the funeral home in the Supreme Court, Kings County, and demanded that the corporate assets be sold.

12.    Rather than promoting the NIEBERG name in the funeral industry, my brother HARRY sought to destroy our funeral business. Both in and out of the dissolution proceeding, he leveled attacks against us, our mother, GERTRUDE NIEBERG, for assertedly having acted to HARRY's detriment using – outside of the Courthouse - four letter words and other unprintable depictions of our mother, which are the antithesis of family unity or respect for the NIEBERG name.

13.    The dissolution action was not resolved by a decree. It was settled without any appraisal of the value of HARRY's shares, without concessions of any liability on the part of any one, with each party represented by counsel of his own choosing.

14.    HARRY was paid $2,500,000 and other benefits, including consulting fees, pension distribution, and New Jersey graves owned by us for his personal and not commercial use.

15.    My brother, STANLEY and I, retained the funeral business, maintained both the name HARRY NIEBERG & SONS on our literature, hearses, interstate and other mailings, and, on the building itself. STANLEY and I have now committed more than $100,000 to repair, improve and restore the building to its former glory under the names, NIEBERG MIDWOOD CHAPEL INC./HARRY NIEBERG & SONS with the intention to proudly display those names. HARRY insofar as we knew, and as reflected on the U.S. Trotting Association website, devoted all his time and energies, and presumably the money he received from us, to the trotters. Until

October 2007, neither I nor STANLEY ever heard anything at, from or about HARRY in the funeral industry.

## HARRY'S POST BUYOUT CONDUCT

16.    A number of disputes arose after HARRY was paid the agreed upon $2,500,000 consideration, the consulting fee, and received the graves for his personal use in New Jersey in September 2006.

17.    Without any editorial comment, there is attached hereto and marked Exhibit 5 copies of the pleadings in the various actions in the Supreme Court, Kings County, in which HARRY raised the issue of his status as a beneficiary under an asserted insurance trust which he alleged was created by our mother, GERTRUDE, the action instituted by us against HARRY involving the use of the name HARRY NIEBERG in competition with us, as to which HARRY's Nevada attorneys moved for admission pro hac on December 21st, and the latest proceeding instituted by us to vacate judgments secured by confessions of judgment securing our obligation to pay HARRY his pension benefits which were entered by HARRY after those pension benefits were paid.  No answering papers have yet been filed by HARRY on that latest action and his attorneys asked for and were granted an extension of the return date to April 10, 2008.

## THE MISSTATEMENTS IN HARRY'S AFFIDAVIT

18.    There is attached hereto as Exhibit 6, the just received letter, under seal, from the New York State Department of Health, Bureau of Funeral Directing, attesting to the fact that HARRY NIEBERG FUNERAL HOME INC. was not, and is not now, registered with the Department of Health.  Contrary to the statements made in HARRY's Affidavit, he did not, according to information received by me from the Department of Health, commence the licensing process. He asked for and was sent an application which I am told he never returned.

19.    HARRY has stated that we interfered with his business dealings with SHERMAN in October 2007 and that SHERMAN refused thereafter to have any dealings with him. That statement is untrue.    In January 2008, a long term client of our funeral home, PEARL HOLLENBERG, suffered the death of her sister, and called Verizon Information to secure our, not HARRY's, telephone number.    MS. HOLLENBERG was misdirected to HARRY and SHERMAN provided a graveside service for which the HOLLENBERG family was billed more than $6,000. MS. HOLLENBERG expressed to us her distress in the misrepresentation and how distraught she was by the fact that SHERMAN had conducted the service and not us. I have obtained a copy of the Death Certificate for MS. HOLLENBERG's kin, which is attached hereto as Exhibit 7, which shows that the funeral establishment which made the arrangements was the purported "licensee" "SHERMAN's FLATBUSH MEMORIAL CHAPEL INC." The fact is, that HARRY continues to advertise his name and the name of his unregistered entity, HARRY NIEBERG FUNERAL HOME INC. at the SHERMAN address and SHERMAN, which has not submitted any affidavit on this motion, has apparently permitted him to do so.

20.    I have been advised and believe that it is we, the defendants, who have achieved secondary meaning in the use of the name HARRY NIEBERG & SONS and NIEBERG MIDWOOD CHAPEL INC. and that HARRY's moving Affidavit sets forth no facts which would permit the Court to conclude that a person who never advertised his name in the funeral industry at any time in the past, and who incorporates for the first time in July 2007, and does not register his corporate entity with the Department of Health and who never uses his name or that of his newly created entity in either local or interstate commerce has acquired secondary meaning in his name.

21.    HARRY has told various people in the industry, including suppliers and Rabbis not to deal with our funeral home. He has told our livery supplier, "You are betting on a losing

horse." HARRY called RABBI MELVIN BURG, impersonating myself, saying "Help Rabbi, the police are coming to get me" trying to discredit me. Also he called RABBI PROSPER MURCIANO and told him not to deal with us. All this is an addition to lies and slander that he told to countless relatives and friends.

For the reasons set forth above, it is respectfully requested, that HARRY's motion be in all respects denied and that we be reimbursed our counsel fees and expenses for opposing this motion.

PETER J. NIEBERG

Sworn to before me this

4th day of April, 2008.

Notary Public

RONALD J. OFFENKRANTZ
NOTARY PUBLIC-STATE OF NEW YORK
No.02OF2944740
Qualified in New York County
My Commission Expires October 31, 2009

21150                                  8

"A Ministry of Solace"



# Register



MIDWOOD
Memorial Chapel, INC.

HARRY NIEBERG & SONS
Funeral Directors

1625 CONEY ISLAND AVE.
Brooklyn, N. Y.
ESplanade 7-2700



## HARRY NIEBERG & SONS
### Funeral Directors

■

*Funeral services and final rites held at the Midwood*
*Memorial Chapel are conducted with the utmost dignity and*
*reverence, and will long remain a sacred cherished memory.*

1625 CONEY ISLAND AVE.
BROOKLYN, N. Y.

*Telephone:*
ESPLANADE 7-2700



OCTOBER 2007

## You may call us for

- **Graveside Services**
- **Shipping to Israel**
- **Pre - Arrangements**
- **Monuments**

### 718-377-3047

NIEBERG
*Midwood Chapel, inc.*

**1625 CONEY ISLAND AVENUE**
(Corner Avenue M)
**BROOKLYN, NEW YORK 11230**
**718 377-2700**

Outside of New York
**800-396-9105**

## 2004 - 2005

Pocket Appointment **Planner**

NIEBERG
*Midwood Chapel, inc.*

---

**Nieberg Midwood Chapel, Inc.**
1625 Coney Island Avenue
Brooklyn, NY 11230
**718-377-2700**

### 2005

**JANUARY**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**FEBRUARY**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28

**MARCH**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**APRIL**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**MAY**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**JUNE**
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**JULY**
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**AUGUST**
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**SEPTEMBER**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**OCTOBER**
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**NOVEMBER**
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**DECEMBER**
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31



PHONE ORCHARD { 3600 3601 3602 }

BRANCH
10159 - 117TH STREET
RICHMOND HILL, L. I.
TEL. CLEVELAND 5227

**Harry Nieberg** *Inc.*

UNDERTAKERS AND FUNERAL DIRECTORS

OFFICE AND FUNERAL PARLORS

GRAVES AND SINGLE
PLOTS SECURED AT
ALL CEMETERIES

**141 LUDLOW ST.**
BET. STANTON & RIVINGTON STS.
NEW YORK



EXISTING CONDITION 8/88

## TO

# Harry Nieberg & Sons, Inc.

### New York,   New York

in grateful appreciation on the

## 30 TH ANNIVERSARY

of the opening of your account with

# MANUFACTURERS HANOVER TRUST COMPANY

During these years it has been our pleasure to observe your splendid progress and we consider it a privilege to have been permitted to serve you. To mark this significant milestone, we present this token of our esteem.

*R.H. McPhillips.*
Chairman of the Board

*P. H. Milner*
Executive Vice President

*J.W. Iseltear*
Assistant Vice President

*Gabriel Hauge*
President

*Charles S. Bishop*
Senior Vice President

### January, 1969

BEYER STUDIO, N.Y.C.





Free matzoth for the coming Passover. Needy residents of the East Side received aid of the Texarkana Democratic Club.

# CASKET *and* Sunnyside

## JULY, 1940



MIDWOOD MEMORIAL CHAPEL, UNIQUE BROOKLYN BRANCH OF MANHATTAN'S
HARRY NIEBERG & SONS, CROWNS CENTURY - OLD HISTORY AND PROGRESS
*(See feature this issue)*



Entrance and Reception Lobby—The decorative scheme of the Midwood Memorial Chapel achieves the cheer and warmth of the modern *motif*, yet also reflects a feeling of serenity

# New Nieberg Mortuary Climaxes Four Generations of Outstanding Service

Century-old Manhattan Pioneer and Leader Dedicates Midwood Memorial Chapel, new Brooklyn Unit . . . . History of Organization Spans Development of Profession Since Earliest Days . . . Community Friendships and Contacts of Ante-Bellum Days Provided Foundation for Subsequent Expansion and Present-Day Activities.

*As told to P. N. Rothe*
## By BEATRICE (PETE) NIEBERG



THE history of the founding and development of the first Jewish "undertaking" establishment in New York City, eminently conducted today by the direct descendants of the founder under the title of Harry Nieberg & Sons, is a veritable chronicle of a century of human progress and advancement in the nation's greatest metropolis. This record of one of Manhattan's earliest mortuaries traverses the entire mosaic of professional achievement and enhancement in services to the dead and to the living. Yet underlying this history of the efforts of four generations, the greatest satisfaction of all no doubt rests in the fact that the men and women who thus labored looked beyond their own selfish interests of serving a hugely surging population. They contributed substantially to the furtherance of their profession, to the methods and ideals that have made the profession what it is today. The recent opening of the Midwood Memorial Chapel, now

Sons, epitomizes the other end of the long road that began in the days when Abe Lincoln, the rail splitter, was destined to lead a nation out of the degradation of human slavery.

Abe Lincoln was a candidate for president of the United States, and "slavers and abolitionists" represented the contending political factions of the day, when Benjamin Rosenthal established in Elizabeth street the first Jewish funeral home in New York city. New York then had not even been dubbed "little old New York," and water actually flowed through the canal of Canal street, which today is jammed with motorized traffic spanning the lower reaches of Manhattan Island. The streets then seemed barren except for playing children, and the horse-drawn fire engine, ambulance or funeral procession was an occurrence of special significance. "Uptown" then was Twenty-third street—folks knew all other folks,



**Founder BENJAMIN ROSENTHAL**



**ISAAC ROSENTHAL, son of the Founder**

located at 141 Ludlow street, on the very site where now are the Manhattan headquarters of Harry Nieberg & Sons.

His career was as interesting and colorful as his personality, and clearly reflected the human side of life in the community. He believed true friends and sound horses were all any man could ask for, and he was friend to both. Humanity could boast of no finer example.

"Ike," as he was called by both young and old alike with the warmth and familiarity of an old friend, could always be found listening to someone's tale of woe or joy, or spinning a yarn of his own. His keen sense of humor and his great love of life, whether it be man or beast, won him the respect of those who came within his sphere of activity.

His own profession afforded Isaac his greatest interest. It offered fine material for his stories. Gifted with the soul of a bard, he gloried in the progress made by his profession from his father's day to his, and told of it many times. He recalled that his father had told of packing bodies in snow in the winter to conserve ice. Embalming had still not been practiced, except at the front during the Civil War, when bodies had to be shipped long distances. Embalming at best then was crude and practiced only out of dire need for the sole purpose of preservation, without a thought to the cosmetic effect. Arterial embalming had not yet been practiced, and the trocar and a bottle of camphorated spirits of wine or a compound of aluminum acetate and aluminum sulphate, were the embalmer's complete equipment.

Isaac Rosenthal told of his father taking the first body to Bayside cemetery in Woodhaven, and was proud of having made the first interment in Mt. Zion cemetery in far away Maspeth. That was a wilderness then. He repeated many times his experience of leading a

funeral to Washington cemetery in a horse-drawn sleigh because the snow made the trip to the suburbs of Brooklyn impossible for hearse and horse.

The public then had not been educated to avail themselves of the use of a chapel or funeral home. Since most interments were made from the decedent's residence, "Ike" Rosenthal had little need for anything more pretentious than an office, large enough for his personal use, a stable for his stock and rigs, and a storeroom for his paraphernalia. The few cases that did not leave from the home were laid out in the rear of the office and services conducted there, amid the ringing of telephones and prancing of horses in the adjoining side of the building.

His business thrived, despite the lack of facilities as we know them today, but his one lament was not having a son to follow in his footsteps. Each of his four daughters worked with him for a while, but marriage soon retired them

that Benjamin Rosenthal, who theretofore had used his wagon as a moving van and headquarters for his ice business, conducted between hauls, decided to become an undertaker. Perhaps he had supplied the ice for the preservation of the deceased, the only method practiced at that time; or perhaps he had carried coffins on some of his hauls. At any rate, recognizing his aptitude, and realizing the need for a Jewish undertaker in the community, he went into the funeral business.

Thus Benjamin Rosenthal, young immigrant boy, who had sailed for three months to reach America from Germany, changed his status from that of moving man and ice boy to that of undertaker. By the close of the Civil War, with its deplorable toll of dead, young Rosenthal found himself well seasoned and established. He was looking forward to the day when his small sons would take their places beside him. Of his family of three sons and four daughters, Isaac, who was born in 1857, in Mott street, now the heart of Chinatown, proved most adept in following his father's adopted profession.

Isaac's assiduousness was a dominant characteristic from early youth. He would conduct the business while his father traveled west to Mississippi to buy "green horses" for the livery equipment, which had grown considerably since the moving-van days.

Isaac Rosenthal gradually undertook full responsibility of the business, and when his father passed away in 1880 he already had earned a reputation of his own within the profession. During his career he moved several times, keeping, however, within the radius of a few blocks. His locations had such romantic names as "Cow Alley," from whence he established on a site now used by the Williamsburg bridge. With the coming of the bridge, he left his premises to occupy the Dewey stables, a spot familiar to all citizens at that time. Finally he

# Harry Nieberg & Sons

announce the opening of

# MIDWOOD MEMORIAL CHAPEL

*Brooklyn's newest funeral home*

Air conditioned and modern in every detail. Large and small chapels to meet individual needs. Various and spacious reposing rooms with their home-like atmosphere add to the beauty and reverence befitting the sanctum of last repose; a source of solace to our loved and loving ones . . . At a cost dependent on your own desire.

Our high standards of service have been developed by four generations throughout the last 100 years.

*Open for inspection 3-10 P. M. Sunday, March 10*
*1625 Coney Island Avenue (cor. Avenue M)*
*Brooklyn, N. Y.—ESplanade 7-2700*

One of the newspaper announcements featuring the formal opening (*New York Times*)



The Midwood Chapel, air-conditioned and sound equipped, will accommodate 350 visitors.

all. Lillian Rosenthal, the second oldest, and of the third generation, spent the longest time in the business. Her fiance, Harry Nieberg, a building contractor by trade, was obliged to offer his services to his prospective father-in-law when the occasion demanded it. Commencing with the driving of a coach and the casketing of a body, to the complete charge of directing a funeral, Harry Nieberg soon became indispensable to the Rosenthal organization.

Indeed, Harry Nieberg showed remarkable ability and fitness from the first. He applied himself as naturally as if he had been in the business for many years. This was a constant source of contentment and pleasure to Mr. Rosenthal, who by now had become Mr. Nieberg's father-in-law. During his middle years Mr. Rosenthal became ill and needed a younger man to relieve him of some of the responsibilities. At the close of 1914, Mr. Rosenthal submitted to an operation and left the running of his establishment solely in the hands of his son-in-law. Mr. Rosenthal retired from the business with the knowledge that his reputation for professional competence and service, built by two generations, would not be lost or dissipated by his absence. It was with profound grief that the community learned of Mr. Rosenthal's death in 1915. He was an honest man and true friend—he had served humanity well.

In 1915 Harry Nieberg, then a young man of 24, found himself the chief executive of an undertaking and livery establishment—a rich background behind him and a challenging future before him. His inherent qualities of leadership aided his drive for progress. His first campaign was to affect some important changes in the physical appearance of the establishment. The partition that made part of the office a storeroom for feed and oats had to be removed, so that all space available could be utilized for chapel purposes, to accommodate fifty people instead of





The Niebergs pioneered the use of motorized funeral equipment in Manhattan. The units above depict two stages in the development



**ISAAC NIEBERG, great-grandson of the founder**

twenty-five. The makeshift chapel in the rear of the office took on a more dignified air. An undertaker's store front replaced the old brick wall. The elaborate cabinet that displayed a hearse-horse harness and set of nets, the crest and pride of every livery man, had to leave, as did the era it represented. The automobile had already made its appearance.

The old-timers looked with doubt upon a motor hearse as a vehicle of practicality. It could never be relied upon to reach a cemetery, they said. Youth, however, recognized the writing on the wall and in 1916 Harry Nieberg proudly presented his Ford motor wagon, the first of its type in Manhattan, which he incorporated into his horse-drawn livery. Odd stable mates they were, indeed, and before very long the complete metamorphosis had to be effected. Mr. Nieberg's first fleet consisted of 1917 Pierce-Arrows, comprising hearses, flower cars and an ambulance. This change necessitated the fire-proofing and remodeling of the stable to meet the requirements of auto equipment. Along with the stable alteration, Harry Nieberg decided upon a new chapel on the floor above, which would enable him to conduct two funerals at the same time. The alteration had not long been completed before the influenza epidemic and the return of some of the World War dead changed the appearance of the room from that of a funeral chapel to something that more resembled a warehouse. Both soldiers and flu victims were arranged in every space available. The winter was bad, and funeral processions had to be dispensed with. Hearses, wagons and even flower cars, made daily trips to the cemetery with as many bodies as could be carried by each. An average of

twenty-three interments a day, in addition to the livery he supplied to other funeral directors, tested Harry Nieberg's ability to the utmost.

Through the years Harry Nieberg proved himself a true friend of the people in the community. They came to depend upon him in their sorrows and losses, and they looked also to him for support in their lesser problems. He and his establishment became a pillar in their society, to which all, regardless of color, race or creed, turned. Whether domestic problems or financial problems, for advice or moral support—he was regarded as the man to call upon. He was one of them, and they were his people. They were people who acted according to the dictates of their hearts, whose faith and trust he had earned and cherished. They began to call him the "Big Fellow," not only because of his stature, but because that was the way they could best describe him.



**EDWIN NIEBERG, also of the fourth generation**

No interment in the community, or none in the entire city that he learned about in time, ever went to Potters Field. On a particular occasion, a destitute Catholic was to be interred in a nameless grave, until Harry Nieberg claimed the body and arranged a burial according to the strictest ritual of the faith. This so impressed the clergy of the faith that they publicized the incident, to the extent that funds were sent for the destitute family from all parts of the country.

Not only in his own line of endeavor, but in other ways, such as the distribution of baskets to the needy at Easter and through donations to all whose cause was worthy, did Mr. Nieberg prove himself a benefactor. His business policy was directly inclined with his social activity, and we find him as apt a leader in his profession as he is in his

community.

In 1922 Harry Nieberg introduced in New York the first "White Angel Hearse." This particular vehicle dealt the death-blow to all horse-drawn livery. So great was its demand that funerals were postponed and scheduled according to such time as it was available. It was the only one of its kind in the city until 1924. Harry Nieberg also was one of the first, in 1927, to change his stock from glass-side to limousine hearses; again in 1937 he introduced the first side-loading hearse to the city.

Despite the many minor improvements made from time to time, Mr. Nieberg looked forward to new quarters. In 1930 he contracted for the erection of a new structure on Ludlow street. At considerable cost he completed the most modern steel and concrete structure of that time. Aside from its garage space for seventy-five cars, it had a funeral chapel planned and designed specifically for mortuary use. He also instituted a mortuary room, a showroom and a slumber room to meet the demand for better services. It embodied conservative, heavy funeral drapings and appointments, as did all chapels at that time, and with its Gothic, cathedral-type front, it presented a sanctum of dignity in most accented form.

Mr. Nieberg was not only interested in improving the physical appointments of his funeral chapel, but also in raising the standards and in modernizing the practices of his clientele, in their execution of the last rites of the deceased. He represented New York on the committee that convened in Cincinnati, the Rabbinical seat of the country, to have embalming of the Jewish dead sanctioned by the men of the cloth.

With the turn of the decade and the coming of 1940, Mr. Nieberg decided to branch out and build a chapel that



**BEATRICE NIEBERG, collaborator in this presentation**



By means of accordion-type sliding doors (Modernfold), the three adjoining slumber rooms shown here may be converted into units of one or two rooms. Compactness of quarters makes this feature most advantageous

would meet the public's latest demands for modern facilities. Especially did he want this branch for his two sons, who had by now grown to manhood and were ready to take their places beside him. Isaac Nieberg, the namesake of his grandfather, who is a licensed embalmer and funeral director, is already active in the business. Edwin, who is finishing his education, serves his apprenticeship after school hours. His daughter, Beatrice, is a licensed funeral director and is active in the firm, as her mother had been before her. History has repeated itself for the fourth generation.

The Midwood Memorial Chapel, as the new branch is called, is located in the Flatbush section of Brooklyn. It not only reflects a modern style in architecture and appointments, but emphasizes the best forms. The plans efficiently utilized a limited amount of space, with the compactness of arrangement affording the greatest convenience for preparation and comfort of the bereaved. The structure, originally a "taxpayer" of 45 by 124 feet, and built in "L" shape, was converted into a funeral home of uncommon charm. A modern



The spacious family or mourners' room immediately adjacent the chapel left front



The Midwood Chapel is air-conditioned throughout; here the women's powder room, just off the main lounge

front of limestone block and chromium grilles, with simplicity as its keynote, was selected in preference to the tomb-like Gothic architecture, as may be observed in the front cover illustration.

The entrance from the street opens onto a lobby, where cheer and warmth are the first impressions. The plum and gray flower-patterned carpeting complements the pearl-gray troweled walls and oak woodwork. Almost directly in the center of the lobby is the entrance to the chapel, spacious enough for 350 persons, yet with a four-foot center aisle carpeted in harmony with the lobby. Here again pearl-gray English troweled walls set off the oak pews and altar. The indirect lighting from behind the palms at the front of the chapel and from the pulpit itself, along with the mellow strains of the organ, give an aura of peace and dignity that "streamlining" has enhanced rather than destroyed. An oak door to the front left

of the chapel slides into the wall and opens into a mourners' room where the family, if they so desire, may see and hear the services conducted in the chapel. A rich mulberry carpet acts as background for the cheerful, home-like furnishings typical of an ordinary living room.

Adjacent to the seventy-one feet of the chapel is a hall from which three slumber rooms are accessible. All have the rich appointments of the most comfortably styled living quarters. The soft tones of the easy chairs and the mellow glow from the lamps present a picture of serenity and a haven of solitude and repose that the occasion so imperatively demands. These three rooms, each 24 by 11 feet, are connected by accordion-like (Modernfold) doors of gold velvet, which may be opened to accommodate more comfortably those who have come to pay their last respects. This planning not only makes each room individual, with its separate entrance from the foyer, but makes greater elasticity in meeting the individual needs of a family. The three rooms, when converted into one, may serve as a small chapel and will seat more than a hundred. The first and third of these rooms have lavishly draped alcoves in which the deceased is laid out and may be viewed or shut out of sight by the draw curtain designed for that purpose. Another advantage of the alcoves is their adaptability to direct lighting effects on the couch from the ceiling rather than from lamps or other adjustable effects. The first floor also includes a small office with its switchboard connections to all parts of the building, including the slumber rooms. In the rear of the first floor and at right angle to the chapel and slumber rooms, is a hallway leading to the preparation room and loading facility on the side street. This arrangement utilizes the physical condition of an "L" shaped building to its best advantage, by permitting the loading of a hearse out of view of the mourners, and conversely, permitting the entrance of bodies directly into the mortuary room. A complete air-conditioning unit and the latest type of sound system have been included for maximum comfort and services.

The lower level of the Midwood Memorial Chapel, to which entrance is gained down a sweeping circular stairway, studded with palms and ferns along an iron grille, has as its first feature a spacious, beautifully appointed general lounge. Two adjoining rooms at the left, adhering to the decorative scheme of the main lounge, house the private quarters for men and women, the latter with an ante-chamber serving as a powder room. The private office of the management, a large showroom and an additional slumber room complete the room arrangement of the lower level. Ample storage rooms and quarters for the heating and air-condi-



The main casket showroom, on the basement level, was especially arranged for lighting and display effects



This fifteen-unit fleet of the Nieberg interests serves not only the two Nieberg mortuaries but also is depended upon by many other establishments in the metropolitan area

tioning plants, occupy the entire depth of the lower premises, along one side. The accompanying illustrations present partial views of the establishment, in which the great-grandsons and great-granddaughter of founder Benjamin Rosenthal evidence such a deep, personal pride.

The two formal openings of the Midwood Memorial Chapel were staged in March. One of these, arranged especially for the profession, was attended by hundreds of New York's funeral directors. The occasion gave some indication of the esteem in which the Nieberg organization is held by fellow operators. The public opening also attracted a wide attendance from all sections of the five boroughs. Attractive advertising in the local press featured a cordial invitation to this dedication of the new mortuary.

Founder Benjamin Rosenthal perhaps never envisioned the present-day proficiency of the "undertaking" business he founded more than a hundred years ago in old Manhattan. It is certain, however, that the precepts and principles adopted and fostered by him in this other age contributed to the staunch foundation upon which three succeeding generations have builded so well and so honorably.

## Congratulations to

# HARRY NIEBERG & SONS

❀

### With this feature presentation
### of the

## MIDWOOD  MEMORIAL  CHAPEL

we are reminded of the privilege and pleasure we have had in providing the furnishings and in assisting in the decorative scheme of your new Brooklyn Branch.

## BAILEY CHAIR & SUPPLY CO., Inc.

### 38 Park Place       New York City

*Complete  Line  of  Funeral  Supplies  and Furnishings for Funeral Homes and Chapels*

## MIDWOOD MEMORIAL CHAPEL, INC.

### *Endorses*



# The Seal Lock
# Concrete Vault

In the beautifully equipped, modern, up-to-date showroom of the Midwood Memorial Chapel you will find the Seal Lock samples occupy a very prominent space where all may note their superior structure and fine workmanship. Ask to see the illustrated Seal Lock catalogue explaining the famous Seal Lock closure.

# Seal Lock Burial Vault, Inc.

### FOREST HILLS, LONG ISLAND

CASKET & SUNNYSIDE

ב"ה

שנת תשס"ח

שנה טובה

5768
2007/08

THE JEWISH ART CALENDAR
NIEBERG MIDWOOD CHAPEL, INC.

1625 CONEY ISLAND AVENUE (CORNER AVENUE M)
BROOKLYN, NEW YORK 11230 • 718-377-2700

# FANCY KREPLACH

Kreplach, a chopped meat or chicken mixture encased in dough and then cooked or fried, is traditionally served the afternoon before Yom Kippur, on Hoshana Rabba and at the Purim feast.

**Dough:**

2 cups flour
½ tsp. salt
3 Tbsps. Oil
2 egg yolks
½ cup water
1½ tsps. baking powder or baking soda

**Filling:**

1 onion, diced
2 Tbsps. oil
1 cup ground cooked meat or chicken
1 tsp. salt
¼ tsp. pepper
1 egg
1 Tbsp. matzo meal

**Dough:** Combine flour, salt and oil. In a separate bowl, beat egg yolks, water and baking powder (or soda). Add to flour mixture. Knead and roll out, thinly, on floured surface. Cut into 3-inch squares or circles.

**Filling:** Sauté onion in oil. Add chopped meat and brown for 5 minutes. Remove from heat and cool. Add salt, pepper, egg and matzoh meal and mix well. Fill center of each square or circle with meat mixture. Fold into triangles, or bring both sides and bottom together towards center, pinching together and thus forming a triangle. Place in lightly salted boiling water for approximately 20 minutes until kreplach float to top. When ready, remove from pot and serve in soup. Can also be served as side dish. For firmer kreplach, fry in heated oil in skillet over medium flame until golden brown on both sides.

# HAMANTASCHEN

Hamantaschen, a traditional Purim delight, is a three-cornered pastry filled with mohn (poppy seed) or other sweet filling.

1 cup sugar
⅓ cup oil
⅓ cup shortening
3 eggs
½ cup orange juice
4 cups flour
3 tsps. baking powder
1 tsp. salt
1 egg, beaten
2 pounds mohn filling

Cream sugar, oil and shortening. Add eggs and juice and mix well. Blend with dry ingredients and roll into a ball. Divide into four parts. Roll out each piece very thin (approximately ⅛-inch) on a floured board. With the rim of a cup or glass (depending on desired size) cut into the dough to make circles. Place ½ to ⅔ teaspoon of filling in the middle of each circle.

To shape into triangle, lift up right and left sides, leaving the bottom side down, and bring both sides to meet at center, above the filling. Lift bottom side up to center to meet other two sides.

Preheat oven to 350°. Brush dough with beaten egg before baking. Place on greased cookie sheet. Bake at 350° for approximately 20 minutes.

Yields 4 dozen Hamantaschen.

# POTATO LATKES

Because of the great significance of oil in the history of Chanukah, Latkes–fritters fried in oil—are usually served.

5 large potatoes, peeled
1 large onion
4 eggs
⅓ cup matzo meal
1 tsp. salt
¼ tsp. pepper
⅓ cup oil for frying

Grate potatoes and onion on the fine side of a grater, or in food processor, or in blender with a little water added to it. Add eggs and mix well. Add matzo meal and seasoning and mix well. Heat oil in frying pan, and then add mixture, 1 tablespoon at a time. When golden brown, turn over and brown other side.

# CHEESE BLINTZES

Cheese blintzes are served hot, with sour cream or applesauce. They are a special favorite on Shavuot when it is customary to eat dairy products (not hard cheese) before the main lunch meal.

**Batter:**

4 eggs
1 cup milk
1 cup flour
1 Tbsp. sour cream
¼ cup sugar
1 tsp. vanilla extract
pinch of salt

**Filling:**

16 ounces cottage cheese
2 egg yolks
2 Tbsps. margarine or butter, melted
2 Tbsps. sugar
1 tsp. vanilla extract
¼ cup raisins (optional)
⅓ cup oil for frying

**Batter:** Combine eggs and milk. Add sour cream and blend well. Add flour gradually. Mix well until batter is smooth. Heat on a low flame until not but not smoking in an 8-inch frying pan until hot but not smoking. Ladle a small amount of batter (approximately 1 ounce) into pan, tipping pan in all directions until batter covers the entire bottom of the pan. Fry on one side until set and golden, approximately 1 minute. Slip pancake out of pan and repeat until all batter is used. Add oil to pan as necessary.

**Filling:** In another bowl mix all ingredients for filling.

**Assemble:** Fill each pancake on golden side with 3 Tbsps. of filling. Fold in sides to center and roll blintze until completely closed. Replace rolled blintzes in pan and fry for 2 minutes, turning once.

# HONEY CAKE

Traditionally served on Rosh Hashana and Erev Yom Kippur symbolic of our wishes for a sweet year.

3 eggs
1 pound honey (1 ⅓ cups)
1½ cups sugar
1 cup strong coffee
2 tsps. baking powder
3 Tbsps. margarine
1 tsp. baking soda
4 cups flour
1 tsp. cinnamon

Preheat oven to 325°. Grease and line a 9 x 13 pan.

Beat eggs and honey together. Add sugar and mix again. Mix coffee with baking powder, and then add with margarine to the egg mixture. Add baking soda, flour, cinnamon and beat together well. Bake for 55 minutes to an hour.

*Recipes reprinted from The Spice and Spirit of Kosher-Jewish Cooking. © 1977 & 1990 by Lubavitch Women's Cookbook.*





TISHREI – CHESHVAN  5768

ה"סשת ןושח – ירשת

## SUKKOT

After a period of seriousness and reflection during the Days of Awe, we are ready for the joyous holiday of Sukkot. During Sukkot, 'the season of happiness', we rejoice in the knowledge that G-d has inscribed us for a good and healthy new year.

The name Sukkot is derived from the word Sukkah, or hut. In commemoration of the protective 'clouds of glory' with which G-d surrounded the Jewish people on their way out of Egypt, we live in makeshift huts during the seven days of this holiday.

During this harvest festival when the farms have been blessed with plentiful crops, we are mindful of how all our livelihood is dependent upon G-d, and how he sustained our forefathers in the desert, when they had neither home nor fields. We pray for G-d's continued help and intervention in our life.

On each day of Sukkot, except for Shabbat, we observe the special mitzvah of shaking the Lulav (palm branch) and the Etrog (citron). Together with the Hadas (myrtle) and the Arava (willow), these plants represent the various types of Jews who together form the Jewish nation. We shake all four species to affirm the unity of the Jewish nation.

## SIMCHAT TORAH

Simchat Torah marks the day we complete the reading of the Torah in its annual cycle. On the evening of Simchat Torah, (in some communities, on the previous evening of Shmini Atzeret as well) we make seven Hakafot (circles) around the Bimah (table) on which the Torah is read, dancing and rejoicing with the Torah scrolls.

During morning services on Simchat Torah, the Torah is officially completed by reading the last Torah portion. We immediately begin reading from the beginning of the Torah again, for the Torah's teachings are endless, and we shall always seek to delve deeper and deeper into their meanings.

COPYRIGHT © YOSEF ROSENSTEIN, BNAI BRAK, ISRAEL 972-3-579-3319

## NIEBERG MIDWOOD CHAPEL, INC.

*1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230*
*718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702*

OWNED AND OPERATED BY STANLEY & PETER NIEBERG

*SERVICE AVAILABLE IN ALL COMMUNITIES*

# SEPTEMBER 2007

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE DAYLIGHT SAVING TIME FOR NEW YORK AND NEW JERSEY | DO YOU NEED SOMEONE TO SAY **KADDISH?** Observe Yahrzeits? Contact F.R.E.E. at 718-467-0860 OR VISIT US AT www.kaddishservices.com | *Do a Mitzvah! Honor your loved ones with a Memorial Plaque displayed in a synagogue as an ever lasting tribute.* 718-467-0860 | *Donate your car, truck or RV to Friends of Refugees of Eastern Europe and receive a full tax break from Uncle Sam! Call to arrange a free pick up* 718-467-0860 | *Every Jewish Home should have a Pushka Call to receive your own* 718-467-0860 | **א אלול** Elul 18 **כי תבוא** KI TAVO | Shabbat ends at 8:01 |
| | | | | | 1 | |
| 2 / **יט אלול** Elul 19 | 3 / **כ אלול** Elul 20 — Labor Day | 4 / **כא אלול** Elul 21 | 5 / **כב אלול** Elul 22 | 6 / **כג אלול** Elul 23 | 7 / **כד אלול** Elul 24 — Light candles at 7:13 | **כה אלול** Elul 25 — NITZAVIM-VAYEILECH NITZAVIM-VAYEL Shabbat Sl. Shabbat ends at 8:01 |
| | | | | | | 8 |
| 9 / **כו אלול** Elul 26 — Grandparents Day | 10 / **כז אלול** Elul 27 | 11 / **כח אלול** Elul 28 | 12 / **כט אלול** Elul 29 — New moon: 4:26 am ערב ראש השנה Eve of Rosh Hashana עירוב תבשילין Eruv Tavshilin Light candles at 6:53 | 13 / **א תשרי** Tishrei 1 — יום א' ראש השנה First day of ROSH HASHANA Light candles after 7:50 | 14 / **ב תשרי** Tishrei 2 — יום ב' ראש השנה Second day of ROSH HASHANA Light candles at 6:50 | **ג תשרי** Tishrei 3 — HAAZINU האזינו Shabbat Shuvah — Shabbat ends at 7:01 |
| | | | | | | 15 |
| 16 / **ד תשרי** Tishrei 4 — Fast of Gedaliah Fast ends at 7:32 | 17 / **ה תשרי** Tishrei 5 | 18 / **ו תשרי** Tishrei 6 | 19 / **ז תשרי** Tishrei 7 | 20 / **ח תשרי** Tishrei 8 | 21 / **ט תשרי** Tishrei 9 — ערב יום כפור Eve of Yom Kippur Light candles at 6:38 Fast begins at 6:54 | **י תשרי** Tishrei 10 — YOM KIPPUR יום כפור Yizkor Yom Kippur ends at 7:42 — Shabbat ends at 7:23 |
| | | | | | | 22 |
| 23 / **יא תשרי** Tishrei 11 | 24 / **יב תשרי** Tishrei 12 | 25 / **יג תשרי** Tishrei 13 | 26 / **יד תשרי** Tishrei 14 — ערב סוכות Eve of Sukkot עירוב תבשילין Eruv Tavshilin Light candles at 6:29 | 27 / **טו תשרי** Tishrei 15 — יום א' סוכות First day of SUKKOT Light candles after 7:26 | 28 / **טז תשרי** Tishrei 16 — יום ב' סוכות Second day of SUKKOT Light candles at 6:26 | **יז תשרי** Tishrei 17 — א' חול המועד סוכות 1st Intermediate Day of Sukkot Shabbat ends at 7:23 |
| | | | | | | 29 |
| 30 / **יח תשרי** Tishrei 18 — ב' חול המועד סוכות 2nd Intermediate Day of Sukkot | | | | | | |

THE JEWISH ART CALENDAR

COPYRIGHT © 2007 BY FRIENDS OF REFUGEES OF EASTERN EUROPE

1383 PRESIDENT STREET • BROOKLYN, New York 11213 • 718-467-0860 • WWW.RUSSIANJEWRY.ORG

**אלול תשס"ז - תשרי תשס"ח**

**ELUL - TISHREI   5767-5768**

## THE MONTH OF ELUL

One of the major accusations often leveled at the CEO of the universe is inaccessibility. These charges are entirely unfounded. G-d is everywhere and from there He awaits your call. And just to prove it, one month before Rosh Hashana, He devotes an entire month to being as approachable as an Al-mighty Creator can get. Think of it as though the big boss took a stroll through the cubicles, happily chatting with anyone who approaches, giving each his full attention and a warm smile.

That's what our sages mean when they call Elul the month of divine compassion. During these days, you can repair all that went amiss from the entire year – with study, with charity and good deeds, with meditation and prayer. That is also why we blow the Shofar each day of this month, as a wake-up call to prepare for the magnificent days to come.

## ROSH HASHANA

Rosh Hashana, the beginning of the Jewish year. This is the day G-d completed His creation by creating Adam and Eve, the first humans. On the very first day of his creation, Adam acknowledged G-d's Kingship over the entire universe. We, too, continue to do so every Rosh Hashana, as we reaffirm our commitment to following G-d's commandments. An important Rosh Hashana observance is the sounding of the Shofar (the ram's horn).

## YOM KIPPUR

Yom Kippur, the Day of Atonement, is the holiest day in the Jewish calendar. On this day G-d promises to forgive all our sins, as long as we regret our past and resolve to do better in the future.

During this day, we refrain from work as we do on Shabbat. In addition, we refrain from any food or drink, washing, anointing ourselves with oils or lotions, marital relations, and the wearing of leather shoes.

COPYRIGHT © MICHOEL MUCHNIK, NEW YORK, WWW.MUCHNIKARTS.COM



"And you should take for yourselves ... a beautiful tree fruit, a palm branch ... and willows of the stream ..." (Vayikra 23:40) - The Four Species

## NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230

718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702

OWNED AND OPERATED BY STANLEY & PETER NIEBERG

*SERVICE AVAILABLE IN ALL COMMUNITIES*

NIEBERG Midwood Chapel, INC.





# MIDWOOD MEMORIALS INC.

## MANUFACTURED QUALITY MONUMENTS

- **REASONABLE PRICES** •
- **SERVICING ALL CEMETERIES** •




Max W. Parker

Oct. 20, 1927
Dec. 13, 1999






DENNIS JOHN
SCHNEIDER
JULY 7, 1949
JUNE 21, 1999

*Single Monuments • Double Monuments*
*Family Monuments • Inscriptions*
*Footnotes • Bronze Plaques*



*MIDWOOD MEMORIALS INC.*
*1625 CONEY ISLAND AVENUE (Corner Avenue M)*
*BROOKLYN, NEW YORK 11230*

*718-377-3047*

# OCTOBER 2007

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE DAYLIGHT SAVING TIME FOR NEW YORK AND NEW JERSEY | 1 — י״ט תשרי Tishrei 19 | 2 — כ׳ תשרי Tishrei 20 | 3 — כ״א תשרי Tishrei 21 | 4 — כ״ב תשרי Tishrei 22 — שמיני עצרת SHEMINI ATZERET Yizkor Light candles after 7:15 | 5 — כ״ג תשרי Tishrei 23 — שמחת תורה SIMCHAT TORAH Light candles at 6:15 | 6 — כ״ד תשרי Tishrei 24 — בראשית BEREISHIT Blessing of New Month Isru Chag Shabbat ends at 7:20 |
| 7 — כ״ה תשרי Tishrei 25 | 8 — כ״ו תשרי Tishrei 26 — חול המועד סוכות 3rd Intermediate Day of Sukkot | 9 — כ״ז תשרי Tishrei 27 — חול המועד סוכות 4th Intermediate Day of Sukkot Columbus Day | 10 — כ״ח תשרי Tishrei 28 — הושענא רבה Hoshana Rabba עירוב תבשילין Eruv Tavshilin Light candles at 6:18 | 11 — כ״ט תשרי Tishrei 29 | 12 — ל׳ תשרי Tishrei 30 — ראש חודש חשון Rosh Chodesh Cheshvan Light candles at 6:03 | 13 — א׳ חשון Cheshvan 1 — ראש חודש חשון Rosh Chodesh Cheshvan Shabbat ends at 7:09 |
| 14 — ב׳ חשון Cheshvan 2 | 15 — ג׳ חשון Cheshvan 3 | 16 — ד׳ חשון Cheshvan 4 | 17 — ה׳ חשון Cheshvan 5 | 18 — ו׳ חשון Cheshvan 6 New moon: 5:10pm 1/18 | 19 — ז׳ חשון Cheshvan 7 Light candles at 5:53 | 20 — ח׳ חשון Cheshvan 8 — נח NOACH Shabbat ends at 6:59 |
| 21 — ט׳ חשון Cheshvan 9 | 22 — י׳ חשון Cheshvan 10 | 23 — י״א חשון Cheshvan 11 | 24 — י״ב חשון Cheshvan 12 | 25 — י״ג חשון Cheshvan 13 | 26 — י״ד חשון Cheshvan 14 Light candles at 5:43 | 27 — ט״ו חשון Cheshvan 15 — לך לך LECH LECHA Shabbat ends at 6:50 |
| 28 — ט״ז חשון Cheshvan 16 | 29 — י״ז חשון Cheshvan 17 | 30 — י״ח חשון Cheshvan 18 | 31 — י״ט חשון Cheshvan 19 | | | |

DONATE YOUR CAR, TRUCK OR RV TO FRIENDS OF REFUGEES OF EASTERN EUROPE AND RECEIVE A FULL TAX BREAK FROM UNCLE SAM! CALL TO ARRANGE A FREE PICK UP 718-467-0860

EVERY JEWISH HOME SHOULD HAVE A PUSHKA CALL TO RECEIVE YOUR OWN 718-467-0860

DO A MITZVAH! HONOR YOUR LOVED ONES WITH A MEMORIAL PLAQUE DISPLAYED IN A SYNAGOGUE AS AN EVER LASTING TRIBUTE. 718-467-0860

חשון - כסליו תשס"ח

CHESHVAN - KISLEV   5768

## THE MITZVAH OF TEFILLIN

*Tefillin*, or phylacteries, are donned every weekday by Jewish men and boys over the age of 13. The Torah describes *Tefillin* as a sign of public statement of Jewish involvement. By donning *Tefillin* daily, the individual gives expression to his basic feeling of Jewish identity and its importance to him.

The *Tefillin* are placed on the arm facing the heart, and on the head. This signifies the binding of one's emotional and intellectual powers to the service of G-d. The straps, stretching from the arm to the hand and from the head to the legs, signify the transmission of intellectual and emotional energy to the hands and feet, symbolizing deed and action.

## SHABBAT AND FESTIVAL CANDLES

Light is a subject which has stirred the imagination of poets, scientists and psychologists. Because its nature is so different from other material entities, it is frequently used to describe spiritual insight. Shabbat is a day of light; a day with a different pattern and value orientation. The lighting of the Shabbat Candles ushers in and inspires this state of awareness.

The responsibility for lighting the candles and inducing this change of perspective is the woman's. Young girls from the age of three are also encouraged to light their own candle, both as a means of involvement and as a part of their education.

## RESPECT FOR PARENTS – A RELIGIOUS PRINCIPLE

The fact that "to honor" and "to revere" parents are Mitzvot of the Torah, impresses upon these precepts a stamp of absoluteness makes of them independent principles. It no longer matters when a particular society may have a different standard of ethics and code of morality. This is the effect of the Torah's laws – to enliven the seemingly ordinary behaviors of society with a G-dly spirit.



COPYRIGHT © BORIS SHAPIRO. COURTESY OF LUCIEN KRIEF GALLERY, JERUSALEM, ISRAEL. 972-2-6251149

"Praise G-d, sun and moon; praise Him, all the shining stars ... for He commanded and they were created" (Psalms 148:3, 5) - Blessing the New Moon

## NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230

718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702

OWNED AND OPERATED BY STANLEY & PETER NIEBERG

*SERVICE AVAILABLE IN ALL COMMUNITIES*

# NOVEMBER 2007

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE FOR NEW YORK AND NEW JERSEY | Do you need someone to say KADDISH? Observe Yahrtzeits? Contact F.R.E.E. at 718-467-0860 Or visit us at www.kaddishservices.com | Do a Mitzvah! Honor your loved ones with a Memorial Plaque displayed in a Synagogue as an ever lasting tribute. 718-467-0860 | Donate your car, truck or RV to Friends of Refugees of Eastern Europe and receive a full tax break from Uncle Sam! Call to arrange a free pick up 718-467-0860 | **1** כ Cheshvan 20 DAYLIGHT SAVING TIME | **2** כא Cheshvan 21 Light candles at 5:34 | **3** כב Cheshvan 22 חיי שרה CHAYEI SARAH Shabbat ends at 5:33 |
| **4** כג Cheshvan 23 EASTERN STANDARD TIME | **5** כד Cheshvan 24 | **6** כה Cheshvan 25 | **7** כו Cheshvan 26 | **8** כז Cheshvan 27 | **9** כח Cheshvan 28 Light candles at 4:26 | **10** כט Cheshvan 29 תולדות TOLDOS New moon: 8:54am Blessing of New Month Shabbat ends at 5:25 |
| **11** א כסלו Kislev 1 Rosh Chodesh Kislev Veterans Day | **12** ב כסלו Kislev 2 | **13** ג כסלו Kislev 3 Election Day | **14** ד כסלו Kislev 4 | **15** ה כסלו Kislev 5 | **16** ו כסלו Kislev 6 Light candles at 4:20 | **17** ז כסלו Kislev 7 ויצא VAYEITZEI Shabbat ends at 5:19 |
| **18** ח כסלו Kislev 8 | **19** ט כסלו Kislev 9 | **20** י כסלו Kislev 10 | **21** יא כסלו Kislev 11 | **22** יב כסלו Kislev 12 Thanksgiving Day | **23** יג כסלו Kislev 13 Light candles at 4:15 | **24** יד כסלו Kislev 14 וישלח VAYISH... Shabbat ends at 5:16 |
| **25** טו כסלו Kislev 15 | **26** טז כסלו Kislev 16 | **27** יז כסלו Kislev 17 | **28** יח כסלו Kislev 18 | **29** יט כסלו Kislev 19 | **30** כ כסלו Kislev 20 Light candles at 4:12 | Shabbat ends at 5:14 |

The Jewish Art Calendar

Copyright © 2007 by Friends of Refugees of Eastern Europe

KISLEV - TEVET 5768

**כסלו - טבת התשס"ח**

## CELEBRATING CHANUKAH

The kindling of the Menorah is the focal point of the Chanukah holiday. The Menorah symbolizes religious freedom and the strength of the Jewish spirit. The Menorah is kindled on each of the eight nights of Chanukah, this year beginning Tuesday, December 4.

Many have the custom to place the Menorah in a doorway opposite the *Mezuzah* so that the two Mitzvot of *Mezuzah* and Chanukah surround the person. Others place it on a window sill facing a public through-fare.

The Chanukah lights are kindled in the evening preceding each of the eight days of Chanukah. The custom of many communities light the Menorah at sunset. However, due to Shabbat observance, light it before the Shabbat candles on Friday and after the Havdalah ceremony on Shabbat.

Although an olive-oil Menorah is preferable, one may use any single-wick candle to perform this Mitzvah. Prepare the Menorah, with the appropriate number of candles, so that the candles will stay lit for a half-hour after sunset.

Recite the blessings and then light the candle beginning from the left. When finished, place the Shamash at its designated place on the Menorah. Both men and women are obligated to light the Chanukah Menorah, or to participate in the Menorah lighting by the head of the household. Children should be encouraged to light their own Menorahs.

## THE TENTH OF TEVET

Observed as a fast day, marking the date on which Jerusalem put under siege by the Babylonian king Nebuchadnezar, resulting destruction of the First Temple (422 BCE). A fast day is called a "day favorable to G-d", a time of universal introspection when we take the opportunity to better ourselves in our relationship with G-d.



OIL ON CANVAS BY DMITRY BARANOVSKY, O.B.M. COPYRIGHT © THE TEMPLE INSTITUTE, JERUSALEM, WWW.TEMPLEINSTITUTE.ORG

*Then Your children entered the shrine of Your House, cleaned Your Temple ... and kindled lights in Your holy courtyards"* (Al Hanisim Prayer)



# NIEBERG MIDWOOD CHAPEL, INC.

1625 *Coney Island Avenue (Corner Avenue M)* • *Brooklyn, New York 11230*
718-377-2700 • 24 Hours • *Outside NYC call 1-877-327-7702*
OWNED AND OPERATED BY STANLEY & PETER NIEBERG
*SERVICE AVAILABLE IN ALL COMMUNITIES*

# DECEMBER 2007

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE EASTERN STANDARD TIME FOR NEW YORK AND NEW JERSEY | DO YOU NEED SOMEONE TO SAY **KADDISH?** OBSERVE YAHRTZEITS? CONTACT F.R.E.E. AT 718-467-0860 OR VISIT US AT www.kaddishservices.com | DO A MITZVAH! HONOR YOUR LOVED ONES WITH A MEMORIAL PLAQUE DISPLAYED IN A SYNAGOGUE AS AN EVER LASTING TRIBUTE. 718-467-0860 | DONATE YOUR CAR, TRUCK OR RV TO FRIENDS OF REFUGEES OF EASTERN EUROPE AND RECEIVE A FULL TAX BREAK FROM UNCLE SAM! CALL TO ARRANGE A FREE PICK UP 718-467-0860 | EVERY JEWISH HOME SHOULD HAVE A PUSHKA CALL TO RECEIVE YOUR OWN 718-467-0860 | Light candles at 4:12 | **1** Kislev 21 כא כסלו Shabbat ends at 5:16 ויצא VAYISHLACH |
| **2** Kislev 22 כב כסלו | **3** Kislev 23 כג כסלו | **4** Kislev 24 כד כסלו | **5** Kislev 25 כה כסלו CHANUKAH | **6** Kislev 26 כו כסלו CHANUKAH | **7** Kislev 27 כז כסלו CHANUKAH Light candles at 4:12 | **8** Kislev 28 כח כסלו CHANUKAH MIKEITZ מקץ Blessing of Nisan Shabbat ends at 5:13 Menorah lighting after Shabbat ends |
| **9** Kislev 29 כט כסלו CHANUKAH New moon: 6:38pm 3/18 | **10** Tevet 1 א טבת CHANUKAH ראש חודש טבת Rosh Chodesh Tevet | **11** Tevet 2 ב טבת CHANUKAH Light menorah during Chanukah after nightfall at 5:00 | **12** Tevet 3 ג טבת CHANUKAH Start to say Tal Umatar in Maariv Wednesday night | **13** Tevet 4 ד טבת | **14** Tevet 5 ה טבת Light candles at 4:10 | **15** Tevet 6 ו טבת Shabbat ends at 5:14 VAYIGASH ויגש |
| **16** Tevet 7 ז טבת | **17** Tevet 8 ח טבת | **18** Tevet 9 ט טבת | **19** Tevet 10 י טבת צום עשרה בטבת Fast of Tevet 10 Fast ends at 5:01 | **20** Tevet 11 יא טבת | **21** Tevet 12 יב טבת CHANUKAH Light candles at 4:11 | **22** Tevet 13 יג טבת Shabbat ends at 5:15 VAYECHI ויחי |
| **23** Tevet 14 יד טבת | **24** Tevet 15 טו טבת | **25** Tevet 16 טז טבת | **26** Tevet 17 יז טבת | **27** Tevet 18 יח טבת | **28** Tevet 19 יט טבת Light candles at 4:13 | **29** Tevet 20 כ טבת Shabbat ends at 5:19 SHEMOS שמות |
| **30** Tevet 21 כא טבת | **31** Tevet 22 כב טבת | | | | Light candles at 4:18 | |

TEVET - SHEVAT  5768

כ"ב שבט - תשס"ח

## TU B'SHEVAT

Tu B'Shevat, the 15th of Shevat on the Jewish calendar (this year Tuesday, January 22, 2008), is the day that marks the beginning of "New Year for Trees." This is the season in which the earliest-blooming trees in the Land of Israel emerge from their winter sleep and begin new fruit-bearing cycle.

Tu B'Shevat is considered a day of judgment for the trees.

To commemorate this special day, Jews throughout the world eat foods that are distinctive to and characteristic of the Holy Land, particularly from the "Seven Kinds" that are singled out by the Torah: wheat, barley, grapes, figs, pomegranates, olives and dates. It is also customary to eat a fruit not yet eaten this season, to pronounce blessing "Shehecheyanu."

On this day we remember that "Man is a tree of the field" (Deuteronomy 20:19) and reflect on the lessons we can derive from our botanical analogue.

## THE UPCOMING REDEMPTION

The belief in the upcoming redemption is one of the foundations of our faith. It has been promised to us by almost every one of our prophets, beginning with Moses. The great Jewish philosopher and codifier, Maimonides, included it in his famous Thirteen Principles of the Jewish Faith. Throughout the ages, even during the most trying times, our ancestors have always prayed for and looked forward to the Messianic Era, ushered in by Moshiach, our redeemer.

Many prominent Rabbis proclaimed this generation to be the one which will usher in the redemption.

We can prepare for this special time by studying the relevant sections in the Torah and its commentaries, and by increasing in acts of goodness and kindness. This will not only help us prepare for the redemption – this will also hasten its arrival!

Copyright © MENORAH MICHMAN, New York, WWW.MICHMANARTS.COM

"And she called his name Moses, for she said: I have drawn him out of the water" (Exodus 2:11)



NIEBERG MIDWOOD CHAPEL, INC.

*1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230*

*718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702*

OWNED AND OPERATED BY STANLEY & PETER NIEBERG

*SERVICE AVAILABLE IN ALL COMMUNITIES*

NIEBERG Midwood Chapel, INC.

Case 1:08-cv-00392-MGC   Document 15-3   Filed 04/10/2008   Page 11 of 14

**SHEVAT - ADAR I 5768**

ה"בעשת 'א רדא - טבש

## THE MITZVAH OF TZEDAKAH

Our sages distinguish between two types of Mitzvot: a) the Mitzvot that are part of the service and worship of G-d, thus related to the man G-d relationship; and b) the Mitzvot affecting our fellow-humans, thus related to human relationships and concourse.

Tzedakah literally means justice but is commonly translated charity. However, in truth Tzedakah is not mere "charity", implying undeserved gift to the recipient, but it is the proper use for wealth, the original intention destined for it from above.

G-d could have distributed wealth evenly throughout all creation. However, He desired that we be a partner with Him perfecting His world. Thus, in truth, our material wealth is entrusted us by G-d for the purpose of using it in accordance with His will. We can now appreciate why Tzedakah means, not charity, but justice — for in giving Tzedakah to the needy, we are giving them what is rightfully theirs.

Maimonides writes in his "Laws of Charity" that there are eight degrees or levels of charity, each one greater than the previous one:

The eighth level is when one gives Tzedakah grudgingly. The seventh level is when one gives less than he should, but does cheerfully. The sixth level is when one gives directly to the poor upon being asked. The fifth level is when one gives directly to the poor without being asked. The fourth level is when the giving is indirect — the recipient knows who the giver is, but the giver does not know the recipient. The third level is when the giver knows the identity of the recipient, but the recipient does not know the identity of the giver. The second highest level is when both the giver and receiver are unaware of each other. The highest form of Tzedakah is to help sustain a [person] before he becomes impoverished by offering a gift in a dignified manner, by extending an interest-free loan, or by helping him find employment.



When Adar enters, we increase in joy" (Taanit 29a) - "Blessed are You ... who created joy and gladness, groom and bride" (Wedding Blessings)

Copyright © Rabbi Shimon Chriqui, KNew Kiriat College, Jonathan, NJ. 972 2 6251069

## NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230

718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702

OWNED AND OPERATED BY STANLEY & PETER NIEBERG

SERVICE AVAILABLE IN ALL COMMUNITIES

# JANUARY 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE EASTERN STANDARD TIME FOR NEW YORK AND NEW JERSEY | *Do a Mitzvah! Honor your loved ones with a Memorial Plaque displayed in a synagogue as an ever lasting tribute.* 718-467-0860 | **1** New Year's Day | **2** כ״ג טבת Tevet 23 | **3** כ״ד טבת Tevet 24 | **4** כ״ה טבת Tevet 25 | **5** כ״ו טבת Tevet 26 — פרשת וארא VAEIRA — Blessing of New Moon / Shabbat ends at 5:... |
| **6** כ״ז טבת Tevet 27 | **7** כ״ט טבת Tevet 29 | **8** כ״א שבט Shevat 1 — New moon: 7:22am 4/18 ראש חדש שבט Rosh Chodesh Shevat | **9** א׳ שבט Shevat 1 | **10** ב׳ שבט Shevat 2 | **11** ג׳ שבט Shevat 3 — Light candles at 4:23 | **12** ד׳ שבט Shevat 4 — Shabbat ends at 5:... |
| **13** ו׳ שבט Shevat 6 | **14** ז׳ שבט Shevat 7 | **15** ח׳ שבט Shevat 8 | **16** ט׳ שבט Shevat 9 | **17** י׳ שבט Shevat 10 | **18** י״א שבט Shevat 11 — Light candles at 4:30 | **19** י״ב שבט Shevat 12 — פרשת בשלח BESHALACH Shabbat Shira — Shabbat ends at 5:... |
| **20** י״ג שבט Shevat 13 | **21** י״ד שבט Shevat 14 Martin Luther King, Jr. Day | **22** ט״ו שבט Shevat 15 New Year for Trees | **23** ט״ז שבט Shevat 16 | **24** י״ז שבט Shevat 17 | **25** י״ח שבט Shevat 18 — Light candles at 4:38 | **26** י״ט שבט Shevat 19 — Shabbat ends at 5:... |
| **27** כ׳ שבט Shevat 20 | **28** כ״א שבט Shevat 21 | **29** כ״ב שבט Shevat 22 | **30** כ״ג שבט Shevat 23 | **31** כ״ד שבט Shevat 24 | *Every Jewish Home should have a Pushka. Call to receive your own* 718-467-0860 | Light candles at 4:46 — Shabbat ends at 5:... |

*Donate your car, truck or RV to Friends of Refugees of Eastern Europe and receive a full tax break from Uncle Sam! Call to arrange a free pick up* 718-467-0860

1383 President Street • Brooklyn, New York 11213 • 718-467-0860 • www.russianfrww.org

The Jewish Art Calendar    Copyright © 2007 by Friends of Refugees of Eastern Europe

ה"בעשת 'ב רדא - 'א רדא

ADAR I - ADAR II   5768

## PURIM

The actual story of Purim, as told in the Scroll of Esther, is as fascinating and spell-binding as any best-seller. Yet, though it is sacred scripture, we do not find the name of G-d mentioned even once! But within the intricate details of the *Megillah*, we can detect the unmistakable hand of Divine Providence. The closer we look into the events, the more we discover that every seemingly insignificant event is precisely arranged by the hand of the Al-mighty.

Purim thus teaches us to take nothing for granted: even "natural" phenomena are in truth but another way of revealing G-d's providence. In fact, the more hidden the miracle, the higher its Divine source.

## THE MITZVOT OF PURIM ARE:

- Refrain from food and drink on the Fast of Esther, held Thursday, March 20th, to commemorate the day of prayer and fasting which the Jews held before their victory.

- Give 3 half-dollar coins to charity on the Fast of Esther, commemorate the half-shekel given by each Jew in the time of the Holy Temple. This Mitzvah is usually performed in the synagogue.

- Listen to the *Megillat Esther* (Scroll of Esther), recounting the story of Purim, both on Purim evening and during Purim day.

- Send gifts containing at least two kinds of ready-to-eat food to one or more friends on the day of Purim. These gifts, known as *Mishloach Manot* (lit. sending gifts), should preferably be sent via a third party.

- Give charity to at least two, but preferably more, needy individuals on Purim. While charity is a year-round responsibility, particularly a special Mitzvah on Purim.

- Celebrate with a special festive and joyous meal.

### HAPPY PURIM!

Copyright © Kehot Publication (Courtesy of L'Chaim Khut Gallerie, Jerusalem, Israel 972-2-6251099)

The Jews had light, joy, gladness and honor - so may it be for us" (Megillat Esther 8:16, Havdalah Prayer) - Purim Celebration in the Shtetl



# NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230
718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702
OWNED AND OPERATED BY STANLEY & PETER NIEBERG
SERVICE AVAILABLE IN ALL COMMUNITIES

# FEBRUARY 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE EASTERN STANDARD TIME FOR NEW YORK AND NEW JERSEY | DO YOU NEED SOMEONE TO SAY KADDISH? Observe Yahrtzeits? Contact E.R.E.E. at 718-467-0860 Or visit us at www.kaddishservices.com | DO A MITZVAH! Honor your Loved Ones with a Memorial Plaque displayed in a Synagogue as an ever lasting tribute. 718-467-0860 | EVERY JEWISH HOME should have a Pushka Call to receive your own 718-467-0860 | DONATE YOUR CAR, TRUCK OR RV TO Friends of Refugees of Eastern Europe and receive a full tax break from Uncle Sam! Call to arrange a free pick up 718-467-0860 | שבט כ"ה Shevat 25 | שבט כ"ו Shevat 26 משפטים MISHPATIM Blessing of New Moon Shabbat ends at 5:58 |
|  |  |  |  |  | **1** | **2** |
| שבט כ"ז Shevat 27 **3** | שבט כ"ח Shevat 28 **4** | שבט כ"ט Shevat 29 **5** | שבט ל Shevat 30 **6** | א' אדר א' Adar I 1 Rosh Chodesh Adar I **7** | אדר א' י"ב Adar 12 Light candles at 4:55 **8** | אדר א' י"ג Adar I 3 תרומה TER... Shabbat ends at 6:05 **9** |
| אדר א' ד' Adar I 4 **10** | אדר א' ה' Adar I 5 **11** | אדר א' ו' Adar 15 **12** | ב' אדר א' ר"ח Adar I 6 Rosh Chodesh Adar I New moon: 8:06pm 5/8 **13** | ב' אדר א' ר"ח Adar I 7 Rosh Chodesh Adar I **14** | אדר א' ט' Adar 19 Light candles at 5:03 **15** | אדר א' י' Adar I 10 תצוה TETZEVE Shabbat ends at 6:12 **16** |
| אדר א' י"א Adar I 11 **17** | אדר א' י"ב Adar I 12 Presidents Day **18** | אדר א' י"ג Adar 13 **19** | אדר א' י"ד Adar I 14 **20** | אדר א' ט"ו Adar I 15 **21** | אדר א' ט"ז Adar I 16 Light candles at 5:12 **22** | אדר א' י"ז Adar I 17 כי K... Shabbat ends at 6:19 **23** |
| אדר א' י"ח Adar I 18 **24** | אדר א' י"ט Adar I 19 **25** | אדר א' כ' Adar I 20 **26** | אדר א' כ"א Adar I 21 Purim Katan פורים קטן **27** | אדר א' כ"ב Adar I 22 Shushan Purim Katan שושן פורים קטן **28** | אדר א' כ"ג Adar I 23 Light candles at 5:20 **29** |  |
|  |  |  |  |  | Light candles at 5:28 | Shabbat ends at 6:28 |

Copyright © 2007 by Friends of Refugees of Eastern Europe

Case 1:08-cv-00352-MGC    Document DE4    Filed 04/16/2008    Page 1 of 4

# MARCH 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE FOR NEW YORK AND NEW JERSEY | DO YOU NEED SOMEONE TO SAY KADDISH? OBSERVE YAHRZEITS? CONTACT F.R.E.E. AT 718-467-0860 OR VISIT US AT www.kaddishservices.com | DO A MITZVAH! HONOR YOUR LOVED ONES WITH A MEMORIAL PLAQUE DISPLAYED IN A SYNAGOGUE AS AN EVER LASTING TRIBUTE. 718-467-0860 | DONATE YOUR CAR, TRUCK OR RV TO FRIENDS OF REFUGEES OF EASTERN EUROPE AND RECEIVE A FULL TAX BREAK FROM UNCLE SAM! CALL TO ARRANGE A FREE PICK UP 718-467-0860 | EVERY JEWISH HOME SHOULD HAVE A PUSHKA CALL TO RECEIVE YOUR OWN 718-467-0860 | Light candles at 5:28 | **1** פרשת ויקרא Adar I 24 Bless the New moon Shabbat ends at 6:29 |
| **2** כ"ה אדר א' Adar I 25 | **3** כ"ו אדר א' Adar I 26 | **4** כ"ז אדר א' Adar I 27 | **5** כ"ח אדר א' Adar I 28 | **6** כ"ט אדר א' Adar I 29 | **7** ל' אדר א' Adar I 30 Light candles at 5:30 | **8** פרשת פקודי Adar II 1 Rosh Chodesh Adar II Shabbat ends at 6:36 |
| **9** א' אדר ב' Adar II 2 | **10** ב' אדר ב' Adar II 3 | **11** ג' אדר ב' Adar II 4 | **12** ד' אדר ב' Adar II 5 | **13** ה' אדר ב' Adar II 6 | **14** ו' אדר ב' Adar II 7 Light candles at 5:36 New moon: 8:59am 6/18 | **15** פרשת ויקרא Adar II 8 Shabbat ends at 6:43 |
| **16** ט' אדר ב' Adar II 9 DAYLIGHT SAVING TIME | **17** י' אדר ב' Adar II 10 | **18** י"א אדר ב' Adar II 11 | **19** י"ב אדר ב' Adar II 12 | **20** י"ג אדר ב' Adar II 13 | **21** י"ד אדר ב' Adar II 14 Light candles at 6:44 | **22** פרשת צו Adar II 15 Shabbat ends at 6:51 |
| **23** ט"ז אדר ב' Adar II 16 | **24** י"ז אדר ב' Adar II 17 | **25** י"ח אדר ב' Adar II 18 | **26** י"ט אדר ב' Adar II 19 | **27** כ' אדר ב' Adar II 20 Taanit Esther Fast of Esther Fast ends at 7:35 | **28** כ"א אדר ב' Adar II 21 PURIM פורים Light candles at 6:51 | **29** כ"ב אדר ב' Adar II 22 Shabbat ends at 6:59 |
| **30** כ"ג אדר ב' Adar II 23 | **31** כ"ד אדר ב' Adar II 24 | | | | Light candles at 6:59 | |

NISSAN - IYAR   5768

נ"ה אייר - הנפש

## PESACH SHENI

The fourteenth day of the month of Iyar is Pesach Sheni, the "Second Passover." When the Holy Temple stood in Jerusalem, this day served as a "second chance" for those who were unable to bring Passover offering on the eve of the "first" Passover one month earlier, the 14th of Nissan. We learn from this day that 'it is never too late,' even if one has missed out on important opportunities, the door is always open to start afresh.

## LAG B'OMER

On this date, in the early second century, the students of Rabbi Akiva ceased to die from an epidemic. Years later, on this date, R' Shimon Bar Yochai, Mishnaic Sage and author of the Zohar passed away. Having fulfilled his mission in this world he asked that the anniversary of his death be celebrated as a happy day.

## MEZUZAH

The *Mezuzah* is a small piece of parchment, containing certain paragraphs of the Torah, which is affixed to the doorposts of Jewish homes and businesses. The *Mezuzah* reminds us of G-d's constant presence even within our dwellings and that we must fill our homes with good deeds and holiness.

A kosher *Mezuzah* provide protection for our homes, too. On the back of the *Mezuzah* are inscribed three Hebrew letters, which form the acronym of the sentence 'keeper of the doors of Israel'. The Talmud teaches that while it is customary for servants to be guarding the king's palace. G-d himself, in His great love for the Jewish people, guards the doors of our homes.

The writing of a *Mezuzah* is done by hand, on parchment, by a skilled scribe. It is important to purchase *Mezuzot* from a reliable source, and, once purchased, to have a professional scribe check them every several years.



Many are the thoughts in a man's heart, but it is G-d's plan that shall stand" (Proverbs 19:21) - Generation Chess



# NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230
718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702
OWNED AND OPERATED BY STANLEY & PETER NIEBERG
*SERVICE AVAILABLE IN ALL COMMUNITIES*

# APRIL 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | Every Jewish Home should have a Pushka. Call to receive your own 718-467-0860. TIMES SHOWN ARE DAYLIGHT SAVING TIME FOR NEW YORK AND NEW JERSEY | 1 — אדר ב' כ"ה Adar II 25 | 2 — אדר ב' כ"ו Adar II 26 | 3 — אדר ב' כ"ז Adar II 27 | 4 — אדר ב' כ"ח Adar II 28 | 5 — אדר ב' כ"ט Adar II 29 TAZRIA Parshat HaChodesh New moon: 9:34pm Blessing of New Moon Shabbat ends at 8:05 |
| 6 — א' ניסן Nissan 1 Rosh Chodesh Nissan | 7 — ב' ניסן Nissan 2 | 8 — ג' ניסן Nissan 3 | 9 — ד' ניסן Nissan 4 | 10 — ה' ניסן Nissan 5 | 11 — ו' ניסן Nissan 6 Light candles at 7:06 | 12 — ז' ניסן Nissan 7 Shabbat ends at 8:11 |
| 13 — ח' ניסן Nissan 8 | 14 — ט' ניסן Nissan 9 | 15 — י' ניסן Nissan 10 | 16 — י"א ניסן Nissan 11 | 17 — י"ב ניסן Nissan 12 | 18 — י"ג ניסן Nissan 13 Light candles at 7:13 | 19 — י"ד ניסן Nissan 14 ACHAREI MOT Shabbat HaGadol Eat chometz until 10:39am Flush chometz by 11:46am Light candles after 8:22 First Seder |
| 20 — ט"ו ניסן Nissan 15 First day of PESACH Light candles after 8:24 In evening count Sefirah 1 Second Seder | 21 — ט"ז ניסן Nissan 16 Sefirah 1 Second day of PESACH Yom Tov ends at 8:25 In evening count Sefirah 2 | 22 — י"ז ניסן Nissan 17 Sefirah 2 1st Intermediate Day of Pesach In evening count Sefirah 3 | 23 — י"ח ניסן Nissan 18 Sefirah 3 2nd Intermediate Day of Pesach In evening count Sefirah 4 | 24 — י"ט ניסן Nissan 19 Sefirah 4 3rd Intermediate Day of Pesach In evening count Sefirah 5 | 25 — כ' ניסן Nissan 20 Sefirah 5 4th Intermediate Day of Pesach Light candles at 7:28 In evening count Sefirah 6 | 26 — כ"א ניסן Nissan 21 Seventh day of PESACH Light candles after 8:31 |
| 27 — כ"ב ניסן Nissan 22 Eighth day of PESACH Yizkor Shabbat ends at 8:32 In evening count Sefirah 7 | 28 — כ"ג ניסן Nissan 23 Sefirah 8 Isru Chag In evening count Sefirah 9 | 29 — כ"ד ניסן Nissan 24 Sefirah 9 In evening count Sefirah 10 | 30 — כ"ה ניסן Nissan 25 Sefirah 10 In evening count Sefirah 11 | | | |

Fast of the Firstborn — Search for Chometz — Burn chometz until 11:47am — Light candles at 7:20

Donate your car, truck or RV to Friends of Refugees of Eastern Europe and receive a full tax break from Uncle Sam! Call to arrange a free pick up 718-467-0860

Do a Mitzvah! Honor your loved ones with a Memorial Plaque displayed in a Synagogue as an ever lasting tribute. 718-467-0860

Do you know someone to say KADDISH? Observe Yahrtzeits! Contact F.R.E.E. at 718-467-0860 Or visit us at www.kaddishservices.com

1383 President Street • Brooklyn, New York 11213 • 718-467-0860 • www.russianjewry.org

THE JEWISH ART CALENDAR

COPYRIGHT © 2007 by FRIENDS OF REFUGEES OF EASTERN EUROPE

IYAR – SIVAN 5768

אייר – סיון התשס"ח

## THE HOLIDAY OF SHAVUOT

Shavuot is the second of the three major festivals (Passover being the first and Sukkot the third) and comes exactly fifty days after Passover. The Torah was given by G-d to the Jewish people on Mount Sinai over 3,300 years ago. Every year on this day we renew our acceptance of G-d's gift.

The giving of the Torah was a far-reaching spiritual event – one that touched the essence of the Jewish soul then and for all time. Our Sages have compared it to a wedding between G-d and the Jewish people. On this day G-d swore eternal devotion to us, and we in turn pledged everlasting loyalty to Him.

All-night Torah-study on the first night of Shavuot prepares us for the receiving of the Torah Reading of the Ten Commandments in the synagogue on the first day of Shavuot. Be sure to bring your children too! A festive dairy meal is served on the first day of Shavuot. Our ancestors didn't have Kosher meat prepared yet!

## THE MITZVAH OF TZITZITH

Our sages refer to the precept of Tzitzith as a simple and easy Mitzvah. But as simple and easy as it is, so rich is this Mitzvah in symbolism, and so potent in effectiveness, that it is equivalent to all the other precepts of the Torah. For surely a consistent observance of this Mitzvah of Tzitzith must lead to a proper and complete observance of all the commandments. As the Shema states, "you shall look upon them, and you shall remember all G-d's commandments and fulfill them, and you will not follow after your heart and your eyes, by which you may go astray." When thrown into the tumultuous waters of temptations of everyday life, the Tzitzith are our life-line, the rope which we can cling to prevent us from drowning, as our Sages graphically relate how the sight of the Tzitzith stopped a man on the verge of committing a grave sin and helped him to regain control over his body and to restore his spiritual equilibrium.

COPYRIGHT © YOSSI ROSENSTEIN, BNAI BRAK, ISRAEL 972-3-579-3319



"This Book of the Torah shall not depart from your mouth, and you shall meditate on it day and night ... and then you will succeed" (Joshua 1:8)

# NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230

718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702

OWNED AND OPERATED BY STANLEY & PETER NIEBERG

*SERVICE AVAILABLE IN ALL COMMUNITIES*

# MAY 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE DAYLIGHT SAVING TIME FOR NEW YORK AND NEW JERSEY | DONATE YOUR CAR, TRUCK OR RV TO FRIENDS OF REFUGEES OF EASTERN EUROPE AND RECEIVE A FULL TAX BREAK FROM UNCLE SAM! Call to arrange a free pick up 718-467-0860 | EVERY JEWISH HOME SHOULD HAVE A PUSHKA CALL TO RECEIVE YOUR OWN 718-467-0860 | Do you need someone to say KADDISH? OBSERVE YAHRTZEITS? CONTACT F.R.E.E. AT 718-467-0860 OR VISIT US AT www.kaddishservices.com | **1** Nissan 26 ניסן כו Sefirah 11  In evening count Sefirah 12 | **2** Nissan 27 ניסן כז Sefirah 12  Light candles at 7:35  In evening count Sefirah 13 | **3** Nissan 28 ניסן כח Sefirah 13  Shabbos ends at...  In evening count Sefirah... |
| **4** Nissan 29 ניסן כט Sefirah 14  In evening count Sefirah 15 | **5** Nissan 30 ניסן ל Sefirah 15  New moon: 10:18am 8/18 Rosh Chodesh Iyar ראש חודש אייר  In evening count Sefirah 16 | **6** Iyar 1 אייר א Sefirah 16 Rosh Chodesh Iyar ראש חודש אייר  In evening count Sefirah 17 | **7** Iyar 2 אייר ב Sefirah 17  In evening count Sefirah 18 | **8** Iyar 3 אייר ג Sefirah 18  In evening count Sefirah 19 | **9** Iyar 4 אייר ד Sefirah 19  Light candles at 7:42  In evening count Sefirah 20 | **10** Iyar 5 אייר ה Sefirah 20  Shabbos ends at 8:...  In evening count Sefirah... |
| **11** Iyar 6 אייר ו Sefirah 21  In evening count Sefirah 22 | **12** Iyar 7 אייר ז Sefirah 22  In evening count Sefirah 23 | **13** Iyar 8 אייר ח Sefirah 23  In evening count Sefirah 24 | **14** Iyar 9 אייר ט Sefirah 24  In evening count Sefirah 25 | **15** Iyar 10 אייר י Sefirah 25  In evening count Sefirah 26 | **16** Iyar 11 אייר יא Sefirah 26  Light candles at 7:49  In evening count Sefirah 27 | **17** Iyar 12 אייר יב Sefirah 27  Shabbos ends at 8:...  In evening count Sefirah... |
| **18** Mother's Day Iyar 13 אייר יג Sefirah 28  In evening count Sefirah 29 | **19** Iyar 14 אייר יד Sefirah 29 Pesach Sheni פסח שני  In evening count Sefirah 30 | **20** Iyar 15 אייר טו Sefirah 30  In evening count Sefirah 31 | **21** Iyar 16 אייר טז Sefirah 31  In evening count Sefirah 32 | **22** Iyar 17 אייר יז Sefirah 32  In evening count Sefirah 33 | **23** Iyar 18 אייר יח Sefirah 33 Lag B'Omer ל"ג בעומר  Light candles at 7:55  In evening count Sefirah 34 | **24** Iyar 19 אייר יט Sefirah 34  Shabbos ends at 8:...  In evening count Sefirah... |
| **25** Iyar 20 אייר כ Sefirah 35  In evening count Sefirah 36 | **26** Memorial Day Iyar 21 אייר כא Sefirah 36  In evening count Sefirah 37 | **27** Iyar 22 אייר כב Sefirah 37  In evening count Sefirah 38 | **28** Iyar 23 אייר כג Sefirah 38  In evening count Sefirah 39 | **29** Iyar 24 אייר כד Sefirah 39  In evening count Sefirah 40 | **30** Iyar 25 אייר כה Sefirah 40  Light candles at 8:01  In evening count Sefirah 41 | **31** Iyar 26 אייר כו Sefirah 41  Blessing of New Moon...  Shabbos ends at... |

Case 1:08-cv-00392-MGC    Document 15    Filed 04/10/2008    Page 6 of 14

## THE SEVENTEENTH OF TAMMUZ

The 17th of Tammuz marks the beginning of a three-week period of national Jewish mourning. This is a sad period in our calendar during which many of our nation's calamities occurred. The period begins with a fast on the 17th of Tammuz on which we refrain from eating and drinking from dawn to nightfall, and concludes with a 25-hour fast on the 9th of Av (see more about the 9th of Av next month).

These dates had already been the scene of tragic events in the very first generation of our nationhood: Tammuz 17 was the day Moses smashed the Tablets of the Covenant upon beholding Israel's worship of the Golden Calf. Av 9 was the day that G-d decreed that the generation of the Exodus shall die out in the desert, after they refused to proceed to the Holy Land in wake of the Spies' demoralizing report.

In these events lay the seeds of a breakdown in the relationship between G-d and Israel – a breakdown which reached its nadir in the destruction of the Temple.

After an extended siege, the walls of Jerusalem were breached by the Romans on the 17th of Tammuz. The Jewish defenders continued to defend the Temple Mount for another 19 days, until it, too, fell. On the 7th of Av. The Bais HaMikdosh, the holy temple, was torched late on Av 9th.

## THE NINE DAYS OF MOURNING

During this three-week period, we celebrate no weddings and hold no festivities. Also prohibited are haircuts and live music. On the other hand, we increase in Torah study and giving Tzedakah to counteract negative forces attached to the period.

Beginning with the first of Av, the mourning intensifies. From day until midday on the tenth of Av (excluding Shabbat), we refrain from consuming meat or wine and from various pleasurable activities as a sign of additional mourning.



"Let my right hand forget its dexterity ... if I do not place Jerusalem above my highest joy" (Psalms 137:5-6) - Jerusalem of Gold

COPYRIGHT © MICHOEL MUCHNIK, NEW YORK. WWW.MUCHNIKARTS.COM



NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230

718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702

OWNED AND OPERATED BY STANLEY & PETER NIEBERG

SERVICE AVAILABLE IN ALL COMMUNITIES

# JUNE 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **1**<br>כ"ז אייר<br>Iyar 27<br>Sefirah 42 | **2**<br>כ"ח אייר<br>Iyar 28<br>Sefirah 43 | **3**<br>כ"ט אייר<br>Iyar 29<br>Sefirah 44 | **4**<br>ר"ח סיון<br>Rosh Chodesh Sivan | **5**<br>א' סיון<br>Sivan 1<br>Sefirah 45 | **6**<br>ב' סיון<br>Sivan 2<br>Sefirah 46 | **7**<br>ג' סיון<br>Sivan 3<br>Sefirah 47 |
| In evening count Sefirah 43 | In evening count Sefirah 44 | New moon: 11:02pm 9/18<br>In evening count Sefirah 45 | In evening count Sefirah 46 | In evening count Sefirah 47 | Light candles at 8:06<br>In evening count Sefirah 48 | Shabbat ends 9:... |
| **8**<br>ד' סיון<br>Sivan 4<br>Sefirah 48 | **9**<br>ה' סיון<br>Sivan 5<br>Sefirah 49 | **10**<br>ו' סיון<br>Sivan 6 | **11**<br>ז' סיון<br>Sivan 7 | **12**<br>ח' סיון<br>Sivan 8 | **13**<br>ט' סיון<br>Sivan 9 | **14**<br>י' סיון<br>Sivan 10 |
| ערב יום טוב השבועות<br>Eve of Shavuot<br>Light candles at 8:07 | First Day of SHAVUOT<br>Light candles after: 9:16 | Second Day of SHAVUOT<br>Yom Tov ends at 9:16 | | | Light candles at 8:10 | Shabbat ends at 9:... |
| **15**<br>י"א סיון<br>Sivan 11 | **16**<br>י"ב סיון<br>Sivan 12 | **17**<br>י"ג סיון<br>Sivan 13 | **18**<br>י"ד סיון<br>Sivan 14 | **19**<br>ט"ו סיון<br>Sivan 15 | **20**<br>ט"ז סיון<br>Sivan 16 | **21**<br>י"ז סיון<br>Sivan 17 |
| Father's Day | | | | Isru Chag | Light candles at 8:12 | Shabbat ends at 9:... |
| **22**<br>י"ח סיון<br>Sivan 18 | **23**<br>י"ט סיון<br>Sivan 19 | **24**<br>כ' סיון<br>Sivan 20 | **25**<br>כ"א סיון<br>Sivan 21 | **26**<br>כ"ב סיון<br>Sivan 22 | **27**<br>כ"ג סיון<br>Sivan 23 | **28**<br>כ"ד סיון<br>Sivan 24 |
| | | | | | Light candles at 8:13 | Blessing of New Moon<br>Shabbat ends at 9:... |
| **29**<br>כ"ה סיון<br>Sivan 25 | **30**<br>כ"ו סיון<br>Sivan 26 | | | | | |

Do you need someone to say
**KADDISH?**
Observe Yahrtzeits?
Contact F.R.E.E.
At 718-467-0860
Or visit us at
www.kaddishservices.com

Donate your car,
truck or RV to
Friends of Refugees of
Eastern Europe
and receive a full tax break
from Uncle Sam!
Call to arrange a free pick up
718-467-0860

Do a Mitzvah!
Honor your
loved ones with a
Memorial Plaque
displayed in a synagogue
as an ever lasting
tribute.
718-467-0860

Every Jewish Home
should have a
Pushka
call to receive
your own
718-467-0860

TIMES SHOWN ARE
DAYLIGHT SAVING TIME
FOR NEW YORK
AND NEW JERSEY

TAMMUZ - AV   5768

בס"ד   אב - תמוז

## TISH'AH B'AV – THE NINTH OF AV

The Ninth of Av has been a sad day for Jews since early Jewish history. On this date, just one year after our forefathers left Egypt, it was decreed that they would stay in the desert for forty years. Most recently, World War I began on Av 9. The focus of our mourning, however, is on the destruction, on this date, of both the first Temple (422 BCE) and the second Temple (68 CE).

The observances of the fast of Tish'ah B'Av are similar to those of Yom Kippur. It is a 25-hour fast, during which we refrain from wearing leather shoes, showering, and marital relations.

Additionally, on the eve of the fast, the scroll of *Eichah* (Lamentations) is read in the synagogue. Until noon, we sit on low stools only, as a mourner does during Shiva. May we merit seeing the ultimate redemption by Moshiach, speedily in our days.

## SHABBAT NACHAMU

The Shabbat following the Ninth of Av is the Shabbat of joy and our anticipated consolation. It is called Shabbat Nachamu, for the prophetic portion that is read is taken from Chapter 40 of Isaiah which begins with the words "Nachamu, nachamu ami" – "Console, console my people, says your G-d." The Haftarah of Shabbat Nachamu is the first of the "seven consolations" – the seven Haftarot which are read on the seven Sabbaths following the Ninth of Av.

## THE FIFTEENTH OF AV

"There were no greater holidays to the Jewish people than that of the 15th of Av and of Yom Kippur" (Mishna). Celebrated for many reasons, first of which is the end of the 40-year decree cast upon Jewish people to wander in the desert. After having felt the severity of Divine punishment, the Jews once again rejoiced in the newlyfound favor G-d showed them, like a son reunited with his father after many bitter years of loneliness and tribulation.



Just as Moshe saw a bush burning without being consumed, so the Jews would be exiled under four empires and survive" (Yalkut Shimoni)

COPYRIGHT © YOSSI ROSENSTEIN, BNAI BRAK, ISRAEL 972-3-579-3319

## NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230

718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702

OWNED AND OPERATED BY STANLEY & PETER NIEBERG

*SERVICE AVAILABLE IN ALL COMMUNITIES*

NIEBERG Midwood Chapel, INC.

# JULY 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE DAYLIGHT SAVING TIME FOR NEW YORK AND NEW JERSEY | Do you need someone to say **KADDISH?** Observe Yahrzeits? Contact F.R.E.E. at 718-467-0860 Or visit us at www.kaddishservices.com | סיון כ"ח Sivan 28 **1** | סיון כ"ט Sivan 29 **2** | סיון ל Sivan 30 **3** New moon: 11:46am 10/18 ראש חדש תמוז Rosh Chodesh Tammuz | תמוז א Tammuz 1 **4** Rosh Chodesh Tammuz Light candles at 8:12 Independence Day | תמוז ב Tammuz 2 **5** Shabbat ends at... |
| תמוז ג Tammuz 3 **6** | תמוז ד Tammuz 4 **7** | תמוז ה Tammuz 5 **8** | תמוז ו Tammuz 6 **9** | תמוז ז Tammuz 7 **10** | תמוז ח Tammuz 8 **11** Light candles at 8:09 | תמוז ט Tammuz 9 **12** Shabbat ends at... |
| תמוז י Tammuz 10 **13** | תמוז י"א Tammuz 11 **14** | תמוז י"ב Tammuz 12 **15** | תמוז י"ג Tammuz 13 **16** | תמוז י"ד Tammuz 14 **17** | תמוז ט"ו Tammuz 15 **18** Light candles at 8:05 | תמוז ט"ז Tammuz 16 **19** Shabbat ends at 9:05 |
| תמוז י"ז Tammuz 17 **20** Fast of Tammuz 17 Fast ends at 8:53 | תמוז י"ח Tammuz 18 **21** | תמוז י"ט Tammuz 19 **22** | תמוז כ Tammuz 20 **23** | תמוז כ"א Tammuz 21 **24** | תמוז כ"ב Tammuz 22 **25** Light candles at 8:00 | תמוז כ"ג Tammuz 23 **26** Blessing of New Moon Shabbat ends at... |
| תמוז כ"ד Tammuz 24 **27** Parent's Day | תמוז כ"ה Tammuz 25 **28** | תמוז כ"ו Tammuz 26 **29** | תמוז כ"ז Tammuz 27 **30** | תמוז כ"ח Tammuz 28 **31** | *Donate your car, truck or RV to Friends of Refugees of Eastern Europe and receive a full tax break from Uncle Sam! Call to arrange a free pick up 718-467-0860* | *Do a Mitzvah! Honor your loved ones with a Memorial Plaque displayed in a synagogue as an ever lasting tribute. 718-467-0860* |

ELUL - TISHREI   5768-5769

אלול תשס"ח – תשרי תשס"ט

## THE MONTH OF ELUL

As the last month of the Jewish year, Elul is traditionally a time of introspection and stocktaking – a time to review one's deeds and spiritual progress over the past year and prepare for the upcoming "Days of Awe" of Rosh Hashana and Yom Kippur.

As the month of "Divine Mercy and Forgiveness," Elul is a most opportune time for Teshuvah ("return" to G-d), prayer, charity, and increased Ahavat Yisrael (love for a fellow Jew) in the quest for self-improvement and coming closer to G-d. Rabbi Schneur Zalman of Liadi likens the month of Elul to a time when "the king is in the field" and, in contrast to when he is in the royal palace, "everyone who desires is permitted to meet him, and he receives them all with cheerful countenance and shows a smiling face to them all."

Each day of the month of Elul (except for Shabbat and the last day of Elul), we sound the Shofar (ram's horn) as a call to repentance.

Elul is a good time to have one's Tefillin and Mezuzot checked by an accredited scribe to ensure that they are in good condition and fit for use.

During the last week of Elul, in the days leading up to Rosh Hashana, the Slichot prayers are recited, the first night at midnight, the following days in the early morning.

## ROSH HASHANA

Rosh Hashana, the beginning of the Jewish year, is also considered the world's birthday. This is the day G-d completed His creation by creating Adam and Eve, the first humans. An important Rosh Hashana observance is the sounding of the Shofar (the ram's horn). The Shofar has many meanings. It symbolizes our coronation of G-d as King, reminds us to 'wake up' and return to G-d, and it foreshadows the coming of Moshiach, which will be heralded by the sounding of the Shofar.

A HAPPY, HEALTHY AND PROSPEROUS NEW YEAR



"Sound the shofar ... on the designated time of our holy day, for it is a decree for Israel, a time of judgment for the G-d of Jacob" (Psalms 81:4-5)

Copyright © Michoel Muchnik, New York, www.MuchnikArts.com

NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue (Corner Avenue M) • Brooklyn, New York 11230
718-377-2700 • 24 Hours • Outside NYC call 1-877-327-7702
OWNED AND OPERATED BY STANLEY & ROBERT NIEBERG
SERVICE AVAILABLE IN ALL COMMUNITIES

NIEBERG Midwood Chapel, INC.

Case 1:06-cv-00092-MGC     Document 1534     Filed 04/30/2008     Page 51 of 14

# A U G U S T   2 0 0 8

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE DAYLIGHT SAVING TIME FOR NEW YORK AND NEW JERSEY | DO YOU NEED SOMEONE TO SAY **KADDISH?** OBSERVE YAHRTZEITS? CONTACT F.R.E.E. AT 718-467-0860 OR VISIT US AT www.kaddishservices.com | *DO A MITZVAH! HONOR YOUR LOVED ONES WITH A MEMORIAL PLAQUE DISPLAYED IN A SYNAGOGUE AS AN EVER LASTING TRIBUTE. 718-467-0860* | *DONATE YOUR CAR, TRUCK OR RV TO FRIENDS OF REFUGEES OF EASTERN EUROPE AND RECEIVE A FULL TAX BREAK FROM UNCLE SAM! CALL TO ARRANGE A FREE PICK UP 718-467-0860* | *EVERY JEWISH HOME SHOULD HAVE A PUSHKA CALL TO RECEIVE YOUR OWN 718-467-0860* | **1** ט"כ תמוז Tammuz 29 | **2** א אב New moon: 12:36am Av 1 Rosh Chodesh Menachem Av Shabbat ends at 8:56 |
| **3** ב אב Av 2 | **4** ג אב Av 3 | **5** ד אב Av 4 | **6** ה אב Av 5 | **7** ו אב Av 6 | **8** ז אב Av 7 Light candles at 7:53 | **9** ח אב Av 8 Shabbos... Shabbat ends |
| **10** ט אב Av 9 תשעה באב Fast of 9th of Av Fast ends at 8:29 | **11** י אב Av 10 | **12** י"א אב Av 11 | **13** י"ב אב Av 12 | **14** י"ג אב Av 13 | **15** י"ד אב Av 14 Light candles at 7:45 | **16** ו"ט אב Av 15 Fast begins at 8:... Shabbat ends at 8:44 |
| **17** ז"ט אב Av 16 | **18** י"ז אב Av 17 | **19** י"ח אב Av 18 | **20** י"ט אב Av 19 | **21** כ אב Av 20 | **22** א"כ אב Av 21 Light candles at 7:35 | **23** ב"כ אב Av 22 Shabbat ends at 8:... |
| **24** ג"כ אב Av 23 | **25** ד"כ אב Av 24 | **26** ה"כ אב Av 25 | **27** ו"כ אב Av 26 | **28** ז"כ אב Av 27 | **29** ח"כ אב Av 28 Light candles at 7:25 | **30** ט"כ אב Av 29 Shabbat ends at 8:... |
| **31** ל אב Av 30 New moon: 1:14pm 12/18 ראש חודש אלול Rosh Chodesh Elul | | | | | Light candles at 7:14 | |

# HOLIDAY CALENDAR 2007 - 2008

| Notes | Date | Festival | Time |
|---|---|---|---|
| * | 12 Sept. | First Eve of Rosh Hashana | 1 & 6 |
| ** | 13 Sept. | Second Eve of Rosh Hashana | 1 & 6 |
| *** | 21 Sept. | Eve of Yom Kippur & Shabbat | 2 & 6 |
| | 26 Sept. | First Eve of Sukkot | 3 & 6 |
| ** | 27 Sept. | Second Eve of Sukkot | 3 & 6 |
| ***** | 28 Sept. | Intermediate Shabbat of Sukkot | 5 |
| | 3 Oct. | Eve of Shemini Atzeret | 3 & 6 |
| ** | 4 Oct. | Eve of Simchat Torah | 3 & 6 |
| * | 19 April | First Seder Night | 3 & 6 |
| ** | 20 April | Second Seder Night | 3 & 6 |
| * | 25 April | Seventh Eve of Pesach & Shabbat | 4 |
| *** | 26 April | Eighth Eve of Pesach | 3 |
| * | 8 June | First Eve of Shavuot | 3 & 6 |
| ** | 9 June | Second Eve of Shavuot | 3 & 6 |

NOTE:

\* If lighting after sunset, light only from a pre-existing flame.

\*\* Do not light before the time indicated. Light only from a pre-existing flame.

\*\*\* Do not light after sunset.

\*\*\*\* Do not light after sunset. Light only from a pre-existing flame.

A pre-existing flame is a flame burning continuously since the onset of a festival such as a pilot light, gas or candle flame.

## BLESSINGS FOR FESTIVAL CANDLE LIGHTING

1. Bo-ruch A-toh Ado-noi E-lo-hei-nu Me-lech Ho-olom A-sher Ki-de-shonu Be-mitz-vo-sov V-tzi-vo-nu Le-had-lik Ner Shel Yom Tov Ha-Zi-ko-ron.

*Translate: Blessed are You, L-rd our G-d, King of the universe, who has sanctified us with His commandments, and has commanded us to kindle the light of the Day of Remembrance.*

2. Bo-ruch A-toh Ado-noi E-lo-hei-nu Me-lech Ho-olom A-sher Kide-sho-nu Be-mitz-vo-sov Vi-tzi-vo-nu Le-had-lik Ner Shel Shabbos V-shel Yom Ha-ki-purim.

*Translate: Blessed are You, L-rd our G-d, King of the universe, who has sanctified us with His commandments, and has commanded us to kindle the light of the Sabbath and Yom Kip.*

3. Bo-ruch A-toh Ado-noi E-lo-hei-nu Me-lech Ho-olom A-sher Ki-de-sho-nu Be-mitz-vo-sov Vi-tzi-vo-nu Le-had-lik Ner Shel Yom Tov.

*Translate: Blessed are You, L-rd our G-d, King of the universe, who has sanctified us with His commandments, and has commanded us to kindle the light of the Festival.*

4. Bo-ruch A-toh Ado-noi E-lo-hei-nu Me-lech Ho-olom A-sher Ki-de-sho-nu Be-mitz-vo-sov Vi-tzi-vo-nu Le-had-lik Ner Shel Shabbos V-shel Yom Tov.

*Translate: Blessed are You, L-rd our G-d, King of the universe, who has sanctified us with His commandments, and has commanded us to kindle the Sabbath and Yom Tov light.*

5. Bo-ruch A-toh Ado-noi E-lo-hei-nu Me-lech Ho-olom A-sher Ki-de-sho-nu Be-mitz-vo-sov Vi-tzi-vo-nu Le-had-lik Ner Shel Shabbos Kodesh.

*Translate: Blessed are You, L-rd our G-d, King of the universe, who has sanctified us with His commandments, and has commanded us to kindle the Sabbath light.*

6. Bo-ruch A-toh Ado-noi E-lo-hei-nu Me-lech Ho-olom She-he-chi-yonu V-ki-yi-mo-nu V-hi-gi-o-nu Liz-man Ha-zeh.

*Translate: Blessed are You, L-rd our G-d, King of the universe, who has granted us life, and sustained us and enabled us to reach this occasion.*

# SHABBAT AND FESTIVAL CANDLES

## THE SHABBAT CANDLES

A married woman customarily lights two candles and may add an additional one for each of her children. An unmarried girl should light one candle in deference to her mother.

As soon as a young girl can understand the idea of the Shabbat and can say the blessing (approximately 3 years old) her parents should provide her with a candlestick and teach her to kindle the Shabbat candles. The young girl should light before her mother in case she needs assistance from her.

It is customary to put a few coins into a Tzedakah Pushka (charity box) before lighting the candles. The correct time to light the Shabbat candles is 18 minutes before sunset every Friday. Young girls should light just prior to this time.

## THE FESTIVAL CANDLES

Just as candles are lit in honor of the Shabbat so are they lit in honor of the festivals. Various blessings are recited on different festivals. See the chart Blessings for Festival Candle Lighting.

### Procedure for Lighting the Shabbat Candles

The woman (or young girl) lights the candles, then spreads her hands out around the candles, drawing her hands inwards in a circular motion three times to indicate her acceptance of the sanctity of the Shabbat.

She then covers her eyes and says the blessing:

**Bo-ruch A-toh Ado-noi E-lo-hei-nu Me-lech Ho-olom A-sher Ki-de-sho-nu Be-mitz-vo-sov Vi-tzi-vo-nu Le-had-lik Ner Shel Shabbos Ko-desh.**

*Translation: Blessed are You, L-rd, our G-d, King of the universe, who has sanctified us with His commandments, and has commanded us to kindle the light of the holy Shabbat.*

She then uncovers her eyes to behold the Shabbat lights.

The time of lighting is considered especially propitious to pray to G-d for health and happiness. The prayer is readily accepted because it is said during the performance of this great mitzvah of lighting the Shabbat candles.

**CAUTION:** The candles must be lit before sunset. It is prohibited and is a desecration of the Shabbat to light the candles after sunset.

When lighting after the onset of a festival, a pre-existing flame must be used to light the candles since it is prohibited to create a new flame by striking a match or lighter, etc. However, it is permissible to use (or transfer from) a flame burning continuously since the onset of the festival, such as a pilot light, gas or candle flame.



# SEPTEMBER 2008

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| TIMES SHOWN ARE DAYLIGHT SAVING TIME FOR NEW YORK AND NEW JERSEY | **1** אלול א Elul 1 Labor Day | **2** אלול ב Elul 2 | **3** אלול ג Elul 3 | **4** אלול ד Elul 4 | **5** אלול ה Elul 5 | **6** א אלול Elul 1 |
| **7** אלול ז Elul 7 | **8** אלול ח Elul 8 ראש חודש אלול Rosh Chodesh Elul | **9** אלול ט Elul 9 | **10** אלול י Elul 10 | **11** אלול יא Elul 11 | **12** אלול יב Elul 12 Light candles at 7:03 | **13** אלול יג Elul 13 Shabbat... |
| **14** אלול יד Elul 14 Grandparents Day | **15** אלול טו Elul 15 | **16** אלול טז Elul 16 | **17** אלול יז Elul 17 | **18** אלול יח Elul 18 | **19** אלול יט Elul 19 Light candles at 6:51 | **20** אלול כ Elul 20 Shabbat... |
| **21** אלול כא Elul 21 | **22** אלול כב Elul 22 | **23** אלול כג Elul 23 | **24** אלול כד Elul 24 | **25** אלול כה Elul 25 | **26** אלול כו Elul 26 Light candles at 6:40 | **27** אלול כז Elul 27 Shabbat... |
| **28** אלול כח Elul 28 | **29** אלול כט Elul 29 Eve of Rosh Hashana Light candles at 6:23 | **30** אלול כט Elul 29 New moon; 1-Star rises ראש השנה First day of ROSH HASHANA Light candles after 7:20 | תשרי א Tishrei 1 October 1 ראש השנה Second day of ROSH HASHANA Yom Tov ends at 7:18 | תשרי ב Tishrei 2 | | |

Do a Mitzvah! Honor your loved ones with a Memorial Plaque displayed in a Synagogue as an ever lasting tribute. 718-467-0860

Do you need someone to say **Kaddish?** Observe Yahrtzeits? Contact F.R.E.E. at 718-467-0860 Or visit us at www.kaddishservices.com

Every Jewish Home should have a Pushka Call to receive your own 718-467-0860





# NIEBERG
## *Midwood Chapel, INC.*

## SERVING THE JEWISH COMMUNITY FOR 5 GENERATIONS - 150 YEARS

*Let our family be there in your time of need*

- PROVIDING CARE & DIGNIFIED SERVICE TO ALL THROUGHOUT THE UNITED STATES
- LARGE AIR-CONDITIONED CHAPELS
- LARGE PARKING FACILITIES
- MIKVAH ON PREMISES
- REASONABLE PRICES
- CALL US FOR PRE-PLANNING ARRANGEMENTS
- BURIAL IN ALL CEMETERIES
- SHIPPING TO ISRAEL



## NIEBERG MIDWOOD CHAPEL, INC.

*Owned and operated by Stanley & Peter Nieberg*

1625 Coney Island Avenue (Corner Avenue M)
Brooklyn, New York 11230
718-377-2700 • 24 Hours
Outside NYC call 1-877-327-7702

**EXHIBIT 2**

# YIZKOR BOOK



## HARRY NIEBERG & SONS, INC.

Funeral Directors

1625 CONEY ISLAND AVENUE

Corner Avenue M

Brooklyn, N.Y.

377-2700

**USED FOR MORE THAN 25 YEARS**
**AND MAILED ACROSS STATE LINE IN INTERSTATE COMMERCE**

*The Nieberg Family*

**Five Generations of
Faithful Service to
the Jewish Community**

No Obligation
Pre-Arrangemet Counseling

*Nieberg Midwood*

*Chapel, Inc.*

**1625 CONEY ISLAND AVENUE**
(Corner Avenue M)
**BROOKLYN, NEW YORK 11230**

**(718) 377-2700
(212) 674-3600
(516) 248-1766**

**OUTSIDE OF NEW YORK**

**(877) 327-7702**

*Services Available in all Communities
Burials in Israel*

# Memorial

# Prayers



NIEBERG Chapel
Midwood Chapel, Inc.

YO YEARS/MADEO

**USED FOR MORE THAN 40 YEARS**

Yis-ga-dal v'yis-ka-dash sh'may ra-bo,
B'ol-mo dee-v'ro chir-u-say, v'yam-leech
  mal-chu-say,
B'cha-yay-chon uv-yo-may-chon, uv-cha-yay
  d'chol bays yis-ro-ayl,
Ba a-go-lo u-viz'man ko-reev, v'im-ru Omayn.
Y'hay sh'may ra-bo m'vo-rach, l'o-lam
  ul-ol-may ol-ma-yo.

Yis-bo-rach v'yish-ta-bach, v'yis-po-ar
  v'yis-ro-mam,
V'yis-na-say v'yis-ha-dar, v'yis-a-leh,
  v'yis-ha-lal sh'may d'kud-sho b'rich- hu;
L'ay-lo min kol bir-cho-so v'shee-ro-so,
Tush-b'cho-so v'ne-cheh-mo-so, da-a-mee-ron
  b'ol-mo,
V'im-ru Omayn.
Y'hay sh'lo-mo ra-bo min sh'ma-yo,
V'cha-yeem o-lay-nu v'al kol yis-ro-ayl v'im-ru
  Omayn.
O-se sho-lom bim-ro-mov hu ya-a-se shol-lom
O-lay-nu v'al kol yis-ro-ayl v'im-ru Omayn.

HARRY NIEBERG & SONS INC.        (718) 377-2700
                                 (212) 674-3600
                                 (305) 858-3041

**MIDWOOD**
*Memorial Chapel,* Inc.

1625 CONEY ISLAND AVENUE - CORNER AVENUE M
BROOKLYN, NEW YORK 11230

**SERVICES AVAILABLE IN ALL COMMUNITIES**

*MORE THAN 40 YEARS*
*MAILED STATE LINES*

# USED FOR MORE THAN 40 YEARS
# AND MAILED IN INTERSTATE COMMERCE

ОПИСАНИЕ МАРШРУТОВ
НА  КЛАДБИЩА
НЬЮ-ЙОРКА И НЬЮ-ДЖЕРСИ

# NIEBERG
# MIDWOOD
# CHAPEL INC.

**Офис**

**HARRY NIEBERG & SONS, INC.**
**1625 Коней Айленд Авеню**
(Угол авеню М)
**БРУКЛИН, НЬЮ-ЙОРК**

## 718-377-2700

**USED FOR MORE THAN 10 YEARS
AND USED BOTH LOCALLY AND
DELIVERED TO CEMETERIES
IN INTERSTATE COMMERCE**

**USED FOR MORE THAN 15 YEARS
AND MAILED IN INTERSTATE COMMERCE**

HARRY NIEBERG & SONS, INC.
MIDWOOD MEMORIAL CHAPEL, INC.
NIEBERG MIDWOOD CHAPEL, INC.

1625 Coney Island Avenue
Brooklyn, NY 11230
(718) 377-2700

### General Price List

These prices are effective as of ___February 1, 2008___
And are subject to change without notice.

THE ESSENCE OF A JEWISH FUNERAL IS THE TAHARA. TAHARA IS THE TRADITIONAL PREPARATION AND DRESSING OF THE REMAINS, IN LINEN GARMENTS, BY THE CHEVRA KADISHA (THE SACRED SOCIETY).

- "The goods and services shown below are those we can provide to our customers. You may choose only the items you desire. However any funeral arrangements you select will include a charge for our services. If legal or other requirements mean you must buy any items you did not specifically ask for, we will explain the reason in writing on the statement we provide describing the funeral good and services you selected."

- "This list may not include prices for certain items that you select such as cemetery or crematory services, flowers, or newspaper notices. The prices for those items will be shown on your bill or the statement describing the funeral goods and services you selected."

- Your authorization is required for a funeral home to obtain custody of a body, and a body must be released promptly upon your request. The provider of funeral services is required to give information in person and or over the telephone.

- A provider of funeral services is prohibited from representing that the deterioration of human remains can be prevented for more than a limited time by embalming, caskets, vaults or outer interment receptacles.

---

### Merchandise:

Caskets and alternative containers:
*(A complete price list will be provided at the funeral home.)*

prices range from $ ___50.00___
to $ ___15,900.00___

Outer interment receptacles (outer burial containers)
*(A complete price list will be provided at the funeral home.)*

prices range from $ ___895.00___
to $ ___5000.00___

**Burial Clothing**

prices range from $ ___165.00___
to $ ___215.00___

**Urns**

prices range from $ _____
to $ _____

### Additional Services and Merchandise:

We will purchase additional services and merchandise for you. The prices in this section include a charge for our services in buying these items.

| | Prices range From | To |
|---|---|---|
| Memorial Cards | $ N/A | |
| Acknowledgment Cards | $ .100 .40 .00 | 250.00 |
| Casket Plate | N/A | |
| Crucifix/Cross | N/A | |
| Hairdressing | 150.00 | 350.00 |
| Flowers | N/A | |
| Register Book | N/A | |
| Death notices per line $ | 1.00 | 5000.00 |
| Watcher Per. Shift (8 Hr) | 85.00 | |
| Body pouch | 75.00 | |
| Tallis | 40.00 | |

---

### Limited Services:

**Forwarding remains to another funeral home:**

This charge includes the local transfer of the remains to the funeral home, staff services, securing necessary authorizations, local transportation to point of shipment.

The charge does not include shipping charges or additional items of services, merchandise, facility use, and livery that the customer may wish to select ........ $ ___1995.00___

Transportation beyond local point of shipment will be billed either as livery or common carrier charges depending upon the forwarding location. Local point of shipment is up to or within ___15 miles___

**Receiving Remains from another funeral Home:**

This charge includes basic local transportation of the remains to the funeral home and/or place of local disposition, staff services, and securing necessary authorizations. The charge does not include additional items of services, merchandise, facility use, and livery that the customer may wish to select ........ $ ___1995.00___

Transportation beyond a local place of disposition will be billed as livery charges. Local place of disposition is up to or within ___15 miles___

### Cash Advances:

Services and merchandise provided as cash advance items will be billed at the same amount paid by the funeral firm.

Cemetery or Crematory
Clergy Honoraria
Death Certificate Transcripts
Livery
Pallbearers

Public Transportation
Gratuities
Bridge & Road Tolls
Telephone & Telegraph Charges

©1987 AP-CO

**NIEBERG MIDWOOD CHAPEL INC.**



Jewish Funeral Directors Since 1860

**1625 CONEY ISLAND AVENUE
BROOKLYN, NEW YORK 11230**

# КАДИШ
# ИЗКОР

**718-377-2700**
**Outside NY: 877-327-7702**

**USED FOR MORE THAN 15 YEARS LOCALLY
AND BY MAIL IN INTERSTATE COMMERCE**

# HARRY NIEBERG & SONS, INC.
### Jewish Funeral Directors Since 1860

## СТАРЕЙШЕЕ ЕВРЕЙСКОЕ
## ПОХОРОННОЕ БЮРО

**ПРЕДЛАГАЕТ СВОИ УСЛУГИ В
ОРГАНИЗАЦИИ ЕВРЕЙСКОГО
ПОГРЕБАЛЬНОГО ОБРЯДА,
СОГЛАСНО ВАШИМ
СЕМЕЙНЫМ ТРАДИЦИЯМ.
МЫ ОТНЕСЕМСЯ К ВАМ СО ВСЕМ
УЧАСТИЕМ, И ПО-РУССКИ
РАЗЪЯСНИМ ВАМ ВСЕ
ПОДРОБНОСТИ, СВЯЗАННЫЕ
С ЭТИМ РИТУАЛОМ.**

# 24 ЧАСА В СУТКИ

**БРУКЛИН
КВИНС**

**БРОНКС
МАНХЕТТЕН**

# 718-377-2700

# 877-327-7702

### ЕСТЬ МЕСТА НА ВСЕХ
### КЛАДБИЩАХ НЬЮ-ЙОРКА И
### НЬЮ-ДЖЕРСИ

**NIEBERG MIDWOOD CHAPEL
1625 CONEY ISLAND AVENUE
BROOKLYN, NEW YORK 11210**

## — ЙЕРТЦАЙД —
## — ГОДОВЩИНА СМЕРТИ —

По традиции, в ночь на годовщину смерти **по еврейскому календарю,** в память об усопшем зажигается свеча.

**ЙЕРТЦАЙД** начинается с вечерней службы в синагоге чтением специальной молитвы — КАДИШ — в ночь на Годовщину смерти, и заканчивается послеобеденной службой в день годовщины смерти.

КАЛЕНДАРЬ ДЛЯ ЙЕРТЦАЙД — это календарь для определения даты годовщины смерти согласно еврейскому (лунному) календарю, можно получить бесплатно по почте, обратившись по адресу:

**NIEBERG MIDWOOD CHAPEL
1625 coney Island Avenue
Brooklyn, New York 11210
718-377-2700**

*Просьба указать в вашем письме:*
1. Имя и фамилию покойного.
2. Точную дату смерти.
3. Когда наступила смерть: до или после захода солнца.





**USED IN INTERSTATE COMMERCE FOR MANY DECADES**



**HEARSE USED BY DEFENDANTS LOCALLY
AND IN INTERSTATE COMMERCE**



**HEARSE USED BY DEFENDANTS LOCALLY
AND IN INTERSTATE COMMERCE**

# HARRY NIEBERG & SONS, INC.
### Jewish Funeral Directors Since 1860

## СТАРЕЙШЕЕ ЕВРЕЙСКОЕ ПОХОРОННОЕ БЮРО

**ПРЕДЛАГАЕТ СВОИ УСЛУГИ В ОРГАНИЗАЦИИ ЕВРЕЙСКОГО ПОГРЕБАЛЬНОГО ОБРЯДА, СОГЛАСНО ВАШИМ СЕМЕЙНЫМ ТРАДИЦИЯМ. МЫ ОТНЕСЕМСЯ К ВАМ СО ВСЕМ УЧАСТИЕМ, И ПО-РУССКИ РАЗЪЯСНИМ ВАМ ВСЕ ПОДРОБНОСТИ, СВЯЗАННЫЕ С ЭТИМ РИТУАЛОМ.**

## 24 ЧАСА В СУТКИ

**БРУКЛИН КВИНС**

**718-377-2700**

**БРОНКС МАНХЕТТЕН**

**877-327-7702**

**ЕСТЬ МЕСТА НА ВСЕХ КЛАДБИЩАХ НЬЮ-ЙОРКА И НЬЮ-ДЖЕРСИ**

**NIEBERG MIDWOOD CHAPEL
1625 CONEY ISLAND AVENUE
BROOKLYN, NEW YORK 11210**

# — ЙЕРТЦАЙД —
## — ГОДОВЩИНА СМЕРТИ —

По традиции, в ночь на годовщину смерти **по еврейскому календарю,** в память об усопшем зажигается свеча.

**ЙЕРТЦАЙД** начинается с вечерней службы в синагоге чтением специальной молитвы — КАДИШ — в ночь на Годовщину смерти, и заканчивается послеобеденной службой в день годовщины смерти.

КАЛЕНДАРЬ ДЛЯ ЙЕРТЦАЙД — это календарь для определения даты годовщины смерти согласно еврейскому (лунному) календарю, можно получить бесплатно по почте, обратившись по адресу:

**NIEBERG MIDWOOD CHAPEL
1625 coney Island Avenue
Brooklyn, New York 11210
718-377-2700**

*Просьба указать в вашем письме:*

1. Имя и фамилию покойного.
2. Точную дату смерти.
3. Когда наступила смерть: до или после захода солнца.







Telephone Orchard { 614
                  { 3085

M.

_By June 8, 19___

To **H. NIEBERG**, Dr.

SUCCESSOR TO R. ROSENTHAL

**UNDERTAKER**

Hearses, Coaches, Landaus and Automobiles for all occasions
Wedding, Party and Funeral calls promptly attended to at all hours.

Horses kept on Livery, by the day, week or month

**141 LUDLOW STREET**

Received One Hundred + Twenty-five dollars
Rent for premises 141 Ludlow Street
from May 1, 1922
The above given to the receiver for all
monies until deed for said premises

Harry Nieberg to Mrs. Alben

Witness
Igen. Allof
Reisser

EVIDENCE OF USE OF NIEBERG NAME
GOING BACK TO 1922

Telephone Orchard { 614 / 3085

M

By June 9 19

To **H. NIEBERG**, Dr.

SUCCESSOR TO R. ROSENTHAL

**UNDERTAKER**

Horses, Coaches, Busibuses and Automobiles for all occasions
Wedding, Party and Funeral calls promptly attended to at all hours.
Horses kept on Livery, by the day, week or month

**141 LUDLOW STREET**

Received One Thousand...

Whitman

Lyzin Slott

Peissey Jackman

EVIDENCE OF USE OF NIEBERG NAME
GOING BACK TO 1922

**PAGE 9 OF NEWSLETTER OF KNIGHTS OF PYTHIAS
OCTOBER/NOVEMBER 2007
REFERENCING "HARRY NIEBERG & SONS, INC."**

In Florida, Local Call
(305) 858-3041
(24 HOURS)
(561) 790-7998

# NIEBERG'S
# MIDWOOD CHAPELS, INC.
### BROTHERS HARRY, STANLEY AND PETER NIEBERG

— SERVICES AVAILABLE IN ALL COMMUNITIES —

1625 CONEY ISLAND AVENUE (Corner Avenue M) BROOKLYN, N.Y. 11230

---

# Companion - Brigham Park
# Federal Credit Union

Serving the member families of Excelsior Lodge No. 109, Knights of Pythias

## Low cost loans for new/used cars, personal/family expenses

FREE new and used American and foreign car dealer cost/value information

Call ERIC STEINHARDT, Treasurer, at 718-252-6409 or e-mail CBPFCU@VERIZON.NET

Office hours *by appointment*: Monday through Thursday evenings and weekends

Your savings federally insured to $100,000 by **NCUA** (National Credit Union Administration)
a U.S. Government agency

---



# MICHAEL C. NELSON
## NYC COUNCIL MEMBER



## 48th Council District Office

### 3810A Nostrand Avenue
### Brooklyn, NY 11235-2013
### 718-368-9176
### Fax: 718-368-9160

**PAGE 9 OF NEWSLETTER OF KNIGHTS OF PYTHIAS**
**OCTOBER/NOVEMBER 2007**
**REFERENCING "HARRY NIEBERG & SONS, INC."**

In Florida, Local Call
(305) 858-3041
(24 HOURS)
(561) 790-7998

# NIEBERG'S
# MIDWOOD CHAPELS, INC.
### BROTHERS HARRY, STANLEY AND PETER NIEBERG

## — SERVICES AVAILABLE IN ALL COMMUNITIES —

1625 CONEY ISLAND AVENUE (Corner Avenue M) BROOKLYN, N.Y. 11230

---

# Companion - Brigham Park
# Federal Credit Union

Serving the member families of Excelsior Lodge No. 109, Knights of Pythias

## Low cost loans for new/used cars, personal/family expenses

FREE new and used American and foreign car dealer cost/value information

### Call ERIC STEINHARDT, Treasurer, at 718-252-6409 or e-mail CBPFCU@VERIZON.NET

Office hours *by appointment*: Monday through Thursday evenings and weekends

Your savings federally insured to $100,000 by **NCUA** (National Credit Union Administration)
a U.S. Government agency

---



# MICHAEL C. NELSON
## NYC COUNCIL MEMBER



## 48th Council District Office

### 3810A Nostrand Avenue
### Brooklyn, NY 11235-2013
### 718-368-9176
### Fax: 718-368-9160

**PAGE 4 OF NEWSLETTER OF THE AVE. "Z" JEWISH CENTER
FOR SEPT. 2007 REFERENCING "HARRY NIEBERG & SONS INC."
AS "OUR OFFICIAL FUNERAL DIRECTOR"**





**Z DRUGS INC.**

VITAMINS · FREE BLOOD PRESSURE SCREENS
PRESCRIPTION PICK-UP & DELIVERY
BILL PAYMENTS

Tel: (718) 648-4441     2617 E. 16th Street
Fax (718) 648-4328     Brooklyn, NY 11235

*Bay Opticians*
*Eye Appeal* OPTICAL BOUTIQUE

EYES EXAMINED · CONTACT LENSES · FASHION EYEWEAR

1607 Sheepshead Bay Road
Brooklyn, New York 11235
(718) 934-1123 • (718) 891-0833

Lester     Rita     Gene

*Optometrist Available*     *Licensed Opticians*



**COUNCIL MEMBER MICHAEL C. NELSON**
*48th Council District*

3810A Nostrand Avenue • Brooklyn, NY 11235
(718) 368-9176 • Fax: (718) 368-9160

**THIS SPACE
AVAILABLE**

**HARRY NIEBERG & SONS INC.**
**Our Official Funeral Director**     (718) 377-2700
**5 Generations of Service**     (212) 674-3600
**To The Jewish Community**


NIEBERG
*Midwood Chapel, Inc.*

1625 CONEY ISLAND AVENUE
CORNER AVENUE M
BROOKLYN, NY 11230

**GOLD JEWELRY
SOLD AND REPAIRED**
*Beads and Pearls Restrung*

Contact: Annie Rubenstein
Telephone: 743-3316

**ALL PROFITS DERIVED FROM
THIS PROJECT WILL BENEFIT
SISTERHOOD**

Avenue Z Jewish Center
875 Avenue Z
Brooklyn, NY 11235

Non-Profit
U.S. POSTAGE
**PAID**
Brooklyn, NY
Permit No. 7009



1710 Avenue Y

The Management and Staff
wish
Center Members a
*Happy New Year*

*The Nieberg Family*

Five Generations of
Faithful Service to
the Jewish Community

No Obligation
Pre-Arrangemet Counseling

*Nieberg Midwood*

*Chapel, Inc.*

1625 CONEY ISLAND AVENUE
(Corner Avenue M)
BROOKLYN, NEW YORK 11230

(718) 377-2700
(212) 674-3600
(516) 248-1766

OUTSIDE OF NEW YORK

(877) 327-7702

*Services Available in all Communities
Burials in Israel*

Memorial

Prayers



NIEBERG
Midwood Chapel, Inc.
40 YEARS / MA260

**USED FOR MORE THAN 40 YEARS**

**PAGE 4 OF NEWSLETTER OF THE AVE. "Z" JEWISH CENTER FOR SEPT. 2007 REFERENCING "HARRY NIEBERG & SONS INC." AS "OUR OFFICIAL FUNERAL DIRECTOR"**





**Z DRUGS INC.**

VITAMINS · FREE BLOOD PRESSURE SCREENS
PRESCRIPTION PICK-UP & DELIVERY
BILL PAYMENTS

Tel: (718) 648-4441
Fax (718) 648-4328

2617 E. 16th Street
Brooklyn, NY 11235



**COUNCIL MEMBER MICHAEL C. NELSON**
*48th Council District*

3810A Nostrand Avenue · Brooklyn, NY 11235
(718) 368-9176 · Fax: (718) 368-9160

*Bay Opticians*
*Eye Appeal* OPTICAL BOUTIQUE
EYES EXAMINED · CONTACT LENSES · FASHION EYEWEAR

1607 Sheepshead Bay Road
Brooklyn, New York 11235
(718) 934-1123 · (718) 891-0833

| Lester | Rita | Gene |
|---|---|---|
| *Optometrist Available* | | *Licensed Opticians* |

**HARRY NIEBERG & SONS INC.**
Our Official Funeral Director
5 Generations of Service
To The Jewish Community

(718) 377-2700
(212) 674-3600



1625 CONEY ISLAND AVENUE
CORNER AVENUE M
BROOKLYN, NY 11230

**THIS SPACE
AVAILABLE**

**GOLD JEWELRY
SOLD AND REPAIRED**
*Beads and Pearls Restrung*

Contact: Annie Rubenstein
Telephone: 743-3316

**ALL PROFITS DERIVED FROM
THIS PROJECT WILL BENEFIT
SISTERHOOD**

Avenue Z Jewish Center
875 Avenue Z
Brooklyn, NY 11235

Non-Profit
U.S. POSTAGE
**PAID**
Brooklyn, NY
Permit No. 7009



1710 Avenue Y

The Management and Staff
wish
Center Members a
*Happy New Year*

**NEWSLETTER OF TEMPLE SHOLOM**

**MAY-JUNE 2007**

**Temple Sholom**
2075 East 68th Street
Brooklyn, New York 11234

Non-Profit Org.
U.S. Postage Paid
Brooklyn, N.Y.
Permit No. 9397

Peter Nieberg
260 Whitman Drive
Brooklyn, NY 11234






(718) 377-2700
1625 Coney Island Avenue

**NEWSLETTER OF TEMPLE SHOLOM**

**MAY-JUNE 2007**

**Temple Sholom**
2075 East 68th Street
Brooklyn, New York 11234

Non-Profit Org.
U.S. Postage Paid
Brooklyn, N.Y.
Permit No. 9397

Peter Nieberg
260 Whitman Drive
Brooklyn, NY 11234



# NIEBERG'S



## (718) 377-2700
## 1625 Coney Island Avenue



**COUNCILMEMBER**
# Michael C. Nelson



**48th Council District**
**3810A Nostrand Avenue**
**Brooklyn, New York 11235**
**Tel (718) 368-9176   Fax (718) 368-9160**

---

**STAN BIESKY**
Vice President

THE NEW MEGA YACHT **ATLANTIS**

For Charter & Catering
For All Occasions



ATLANTIS

newyorkcruises@aol.com

Tel: (718) 646-7753
Fax: (718) 646-3490

---



MIDWOOD Memorial Chapel INC.

Serving Every Phase of Community Need

**HARRY NIEBERG & SONS INC.**
*FUNERAL DIRECTORS*
1625 Coney Island Ave, (Cor. Ave. M)
Brooklyn, N.Y. (718) 377-2700
**EDWIN, HARRY, STANLEY, and PETER NIEBERG, Directors**
*Service Available In All Communities*

11

**EXCERPT FROM B'NAI B'RITH**
**MAY 2007**

ב"ה

# BOOK OF REMEMBRANCE

## 2007 FOR THE YEAR 5768



## Congregation Beth Shalom of Kings Bay

Rabbi Zev Goldfischer
Rev Alter Shulson
Cantor Shlomo Perla
Cantor David Stepanovskiy

COVER PAGE OF BOOK OF REMEMBRANCE FOR 2007
ISSUED BY CONGREGATION BETH SHALOM OF KINGS BAY

## NIEBERG'S MIDWOOD MEMORIAL CHAPEL

5 Generations of Faithful Service to the Jewish Community

1625 Coney Island Avenue
Corner of Avenue M Brooklyn NY 11230
718 - 377 -2700

Service Available in All Communities
Monuments and Lettering in All Cemeteries

| | | |
|---|---|---|
| New York | 212 | 674  3600 |
| Long Island | 516 | 248  1766 |
| Out of Town | 877 | 327  7702 |
| Out of Town | 800 | 396 9103 |

Nieberg Midwood Memorial Chapels have a long tradition of serving the community of Congregation Beth Shalom of Kings Bay with distinction

Owned & Operated by
Stanley and Peter Nieberg
Funeral Directors

Fax 718 377 7380

*You may call us for*

- **Graveside Services**
- **Shipping to Israel**
- **Pre - Arrangements**
  - **Monuments**

718-377-3047

**NIEBERG Midwood Chapel, Inc.**

1625 CONEY ISLAND AVENUE
(Corner Avenue M)
BROOKLYN, NEW YORK 11230
**718 377-2700**

**Outside of New York
800-396-9103**

**2007 - 2008**

**Pocket Appointment Planner**

**NIEBERG Midwood Chapel, Inc.**

**USED FOR MORE THAN 40 YEARS**

**MISCELLANEOUS AND YELLOW PAGE INSERTS FOR THE 5 BOROUGHS OF NEW YORK, AS WELL AS, WEST PALM BEACH, FLORIDA REFERENCING NIEBERG MIDWOOD CHAPEL INC. AND/OR HARRY NIEBERG & SONS, INC.**

**SuperPages.com**

HUNTINGTON

FUNERAL 245

## FUNERAL DIRECTORS —(cont'd)

**SINAI CHAPELS**
Visit Our Website @
162-05 Horace Harding Expwy  Fresh Meadows
Toll Free Dial 1 —————————800 446-0406
(See Our Display Ad This Page)

**SMITHTOWN FUNERAL HOME
INC-ROBERT A FIVES**
31 Landing Av  Smithtown ——————— 360-0555

**VIRAG-MADDEX
FUNERAL
DIRECTORS INC**
1380 New York Av  Hntgtn Sta —————— 385-9787

**WEBER JOSEPH A FUNERAL
HOME INC**
Hawkins Av  Lake Ronkonkoma —————— 588-9599
(See Our Display Ad This Page)

**WHITE ARTHUR F FUNERAL HOME INC**
Family Owned & Operated
Established 1923
Pre-Arrangement Counseling
www.arthurfwhite.com
516 249-0336      516 931-1454
Farmingdale       Bethpage
315 Conklin Street  234 Broadway
      11735           11714

Funeral Flowers
see
Florists

*"I found it in*
*Verizon Yellow Pages"*



**Find a
piano-tuner sooner.**

If you want to find a
business quickly, using
Verizon Yellow Pages is a
good idea. It's the easiest
directory to use.

**Notes**

---

*Funeral Directors*
• Pre-Planned Funeral Arrangements
  (Revocable and Irrevocable/Medicaid)
• Out of State Arrangements
• Chevra Kadisha Services Available
• All Facilities On One Level
• Handicapped Accessible
• In Home Arrangements Available
www.shalomnemorialchapelsinc.com


760 Smithtown By Pass Smithtown NY

• **We Are Family Owned
Independently Operated**
We are dedicated to serve you and your
family with the most compassionate,
professional and affordable quality
service, which sets us apart from our
competitors and the large corporate
controlled conglomerates.
We are committed to helping
families in their time of need.
**TOLL FREE**
187 SHALOM 18
742566


**F**

---

### "A Cremation And Burial Service"
**Call Anytime, 24 Hours A Day**



• Choose from our many service and
price options made simple

• Arrangements can be made in the
privacy of your own home

• Traditional service, memorial service,
family gatherings

• Medicaid planning

## Simple Options Inc.
1-888-647-4675
3640 Route 112  Coram

---

*Funeral Directors*
• Pre-Planned Funeral Arrangements
  (Revocable and Irrevocable/Medicaid)
• Out of State Arrangements
• Chevra Kadisha Services Available
• All Facilities On One Level
• Handicapped Accessible
• In Home Arrangements Available
**We Are Family Owned Independently Operated**
 (631) 360-3038 
760 Smithtown By Pass Smithtown NY
Serving All Communities

---

### Giove FUNERAL HOME
Serving The Community With
Dignity And Integrity Since 1964
Family Owned And Operated   Over Two Generations
Of Personalized Service
On Call 24 Hours
• Personalized Family Service   • Pre-Arranged Funerals
• Burial & Cremation Services   • At Home Arrangements
• Complete Funerals            • Ample Parking
• Serving All Faiths           • Out of Town Services
**Middle Island**        **Selden**
440 Middle Country Rd   1000 Middle Country Road
345-6700              732-1800
www.giovefuneralhome.com

---

### Still-Jewish Family Owned
& Independently Operated
**PARKSIDE**
MEMORIAL CHAPELS, INC.
Over 70 Years of Family Service
Chapel, Family Gathering &
Graveside Services Available
Pre-need Services
Direct Immediate Burial
Ample Parking Facilities
175 No. Long Beach Rd., Rockville Centre
8000 Jericho Turnpike, Woodbury
Call 24 Hours A Day
516 868-1616
parksidememorialchapels.com

---


Resnick & Buchbinder Inc., Affil.
**Sinai Chapels**
*Funeral Directors*
1-800-446-0406
162-05 HORACE HARDING EXPWY.
FRESH MEADOWS, NY 11365
Visit our Web Site at:
www.jewishfunerals.com
**DIRECTORS:**
SEYMOUR RESNICK, MICHAEL RESNICK,
HAROLD GOLDSMITH, HOWARD FOX.
Pre-Need & Pre-Arrangement Counseling
Graveside & Direct Services Available
It used to be there were
so many family businesses...
Now, we're one of the few remaining.

---

### In Your Time Of Grief,
We Are There For You
Courteous, Compassionate Service
Family Owned And Managed
**Funerals At Reasonable Prices**
Serving All Faiths
Burial - Cremation - Shipping
Pre-Need Funeral Planning
**Joseph A. Weber
Funeral Home, Inc.**
351 Hawkins Av
Lake Ronkonkoma
**588-9599**

---

### SANDLES FUNERAL HOME
Established 1965
*Family Owned & Operated*
Serving All Faiths with
Dignity & Reverence
• Cremation Services
• Burial Services
• Pre-Arranged Funerals
Herman J. Sandles, Lic. Dir.
Pamela Sandles, Lic. Dir.
631-581-9242
98 Carleton Avenue
Islip Terrace, NY

---

### MIDWOOD Memorial Chapel
"SERVING THE JEWISH COMMUNITY
FOR 5 GENERATIONS"
HARRY NIEBERG & SONS
INDEPENDENTLY OWNED & OPERATED
• GRAVESIDE SERVICES
• PRE-NEED & DIRECT SERVICES
• SHIPPING TO ISRAEL
Call 24 Hours
(800) 396-9103
516-248-1766
718 377-2700

IN FLORIDA CALL 954-458-3041 or 561-799-9998
SERVICES AVAILABLE IN ALL COMMUNITIES

**160** FUNERAL

BRONX

## EAST END FUNERAL HOME INC

### SERVING THE COMMUNITY FOR OVER 3 GENERATIONS

- **Cremation Services • Affordable Funerals**
- **Pre-Need Counseling & Arrangements**
- **Out of Town Services Arranged**
- **24 Hour Personalized Service**
- **Serving All Faiths**

**Frank V. Cinquemani**
Funeral Director
*"Personal Attention To All Details"*

Se Habla Español

Private Parking Facilities

Easily Accessible By All Transportation

### SERVICES AVAILABLE IN ALL LOCATIONS

## 718-547-4545

725 Gun Hill Road



---

Tom Guido
Pre-Arrangements

Serving All Faiths
For 90 Years

## "Castle Hill" Funeral Directors Inc.

1528 Castle Hill Avenue
Bronx, New York 10462

### 718-828-9222

Parking Facilities        Centrally Located

WWW.CASTLEHILLFUNERALDIRECTORS.COM

George Far...



## CASTLE HILL FUNERAL DIRECTORS, Inc

*"Caring for the Jewish Community"*

### 718-828-9222

*Under Rabbinical Supervision*

Our Service
from
Our Chapel
Synagogues
Graveside

Halacha
Chevra Kadisha

1528 Castle Hill Avenue
Bronx, N.Y. 10462



---

**FUNERAL DIRECTORS —(cont'd)**

HODDER DAVID J & SON
899 Mc Lean Av  Yonkers ———— 914 237-5800

JEWISH MEMORIAL CHAPEL



Family Owned & Operated

JEWISH MEMORIAL CHAPEL
Strict Adherence To Halacha & Minhagin
Accommodations Made For Cohanim
www.jewishmemorialchapel.com
Less Than 2 Miles From Riverdale

625 McLean Ave Yonkers
**800-839-9377**
**914-965-0660**

Kehila Chapels Inc Brooklyn NY ——— 718 538-4700
La Paz Funeral Home 285 E 149 ——— 718 585-0699

LENTINI FUNERAL HOME INC
1528 Castle Hill Av ————— 718 828-6899

LINCOLN PARK FUNERAL HOME INC
625 Mc Lean Av  Yonkers ——— 914 963-1550
Marchiselli Funeral Homes Inc
3489 E Tremont Av ————— 718 547-9070
Marcus Jackson Funeral Home Inc
3362 Boston Rd ————— 718 881-5384
McCall Herbert T Funeral Home Inc
984 Prospect Av ————— 718 589-8428

MCCALL'S BRONXWOOD FUNERAL HOME INC
4035 Bronxwood Av ————— 718 231-7647
(See Our Display Ad Page 158)

MCNULTY FUNERAL HOME INC

## MCNULTY FUNERAL HOME

Specializing In Pre-Need Funerals

Serving The Community 40 Years

3006 Middletown Rd ————— 718 892-1299

MONTERA THOMAS C INC
Serving All Denominations
1848 Westchester Av ————— 718 824-3700

NEPTUNE SOCIETY-A FOR PROFIT ENTITY
2084 Horseblock Rd Medford
Manhattan Tel No ————— 212 517-8262

NIEBERG MIDWOOD CHAPEL INC
1625 Coney Island Av  Brooklyn ——— 718 377-2700
(See Our Display Ad Page 161)
Oria Frank X Funeral Home
1727 Crosby Av ————— 718 792-1291
Ortiz R G Funeral Home
615 Willis Av ————— 718 589-0877
Ortiz R G Funeral Home Grand Concourse
Inc 2580 Grand Conc ————— 718 933-9800

Tired of
running around?
Shop by
telephone
at the handiest
shopping center
in town...
the Verizon
Yellow Pages.

---

Ortiz R G Funeral Home Inc
524 Southern Blvd ————— 718 585-5700
Ortiz R G Funeral Home Soundview Inc
615 Soundview Av ————— 718 589-0877
Ortiz R G Funeral Home Westchester Inc
2121 Westchester Av ————— 718 931-1500
Ortiz R G Funeral Home Willis Inc
310 Willis Av ————— 718 585-6666
Park Abbey Funeral Chapel Inc
1430 Unionport Rd ————— 718 823-5015
Parkchester Funeral Home
1430 Unionport Rd ————— 718 239-5900

PARKSIDE MEMORIAL CHAPELS

## PARKSIDE MEMORIAL CHAPELS INC
For Service In the Bronx
**718.588.7970**
Executive Office
98-60 Queens Blvd Rego Park—— 718 588-7970
Jewish Family Owned & Independently Operated
parksidememorialchapels.com

PATRIECE B MILLER FUNERAL SERVICES INC
Care, Dignity, Reverence, Respect
We serve all faiths
ALL FUNERALS & CREMATIONS
LOCAL & OVERSEAS SHIPPING
We do house calls • 24 Hour Service
**718 314-2019**

PORTA COELI-SAN GERMAN FUNERAL HOME INC
1822 Westchester Av ————— 718 892-7949
(See Our Display Ad Page 161)
Porta Coeli-San German Funeral Home Inc
1822 Westchester Av ————— 718 829-4455
Primm Funeral Home Inc
102 Mt Vernon Av  Mt Vern
Call ————— Bronx Tel No-718 583-4444

QUIROLO LOUIS FUNERAL HOME
INC 3535 E Tremont Av ————— 718 892-1140
Quirolo Victor & Sons Funeral Home Inc
3176 E Tremont Av ————— 718 892-6000
Ribustello & Son Inc
726 Morris Park Ave — Bronx Tel No-718 823-4100
Rivera Funeral Home Inc
Office 1908 Bathgt Av ————— 718 294-7222
Chapel 1908 Bathgt Av ————— 718 583-7918

RIVERDALE FUNERAL HOME INC
5044 Broadway Cor W 214 Manh
Call ————— Bronx Tel No-718 796-4000

RIVERDALE ON HUDSON FUNERAL HOME
6110 Rivrdle Av ————— 718 884-6100

ROMANO FUNERAL HOME INC
**ROMANO FUNERAL HOME, INC.**
**725 E. GUN HILL ROAD**
**BRONX, NY 10467**
**718-547-7799**
DIRECTORS
ROCHELLE ROMANO PARISI
FRANK M. PARISI    FRANK M. PARISI JR.
FULL SERVICE FUNERALS
CREMATIONS
PRE-ARRANGEMENTS
Ross Roden Funeral Service
725 E Gun Hill Rd ————— 718 547-0640
Ruggiero-Farenga Funeral Home
920 Morton Av ————— 718 325-6050

*When smart shoppers go to*

*the Internet to locate*

*goods and services*

*anywhere in the country,*

*will they find your business?*

*Make sure you get your share*

*of online shoppers - become a*

*SuperPages.com*

*advertiser.*



DIRECTORS (cont'd)

FUNERAL HOME INC
Ocean Av Patchogue ——————475-0098

SANDLES FUNERAL HOME
98 Carlton Av Islip Ter ——————581-9242
(See Our Display Ad This Page)

SENSIBLE ALTERNATIVES
406 Deer Park Av Babylon
Toll Free Dial 1 ——————800 597-1010

SHALOM MEMORIAL CHAPELS INC
760 Smithtown By Pass Smithtown ——360-1600
(See Our Display Ad Page 224)

SIMPLE OPTIONS
3640 Route 112 Coram
Toll Free Dial 1 ——————888 647-4675
(See Our Display Ad This Page)

SINAI CHAPELS
www.jewishfunerals.com
162-05 Horace Harding Expwy Fresh Meadows
Toll Free Dial 1 ——————800 446-0406
(See Our Display Ad This Page)

WEBER JOSEPH A FUNERAL HOME INC
Hawkins Av Lake Ronkonkoma ——————588-9599
(See Our Display Ad This Page)

WHITE ARTHUR F FUNERAL HOME INC
Family Owned & Operated
Established 1923
Pre-Arrangement Counseling
www.arthurfwhite.com
516 249-0336    516 931-1454
Farmingdale      Bethpage
315 Conklin Street  234 Broadway
11735              11714

Funeral Flowers
See
Florists

---

# Lindenhurst Funeral Home, Inc.
## Family Owned & Operated
### Directors:
**Gordon A. Werner • Thomas A. Brennan**
**Vincent Ayers • John F. Casey**

Author of Information Article In South Bay Newspaper

*Fully Ramped, No Stairs*

424 South Wellwood Avenue
Lindenhurst  **957-0300**

BAY SHORE
BABY LON

---

In Your Time Of Grief,
We Are There For You

Courteous, Compassionate Service

Family Owned And Managed
**Funerals At Reasonable Prices**
Serving All Faiths

Burial - Cremation - Shipping
Pre-Need Funeral Planning

## Joseph A. Weber
### Funeral Home, Inc.
*Serving The Community Since 1948*

251 Hawkins Ave (At Church St)
Lake Ronkonkoma

**588-9599**
Convenient To Lie Exit 60

---

*Funeral Directors*

• Pre-Planned Funeral Arrangements
  (Revocable and Irrevocable/Medicaid)
• Out of State Arrangements
• Chevra Kadisha Services Available
• All Facilities On One Level
• Handicapped Accessible
• In Home Arrangements Available

## We Are Family Owned Independently Operated

 **(631) 360-3038**
760 Smithtown By Pass Smithtown NY

---

**Fixing up
your old car?
Think of Verizon
Yellow Pages as your
parts-paint-repair-
tire-muffler-
little-evergreen-
air-freshener
directory.**

---

Resnick & Buchbinder Inc. Affil.
## Sinai Chapels
*Funeral Directors*

**1-800-446-0406**
162-05 HORACE HARDING EXPWY.
FRESH MEADOWS, NY 11365

Visit our Web Site at:
www.jewishfunerals.com

DIRECTORS:
SEYMOUR RESNICK, MICHAEL RESNICK
HAROLD GOLDSMITH, HOWARD FOX

Pre-Need & Pre-Arrangement Counseling
Graveside & Direct Services Available

*It used to be there were
so many family businesses.
Now we're one of the few remaining.*

---

# SANDLES
## FUNERAL HOME
### — Established 1965 —
*Family Owned & Operated*
Serving All Faiths with
Dignity & Reverence
• Cremation Services
• Burial Services
• Pre-Arranged Funeral

Herman J. Sandles, Lic. Dir.
Pamela Sandles, Lic. Dir.

**631-581-9242**
98 Carleton Avenue
Islip Terrace, NY

---

# MIDWOOD
## Memorial Chapel
"SERVING THE JEWISH COMMUNITY
FOR 5 GENERATIONS"
**HARRY NIEBERG & SONS**
INDEPENDENTLY OWNED & OPERATED
• GRAVESIDE SERVICES
• PRE-NEED & DIRECT SERVICES
• SHIPPING TO ISRAEL

Call 24 Hours  **(800) 396-9103**
516-248-1766
718 377-2700
IN FLORIDA CALL 954-858-3041 or 561-790-7998
SERVICES AVAILABLE IN ALL COMMUNITIES



---



## Find glasses in the blink of an eye.
Whatever kind of business you're looking for, you'll find it quickly in
Verizon Yellow Pages. It's the easiest directory to use.

---

# "A Cremation And
Burial Service"
Call Anytime, 24 Hours A Day



• Choose from our many service and
  price options made simple
• Arrangements can be made in the
  privacy of your own home
• Traditional service, memorial service,
  family gatherings
• Medicaid planning

## Simple Options
**1-888-647-4675**
3640 Route 112  Coram

---

*Still Jewish Family Owned
& Independently Operated*

## PARKSIDE
### MEMORIAL CHAPELS, INC.
Over 70 Years of Family Service
Chapel, Family Gathering &
Graveside Services Available
Pre-need Services
Direct Immediate Burial
Ample Parking Facilities

175 No. Long Beach Rd., Rockville Centre
8000 Jericho Turnpike, Woodbury

Call 24 Hours A Day
**516 868-1616**
parksidememorialchapels.com



---

Organizations
Theta Sorority Inc Suffolk Cnty
Chptr 140 Root Av Cent Islip ——342-9109

Flowers By Cinderella 179 Islip Av Islip —226-6060
**JUST FRUIT BASKETS** ——————277-2101
Kayser's Flowers Inc
141 Little East Neck Rd Babyln
Patchey Flowers 252 E Main —————800 474-3784

• Invitations •
• Food •
• Dec—

WELLWOOD
FUNERAL HOME INC
305 N Wellwood Av Linds



**super**pages.com   ROCKLAND COUNTY   FUNERAL **165**

## FUNERAL DIRECTORS —(cont'd)

**HELLMAN MEMORIAL CHAPELS**
15 State  Sprg Vly ——————356-8600
(See Our Display Ad Page 164)

**HIGGINS MICHAEL J FUNERAL SVCE INC**
321 S Main  New City ——————634-6110
Route 9W  Stny Pt ——————786-3500
113 Lake Rd E  Cngrs ——————268-6665
(See Our Display Ad Page 164)

**HOLT GEORGE M FUNERAL HOME INC**
www.gmholtfuneral.com
50 New Main  Hvrstrw ——————429-2159
(See Our Display Ad Page 164)
Jewish Memorial Chapel
625 Mclean Av  Yonkers -Rockland  TelNo-356-1903
Louis Hirsch & Sons
117 Route 59  Sufrn ————Suffern TelNo-357-0806

**MC GOWAN FUNERAL HOME**
See Higgins Michael J Funeral Svce Inc

**MC GOWAN T J SONS FUNERAL HOME INC**
133 Broadway  Hvrstrw ——————429-2130

*Want a new look?*
*Verizon Yellow Pages*
*is your*
*make-me-beautiful-*
*with-a-new-hairdo-*
*and-nails-*
*plus-a-drop-dead-gorgeous-dress-*
*that-makes-me-look-thinner*
*directory.*

**MCGOWAN T J SONS FUNERAL HOME INC**
71 N Central Hwy  Gmmd ——————429-6665

*Remodeling?*
*Verizon Yellow Pages*
*is your*
*designer-contractor-*
*painter-carpenter-*
*wallpaper-*
*carpet-*
*furniture-drapery*
*directory.*

**MORITZ FUNERAL HOME INC**
Family Owned & Operated
Direct Cremation & Burial
Pre-Need Funerals
Walter Dankiewicz - Manager
Gene Wowk - Director
www.MoritzFH.com
Rte 303 Tapan——————359-0890
New Square Chapel
15 Roosevelt Av  Sprg Vly ——————362-3379

*No matter what*
*you need to find,*
*you'll find it*
*in Verizon Yellow Pages.*
*Now you've got*
*the idea!*

**NIEBERG MIDWOOD CHAPEL INC**
1625 Coney Island Av  Brooklyn ——718 377-2700

**PIZZI FUNERAL HOME**
120 Paris Av  Nthvale NJ ——————359-2323
Scarr Leonard A 160 Orang Av  Sufrn —— 357-1137

**SNIFFEN-SAGALA FUNERAL HOME**
235 Route 59  Sprg Vly ——————356-0012
(See Our Display Ad Page 164)
Sorce Joseph W
728 West Nyack Rd  W Nyak ——————353-9701
Sorce Joseph W Funeral Home Inc
728 W Nyack Rd  W Nyak ——————358-4433

**WANAMAKER & CARLOUGH**

### Complete Funeral and Cremation Services
**Suffern**
**177 Rt 59 Sufrn**
**357-0423**

Wanamaker & Carlough Inc
177 Route 59  Sufrn ——Sloatsburg TelNo-753-2557

**WEINSTEIN MEMORIAL CHAPEL**
1652 Central Park Av  Yonkers ——914 793-3800
Toll Free ——————800 468-3232

**WYMAN-FISHER FUNERAL HOME INC**
100 Franklin Av  Perl Rlv ——————735-2161
(See Our Display Ad Page 164)

**ZION MEMORIAL HOME**
An **INDEPENDENT** Funeral Home
Serving **ONLY** THE Jewish Faith
Minutes from Jewish Cemeteries
Better than competitive pricing
Specializing in pre-planning
Large facility & onsite parking
www.zionmemorialchapel.com
Call or Write for Our Free Brochure
785 E. Boston Post Rd. - Chapel
767 E. Boston Post Rd. - Office
Mamaroneck, NY 10543
1-888-381-1809

**Funeral Flowers**
See
Florists

### FUNERAL HOMES & MORTUARIES
Russo Joseph 81 Edgewood Dr  Orngbrg —359-7414

*Shop online like a pro*
*with SuperPages.com.*



*Floral Expressions of Sympathy*

**Call 1-800-683-2747**
*Same Day Nationwide Floral Delivery*
Fast and easy ordering online at
**www.bloomstoday.com**

❋ Helpful Agents Standing By 24/7
❋ Delivery to Funeral Homes
❋ *RUSH* Delivery Service Available


**bloomstoday.**
A Trusted FTD Member

standing sprays · funeral arrangements · sympathy arrangements for home · plants



**SEGELMAN SHAW ROOFING SIDING & GUTTERS**

**The Experienced Specialists**

**For All Your Exterior Needs**

License: NY Roc Lic# H-09509-23-00-00

**Proudly Serving Rockland County**

**Visit us @ www.letsroof.com**

**SEE OUR ADS UNDER ROOFING & SIDING CONTRACTORS**

**ACCIDENT? INJURED?**

**NEIMARK & NEIMARK LLP**

**$9.5 Million Dollar Verdict Accident Case**
* Prior Results Do Not Guarantee Similar Outcome

**24 Hours 7 Days "We Come To You"**

**See Our Display Ad Under Lawyers**

**www.neimarklaw.com**

© 1986 Richard P. Neimark

idearc
The Official Publisher
of Verizon Print Directories

# ADVERTISING COPY LAYOUT

| | | | | GSM Initials: | CR61: ☐ |
|---|---|---|---|---|---|

| Sold Ad: ☐ | Spec Ad: ☐ | Ad Type: | Ad ID: V / 1100000321447 | Artist: | Location Code: | Graphics DB: North |
|---|---|---|---|---|---|---|

| Customer ID: 1300915251 | ADvantage: AGLD | Copy ID: | Primary Tel #: (516) 248-1766 |
|---|---|---|---|

| Listed Name/Address: | ☐ Customer Proof Mailing (sold only) ☐ Remote Sales Location, Phone # (spec only) ☐ E-Proof (spec only) |
|---|---|

Midwood; Memorial Chapel Inc
1625 Coney Island Av
Brooklyn
NY 11230 - 4732
☐ Use different listing on SP.com (provide listing in Special Instructions / Memo / Advice below)

Berta Sabo

1625 CONEY ISLAND AVE
BROOKLYN
NY 11230 - 4732

| Special Instructions/Memo/Advice: | Ad Language: ☐ English ☐ Spanish | Print UDAC: QC | Col: 4 |
|---|---|---|---|
| | Copy Status: ☐ New ☐ Change ☐ Supercedure ☐ STET | | |
| | Attachments: ☐ Photo ☐ Disc ☐ Artwork ☐ Spec Proof ☐ Other | | |
| | Copyright – Does Advertiser have the right to use the art/photo? ☐ Yes ☐ No | | |

| Existing Idearc Media UDAC: | Product # / Name: | Page #: | ☐ Co-Op |
|---|---|---|---|

| Ad Changed From: | | Display Advertising Use: ☐ Name Differs ☐ Address Differs ☐ Address Omitted |
|---|---|---|

| Product #(s) / Name(s) / State(s): | Estimated Pub. Date: | Heading #(s) / Name(s) / Sub Heading(s): |
|---|---|---|
| 052276 BABYLON-BAYSHORE NY 07/2008 | | 4000754 - FUNERAL DIRECTORS |
| 052310 BROOKHAVEN NY 07/2008 | | 4000754 - FUNERAL DIRECTORS |
| 052293 HUNTINGTON-SMITH CNY 07/2008 | | 4000754 - FUNERAL DIRECTORS |
| ☐ Ad will appear on Superpages.com | | |

| SP.com UDAC: | Indicate SP.com Reach (Cities or Counties) below: | SP.com Categories (up to 5): |
|---|---|---|

*Suffolk County Books*
*- Babylon-Bayshore*
*- Huntington-Smithtown*
*Brookhaven*

*1/16 pg*



COPY APPROVAL – Advertiser, in approving the Advertising Copy appearing on this sheet, understands and agrees that the rights and obligations of Advertiser and Idearc with respect to the Advertising are governed by the terms and conditions of the Idearc Application applicable to the Advertising (the "Terms and Conditions"), including but not limited to those sections entitled Advertising Content, Location of Advertisements and Headings, General Disclaimers, Additional Disclaimers, Form and Content of Advertising, Advertiser's Representations and Warranties, Limitation of Liability or Limit of Liability, Advertiser Will Pay Publisher's Damages, Indemnification, Website Listing, Magazine Websites, Multimedia Distribution, and No Endorsement/Reservation of Rights. Advertiser further understands and agrees that (a) except as set forth in the Terms and Conditions, Idearc makes no guarantees, representations or warranties regarding the placement of the Advertising, and (b) adjustments may be made to size, style, character and arrangement of type and to Advertising Copy use. Capitalized terms used but not defined in this paragraph will have the same meaning given such terms in the Terms and Conditions.

| Sales Rep Number/Name: | Rep Tel Number: | Div. Number/Name: | Div. Mail Code: | Date: |
|---|---|---|---|---|
| 22807 / MATTHEW BERKOWITZ | (212) 709-4800 | 604/ MANHATTAN EAST | | March 11, 2008 |
| Correct: | Name/Add Correct: | Text Correct: | Copy Approved: | |

**idearc** The Official Publisher of Verizon Print Directories

# ADVERTISING COPY LAYOUT

| | | GSM Initials: | | CR61: ☐ |
|---|---|---|---|---|

| Sold Ad: ☐ | Spec Ad: ☐ | Ad Type: | Ad ID: V / I 100000321437 | Artist: | Location Code: | Graphics DB: North |
|---|---|---|---|---|---|---|

| Customer ID: 1300915251 | ADvantage: AGLD | Copy ID: | Primary Tel #: (718) 377-2700 |
|---|---|---|---|

| Listed Name/Address: | ☐ Customer Proof Mailing (sold only) ☐ Remote Sales Location, Phone # (spec only) ☐ E-Proof (spec only) |
|---|---|

Midwood; Memorial Chapel Inc
1625 Coney Island Av
Brooklyn
NY 11230 - 0000
☐ Use different listing on SP.com (provide listing in Special Instructions / Memo / Advice below)

Berta Sabo

1625 CONEY ISLAND AVE
BROOKLYN
NY 11230 - 4732

| Special Instructions/Memo/Advice: | Ad Language: ☐ English ☐ Spanish | Print UDAC: DQCC | Col: 4 |
|---|---|---|---|

Copy Status: ☐ New ☐ Change ☐ Supercedure ☐ STET
Attachments: ☐ Photo ☐ Disc ☐ Artwork ☐ Spec Proof ☐ Other
Copyright – Does Advertiser have the right to use the art/photo? ☐ Yes ☐ No

| Existing Idearc Media UDAC: | Product # / Name: | Page #: | ☐ Co-Op |
|---|---|---|---|

| Ad Changed From: | Display Advertising Use: ☐ Name Differs ☐ Address Differs ☐ Address Omitted |
|---|---|

Product #(s) / Name(s) / State(s):
050958 MANHATTAN NY 10/2008

Estimated Pub. Date:

Heading #(s) / Name(s) / Sub Heading(s):
4000754 - FUNERAL DIRECTORS

☐ Ad will appear on Superpages.com

| SP.com UDAC: | Indicate SP.com Reach (Cities or Counties) below: | SP.com Categories (up to 5): |
|---|---|---|

Manhattan ⅛ Pg.



COPY APPROVAL – Advertiser, in approving the Advertising Copy appearing on this sheet, understands and agrees that the rights and obligations of Advertiser and Idearc with respect to the Advertising are governed by the terms and conditions of the Idearc Application applicable to the Advertising (the "Terms and Conditions"), including but not limited to those sections entitled Advertising Content, Location of Advertisements and Headings, General Disclaimers, Additional Disclaimers, Form and Content of Advertising, Advertiser's Representations and Warranties, Limitation of Liability or Limit of Liability, Advertiser Will Pay Publisher's Damages, Indemnification, Website Listing, Magazine Websites, Multi-Media Distribution, and No Endorsement/Reservation of Rights. Advertiser further understands and agrees that (a) except as set forth in the Terms and Conditions, Idearc makes no guarantees, representations or warranties regarding the placement of the Advertising, and (b) adjustments may be made to size, style, character and arrangement of type and to Advertising Copy use. Capitalized terms used but not defined in this paragraph will have the same meaning given such terms in the Terms and Conditions.

☐ Creative Freedom ☐ Follow Layout Exactly ☐ Follow Closely and Improve

| Sales Rep Number/Name: 22807 / MATTHEW BERKOWITZ | Rep Tel Number: (212) 709-4800 | Div. Name/Name: 604/ MANHATTAN EAST | Div. Mail Code: | Date: March 11, 2008 |
|---|---|---|---|---|

| N Correct: | Name/Add Correct: | Text Correct: | Copy Approved: | |
|---|---|---|---|---|

COPY 00202 Rev. Nov / 2007

universal-copy_layout_ltr_dsp.doc

**idearc**
The Official Publisher
of Verizon Print Directories

# ADVERTISING COPY LAYOUT

GSM Initials: ☐     CR61: ☐

| Sold Ad: ☐ | Spec Ad: ☐ | Ad Type: | Ad ID: V / 1100000321428 | | Artist: | | Location Code: | Graphics DB: North |
|---|---|---|---|---|---|---|---|---|

Customer ID: 1300915251     ADvantage: AGLD     Copy ID:     Primary Tel #: (718) 377-2700

**Listed Name/Address:**
Nieberg; Midwood Chapel Inc
1625 Coney Island Av
Brooklyn
NY 11230 - 0000
☐ Use different listing on SP.com (provide listing in Special Instructions / Memo / Advice below)

☐ Customer Proof Mailing (sold only) ☐ Remote Sales Location, Phone # (spec only) ☐ E-Proof (spec only)
Berta Sabo

1625 CONEY ISLAND AVE
BROOKLYN
NY 11230 - 4732

**Special Instructions/Memo/Advice:**

| Ad Language: | ☐ English | ☐ Spanish | Print UDAC: QC | | Col: 4 |
|---|---|---|---|---|---|
| Copy Status: | ☐ New | ☐ Change | ☐ Supercedure | ☐ STET | |
| Attachments: | ☐ Photo | ☐ Disc | ☐ Artwork | ☐ Spec Proof | ☐ Other |
| Copyright – Does Advertiser have the right to use the art/photo? | | ☐ Yes | ☐ No | | |

**Existing Idearc Media UDAC:**     Product # / Name:     Page #:     ☐ Co-Op

**Ad Changed From:**

| Display Advertising Use: | ☐ Name Differs | ☐ Address Differs | ☐ Address Omitted |
|---|---|---|---|

**Product #(s) / Name(s) / State(s):**
049387 BRONX NY 08/2008     Estimated Pub. Date:

**Heading #(s) / Name(s) / Sub Heading(s):**
4000754 - FUNERAL DIRECTORS

☐ Ad will appear on Superpages.com

SP.com UDAC:     Indicate SP.com Reach (Cities or Counties) below:     SP.com Categories (up to 5):

Bronx
1
16 pg.



☐ Creative Freedom          ☐ Follow Layout Exactly          ☐ Follow Closely and Improve

COPY APPROVAL – Advertiser, in approving the Advertising Copy appearing on this sheet, understands and agrees that the rights and obligations of Advertiser and Idearc with respect to the Advertising are governed by the terms and conditions of the Idearc Application applicable to the Advertising (the "Terms and Conditions"), including but not limited to those sections entitled Advertising Content, Location of Advertisements and Headings, General Disclaimers, Additional Disclaimers, Form and Content of Advertising, Advertiser's representations and Warranties, Limitation of Liability or Limit of Liability, Advertiser Will Pay Publisher's Damages, Indemnification, Website Listing, Magazine Websites, Multi-media Distribution, and No Endorsement/Reservation of Rights. Advertiser further understands and agrees that (a) except as set forth in the Terms and Conditions, Idearc makes no guarantees, representations or warranties regarding the placement of the Advertising, and (b) adjustments may be made to size, style, character and arrangement of type and to Advertising Copy use. Capitalized terms used but not defined in this paragraph will have the same meaning given such terms in the Terms and Conditions.

| Sales Rep Number/Name: | Rep Tel Number: | Div. Number/Name: | Div. Mail Code: | Date: |
|---|---|---|---|---|
| 2807 / MATTHEW BERKOWITZ | (212) 709-4800 | 604/ MANHATTAN EAST | | March 11, 2008 |
| Correct: | Name/Add Correct: | Text Correct: | Copy Approved: | |

CPY 00202 Rev. Nov / 2007

universal-copy_layout_ltr_dsp.doc

**336    FUNERAL**

## Funeral Directors —(Cont'd)

MIDWOOD MEMORIAL CHAPEL INC
See Our Display Ad Page 334
1625 Coney Is Av ——————————— **718 377-2700**
Mike Charles H Funeral Director
822 St 36hth Pl ————————————— 718 771-9368
Miles Funeral Home
136 Decatur ————————————————— 718 773-4462

## MIRAGLIA FUNERAL CHAPELS INC
See Our Display Ad Page 333
8519 New Utrecht Av ——————————— **718 236-2442**
Molinari Funeral Service
See Our Display Ad Page 335
2380 Pacific ————————————————— 718 385-3840

### NAGEL FUNERAL HOME INC
Economical & Reliable
Burials • Cremations
24 Hour Service
2576 Flatbush Av ———————————————— **253-4555**
NEPTUNE SOCIETY THE
2084 Horseblock Rd Medford
Toll Free Dial 1 ————————————— 800 645-3722
Nevsky Memorial Chapels
See Dignity Ad This Heading
Call ——————————— Brooklyn 718 376-6900
New York Mortuary Svce Inc
See Our Display Ad Page 335
2242 1 Av Manhattan
Toll Free Dial 1 ————————————— 800 334-4254
NICELLI A JOHN 2203 Avenue Z ———— 718 336-3700
2203 Avenue Z —————————————— 718 336-3700
Nicolelli Russo & Sons 171 Court ——

NIEBERG HARRY MIDWOOD CHAPEL INC
Serving The Jewish Community
1625 Coney Is Av ——————————— **718 377-2700**
Nieberg Midwood Chapel Inc
See Our Display Ad Page 334
1625 Coney Is Av ——————————— 718 377-2700
O'Hara Funeral Service
Orlando Funeral Home 601 Lorimer — 718 389-2020
Ortiz R F Funeral Home Havemeyer Inc
201 Havemeyer ———————————— 718 782-6533
Owens E & C Memorial Chapels Inc
1152 Nostrand Av ————————————— 718 467-9546
Paccione Funeral Directors Inc
255 9 St ——————————————————— 718 788-7400
Park Avenue Funeral Home
121 Park Av ————————————————— 718 834-9797
Parker Calvin P Funeral Chapel Inc
1183 Bedford Av ——————————————— 718 789-0163

## PARKSIDE MEMORIAL CHAPELS INC
See Our Display Ad Page 334
2576 Flatbush Av ——————————— **718 338-1500**
Parkville Funeral Home Inc
1047 Coney Is Av ———————————— 718 859-6655
Pasquale Arcieri 171 Court ————— 718 935-0455
Pavone Funeral Home
3024 Quentin Rd ——————————————— 718 627-5900
People's Funeral Home Inc
659 Rogers Av ——————————————— 718 773-6243
Piros Nicola Sons Inc
251 De Kalb Av ——————————————— 718 789-1536
Pitta Funeral Home Inc
300 Mac Dnld Av ——————————————— 718 854-7960
Ponce Funeral Homes Inc
54 Tompkins Av ———————————————— 718 388-8900
Premier Funeral Service Inc
2848 86 ——————————————————————— 718 996-7292
Raccuglia & Son Funeral Home
321-323 Court ————————————————— 718 855-7737
Regency Funeral Directors Inc
915 President —————————————————— 718 436-3360
Regional Funeral Service
2203 Avenue Z —————————————————— 718 332-4949
Reid Hugh A Inc 153 Grenpnt Av —— 718 383-7500

### RESNICK & BUCHBINDER INC
See Ad Under Sinai Chapels
182-05 Horace Harding Expwy Fresh Meadows
Toll Free Dial 1 ————————————— 800 446-0406
▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲
▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲
▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲

---

Ridge Chapel Inc 2005 West 6 St —— 718 238-7200

## ROBESON EDWARD J & DOROTHY K FUNERAL DIRECTORS INC
396 Gates Av —————————————————— **718 622-4452**
Robinson Benjamin Funeral Director
812 Kent Av ————————————————— 718 596-5512
ROMANELLI THOMAS C FUNERAL HOME INC
Serving All Metro Areas
2659 Mill Av ——————————————— **718 855-4451**
Sabatino Funeral Home Inc
323 Ave U —————————————————— 718 449-3610
ST NICHOLAS FUNERAL HOME
Formerly Stenger Funeral Home
289 St Nicholas Av Ridgewood —— 718 821-4481
Sampson Funeral Service
575 Vanderbilt Av —————— Brooklyn 718 243-1552
575 Vanderbilt Av ——————————————— 718 399-3699
SAN JUAN MEMORIAL CHAPEL
Funerals World-Wide Services All Boros
317 Central Av ——————————————— **718 452-5880**
Saraceno Funeral Home Inc
171 Court —————————————————— 718 624-4544
SAUNDERS R S FUNERAL HOME
217 Reid Av ——————————————— **718 452-3621**

### SCARPACI FUNERAL HOME INC
Scarpaci Funeral Home Inc.
Family Owned & Operated
Established 1910
Service in All Communities
Personal 24 Hr. Telephone Service
1401 86th St.    **718 331-8000**
Schaefer Daniel J Inc 4123 4 Av — 718 435-3381
Schwartz Brothers-Jeffer Memorial Chapels
See Dignity Ad This Heading
Forest Hills
114-03 Queens Blvd Forest Hills —— 718 263-7600
SCHWILLE FUNERAL HOME INC
66-32 Myrtle Av Glendale ————— 718 821-2616
Sconzo Anthony Funeral Home — 718 339-6880
Scotto Funeral Home Inc 106 1 Pl — 718 875-2515
SENECA CHAPELS LTD
494 Seneca Av Ridgewood ——— **718 366-1900**

### SENKO FUNERAL HOME
SHIPPING SPECIALISTS SINCE 1928
LOW COST • BUDGET
BURIALS • CREMATIONS
• PRE-NEED PLANNING • MEMORIAL SERVICES
• VETERANS, FRATERNAL, UNION FUNERALS
Alt. Call 516 481-7480
213 Bedford Av    **718 388-4416**
Sessa Jos V Funeral Home Inc
6924 Ft Hmltn Pkwy ———————————— 718 748-2679
6924 Ft Hmltn Pkwy ———————————— 718 748-2680
SHERMAN FUNERAL HOME INC
1283 Coney Island Av ————————— **718 377-7301**
Sherman Irving 2261 Plumb 1 ——— 718 332-4400
Sherman's Flatbush Memorial Chapel Inc
1283 Cony Is Av ——————————————— 718 377-7300
Simms E J-Dorothy K Robeson Funeral
245 St 75 Vandrbit Av —————————— 718 783-6661
SIMONSON FUNERAL HOME INC
Dignified Service Since 1887
11944 Hillside Av Richmond Hill — **718 847-0300**
SINAI CHAPELS

## Sinai Chapels
162-05 HORACE HARDING EXPWY
FRESH MEADOWS, NY 11365
**(800) 446-0406**
INDEPENDENTLY OWNED & OPERATED
BY THE RESNICK FAMILY
▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲
▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲▲

---

Smallman James F 543 16 ————— 718 788-6546
Smith M J Sons Inc
248 Prospect Pk W ——————————— 718 788-2255
SMOLENSKI JOHN FUNERAL HOME INC
1044 Manh Av ——————————————— **718 389-4170**
SPARACIO A & SONS FUNERAL HOME
2525 65 ——————————————————— **718 336-2900**
Spencer J Jose Mortician Inc
118 Reid Av ——————————————— 718 452-4663
STEPHEN-ROMANELLI JAMES FUNERAL HOME
133-18 Crss Bay Blvd Ozone Park —718 843-9268
STOBIERSKI LUCAS GARDENVIEW FUNERAL HOME LTD
24 Hour Personalized Service
Family Owned & Operated For 60 Years
All Nationalities Welcome
Pre-Arranged Funeral Plans
161 Driggs Avenue
Brooklyn, NY 11222    **718 383-7910**
TARI HENRY J 2525 65 —————————— 718 336-2900
Tari Joseph Funeral Home
121 Park Av ——————————————— 718 625-2230
No Answer ——————————————— 516 799-1667
Tommaso Louis Inc 264 Bshwk Av — 718 497-0426
Torregrossa Andrew & Sons Inc
345 Av U ——————————————— 718 449-1300
2265 Flatbush Av ——————————— 718 253-5900
TORREGROSSA ANDREW & SONS INC
FUNERAL HOME
See Our Display Ad Page 334
1305 79 ——————————————— **718 232-8844**

## TRZASKA FUNERAL HOME INC
6741 5 Av ——————————————— **718 748-4860**
Turner Willadean W Funeral Services Inc
2261 Church Av ——————————— 718 282-4161
Vaughan Cleveland R 103 Putnm Av — 718 789-6680
Vigliante & Sons A Inc 171 Court — 718 856-5532
Waldeck E C Home For Funerals
See Our Dignity Ad This Heading
7614 4 Av ——————————————— 718 748-6968
WALKER N F OF QUEENS INC
Service Available In All Communities
87-34 80 Woodhaven ——————— **718 296-4343**
Wan Shou Funeral Svc 1275 65 —718 837-8900
Watkins Funeral Home
642 Liberty Av ——————————— 718 277-6769
WEINSTEIN WEST END FUNERAL CHAPEL INC
Service Available In All Boros
2 Generations Of Personalized Service
See Our Display Ad Page 334
1283 Coney Island Av ——————— **718 854-6900**

### WEINSTEIN WEST END FUNERAL CHAPEL INC
Pre-Need
Arrangements Available
Arrangements Made
Thru-Out The Country
2 Generations Of Personalized Service
Toll Free 1 800 452-9597
Not Affiliated With Any Conglomerate
1283 Coney Island Ave
(Between I & J)    **718 854-6900**
Werst George Inc
See Dignity Ad This Heading
71-41 Coop Av ——————————— 718 821-8777
WEST END FUNERAL CHAPEL
Service Available In All Boros
2 Generations Of Personalized Service
1283 Coney Island Av ——————— **718 854-6900**
White Memorial Chapels Inc
519 Clinton Av ——————————— 718 783-3737
Willie Jas H Funeral Home Inc
197 Franklin Av ——————————— 718 875-1036
Woodside Funeral Home
918 Gates Av ——————————— 718 574-3371
Yablokoff Kingsway Memorial Chapel Inc
See Our Display Ad Page 332
1978 Coney Island Av ——————— 718 645-9800
Yerelm Orthodox Chapel
93 Broadway ——————————— 718 384-6784

---



# Guide
of Funeral Directors
Arranged by Location

### BAY RIDGE
BAY RIDGE FUNERAL HOME
6741 5 Av ——————————————— 718 630-5

### BENSONHURST
DANIEL GEORGE & SON FUNERAL HOME INC
www.danielgeorge.baweb.com
1852 Bath Av ——————————————— 718 372-1

### BUSHWICK
FUNERARIA LA FE INC
182 Wyckoff Av ——————————————— 718 456-2i

### GREENPOINT
STOBIERSKI LUCAS GARDENVIEW FUNERAL HOME LTD
161 Driggs Av ——————————————— 718 383-7

### MARINE PARK
BYRNES JAMES P FUNERAL HOME INC
2384 Gertsn Av ——————————————— 718 743-1

### MIDWOOD
CHAPEL FLORIST 1900 Avenue U — 718 646-4

### PARK SLOPE
EDWARD H LOCKWOOD FUNERAL HOME
255 21 ——————————————————— 718 788-C



The Verizon Yellow Pages gives
you advertising you can trust. W
never knowingly accept any
advertising we consider unethical
or misleading. That's why the
Verizon Yellow Pages are rated or
of the most reliable advertising mer
Call us if you have any question
about advertising in the book.



**HOW** TO KEEP YOUR KI
FREE OF DRUGS.

### Rule #2
Take a Stand.

Talk with your kids about drugs - early,
often and specifically. To learn how, c
for a free parent's handbook.

**1-800-624-0100**
PARTNERSHIP FOR A DRUG-FREE AME

**Advertising Proposal for:**
## The Real Yellow Pages from AT&T

Telephone # (305) 858-3041

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | RL | $15.00 | Regular Listing |
| | **Sub Total** | **$15.00** | |

Directory: **West Palm Beach, FL - WEST PALM BEACH**

### Midwood Memorial Chapel

Telephone # (561) 790-7998

| | Item | Rate | Description |
|---|---|---|---|
| White Pages | WBLN | $33.00 | White Pages Bold Listing & Bold Number |
| | **Sub Total** | **$33.00** | |

Directory: **West Palm Beach, FL - WEST PALM BEACH**

### Nieberg Midwood Chapel

ROYAL PALM BEACH, FL

Telephone # (561) 790-7998

| | Item | Rate | Description |
|---|---|---|---|
| Cremation Services | SRL | $0.00 | Service Regular Listing |
| Funeral Directors | BLN | $33.00 | Bold Listing & Bold Number |
| | **Sub Total** | **$33.00** | |

### Midwood Memorial Chapel

Telephone # (561) 790-7998

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | BLN | $33.00 | Bold Listing & Bold Number |
| | **Sub Total** | **$33.00** | |

Directory: **Wellington Royal Palm, FL - WELLINGTON COMMUNITY**

### Nieberg Midwood Chapel

ROYAL PALM BEACH, FL

Telephone # (561) 790-7998

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | SRL | $0.00 | Service Regular Listing |
| | **Sub Total** | **$0.00** | |

at&t

# Advertising Proposal for:
## The Real Yellow Pages from AT&T

**Dominant Program**

Directory:   Delray Beach, FL - DELRAY BEACH

### Nieberg Midwood Chapel

1625 Coney Island Av

Telephone # (800) 396-9103

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | 1HS | $33.00 | 1/2 Inch Space Listing |
| | Sub Total | $33.00 | |

Directory:   Miami-North, FL - MIAMI

### Midwood Memorial Chapel

Telephone # (305) 858-3041

| | Item | Rate | Description |
|---|---|---|---|
| White Pages | WBLN | $53.00 | White Pages Bold Listing & Bold Number |
| | Sub Total | $53.00 | |

Directory:   Miami-North, FL - MIAMI-NORTH

### Nieberg Midwood Chapel

Telephone # (305) 858-3041

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | SRL | $0.00 | Service Regular Listing |
| | Sub Total | $0.00 | |

### Midwood Memorial Chapel

Telephone # (305) 858-3041

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | BLN | $39.00 | Bold Listing & Bold Number |
| | Sub Total | $39.00 | |

Directory:   Aventura / Hallandale, FL - AVENTURA / HALLANDALE

### Nieberg Midwood Chapel

For proposal purposes only. Addition or subtraction of item(s) from this package will affect overall pricing. This is NOT a bill.

at&t
## Advertising Proposal for:
## The Real Yellow Pages from AT&T

**Midwood Memorial Chapel**

Telephone # (561) 790-7998

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | BLN | $16.00 | Bold Listing & Bold Number |
| | Sub Total | $16.00 | |

**Directory:** Miami-South, FL - MIAMI-SOUTH

**Nieberg Midwood Chapel**

Telephone # (305) 858-3041

| | Item | Rate | Description |
|---|---|---|---|
| Cremation Services | SRL | $0.00 | Service Regular Listing |
| Funeral Directors | BLN | $17.55 | Bold Listing & Bold Number |
| | Sub Total | $17.55 | |

**Directory:** West Palm Beach Comp, FL - WEST PALM BEACH FL COMPANION

**Nieberg Midwood Chapel**

ROYAL PALM BEACH, FL          Telephone # (561) 790-7998

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | SRL | $0.00 | Service Regular Listing |
| | Sub Total | $0.00 | |

**Directory:** Miami-North Companion, FL - MIAMI-NORTH COMPANION

**Nieberg Midwood Chapel**

Telephone # (305) 858-3041

| | Item | Rate | Description |
|---|---|---|---|
| Funeral Directors | SRL | $0.00 | Service Regular Listing |
| | Sub Total | $0.00 | |

**Directory:** Miami-South Companion, FL - MIAMI-SOUTH COMPANION

**Nieberg Midwood Chapel**

Telephone # (305) 858-3041



# FUNERAL

## 2 Generations of Personalized Service
Mildred, Jack, Seymour & Edward Weinstein (Owners)

## WEINSTEIN-WEST END
FUNERAL CHAPEL Inc.
## 1283 Coney Island Avenue
(Between Avenues "I" and "J")

**718 854-6900**

"OUR PERSONAL SERVICE IS AVAILABLE IN ANY COMMUNITY OR STATE"
IN FLORIDA
DADE, BROWARD, PALM BEACH
NOT AFFILIATED WITH ANY CONGLOMERATE
TOLL FREE FROM ANYWHERE 1-800 452-9597

## SERVING THE
## RUSSIAN COMMUNITY

### 5 Generations Of Faithful Service
## 1625 Coney Island Av
## Brooklyn NY (Corner Of Ave M)

### NIEBERG MIDWOOD CHAPEL INC
**FREE PARKING ACROSS AVE M** **718 377-2700** 



ANDREW **TORREGROSSA** & SONS INC.
## FUNERAL HOMES

### FAMILY OWNED & OPERATED SINCE 1929

Handicapped Accessible • Large Parking Facilities • Prearrangements

**MAIN OFFICE**
1305 79th ST.
**718 232-8844**

**BRANCH OFFICE**
345 AVE. U
**718 449-1300**

**BRANCH OFFICE**
2265 FLATBUSH AVE.
**718 253-5900**

STILL JEWISH FAMILY-OWNED & INDEPENDENTLY OPERATED

## PARKSIDE
MEMORIAL CHAPELS, INC.
## 2576 FLATBUSH AVE.
NEAR AVE. U - OPPOSITE KINGS PLAZA SHOPPING CENTER

# 338-1500

TAHARA & SHMEERAH BY VAAD OF FLATBUSH
   

OUR OTHER BRANCHES
QUEENS • FOREST HILLS
NASSAU CITY. - WOODBURY • ROCKVILLE CTR.
• BRONX • MONTICELLO, NY
FLORIDA: DADE COUNTY • BROWARD COUNTY • PALM BEACH COUNTY

✡ MIDWOOD *Memorial Chapel* ✡ INC.

### 5 GENERATIONS OF FAITHFUL SERVICE
### TO THE JEWISH COMMUNITY
• PRE-ARRANGED FUNERALS • GRAVESIDE SERVICES
Affil. • SHIPPING TO ISRAEL • LARGE LIGHTED PARKING FACILITIES

## HARRY NIEBERG & SONS

1625 CONEY ISLAND AVE., BKLYN (COR AVE M)
IN FLORIDA CALL
954-858-3041 OR
561-790-7998
SERVICES AVAILABLE IN ALL COMMUNITIES
**718 377-2700**

**Funeral Directors—(Cont'd)**

**DELUCA PETER C FUNERAL HOME**
Services Available In All Localities
Caring, Personalized Services
**PETER C. DeLUCA**
FUNERAL HOME
**212 677-9600**
199 Bleecker Street
(Between 6th Avenue & MacDougal Street)

DE RISO FUNERAL HOME INC
5012 4 Av ---- **718 439-6169**
Di Brienza Frank & Sons 171 Court - 718 222-9504
Dillard Emma & Son Morticians Inc
468 Fmkln Av ---- **718 622-6182**

**DUFFY JOS G INC**
## DUFFY FUNERAL HOME
FREE COUNSELING FOR
PRE-NEED ARRANGEMENTS
Dignified Service-To Fit Any Budget
Serving All Communities & Faiths
Major Credit Cards Accepted
255 9th St
(Bet. 4th & 5th Aves) **718 499-8700**

Durin Edw H C Inc 591 6 St ---- 718 768-2626
E J Graziano Funeral Home
2444 86 ---- 718 373-0810
Edward H Lockwood Funeral Home
255 21 ---- 718 788-0050
EJ Simms-Robeson Dorothy
575 Vanderbilt Av ---- 718 783-6661
**ELCOCK FUNERAL HOME INC**
130-02 Liberty Av Richmond Hill --- **718 845-7408**
English Bros Funeral Home
See Our Display Ad Page 332
2203 Avenue Z
Toll Free Dial 1 ---- 800 767-5808
2203 Av Z ---- 718 743-8459
2203 Avenue Z ---- 718 375-9214
Erskine Funeral Home Inc
1341 Bdfrd Av ---- 718 467-3030

**EVERGREEN FUNERAL HOME INC**
## EVERGREEN FUNERAL HOME, Inc.
131 Nassau Avenue
Brooklyn, NY 11222-4025
(718) 383-8600

The Evergreen Funeral Home, Inc.
is owned in whole or part by
Evergreen Funeral Home, Inc.

131 Nassau Avenue, Brooklyn, NY 11222-4025
(718) 383-8600


Evergreen Funeral Home Inc
131 Nassau Av ---- 718 383-
**FAIRHAVEN FUNERAL CHAPEL INC**
Cremation Services Throughout The State
1045 Fulton ---- **718 622-**
Fortunato Steven V Funeral Home
171 Court ---- 718 643-
Frantz Daniel Jean Funeral Home
575 Vanderbilt Av ---- 718 398-
Fred Herbst Sons Funeral Directors
7501 5 Av ---- 718 745-
Fred Herbst-Walter B Cooke Funeral Home
7501 5 Av ---- 718 856-
Frunzi Ann M Funeral Home
4218 Fort Hamltn Pkwy ---- 718 851-
Funeraria Hermanos Inc
3287 Fulton ---- 718 647-
**FUNERARIA JUAN-JOHN'S FUNERAL HOME**
Burial, Shipping, Cremation, Credit Cards
509 Liberty Av ---- **718 827-1**
**FUNERARIA LA FE INC**
182 Wyckoff Av ---- 718 456-
182 Wyckoff Av ---- 718 821-
Gallagher John T-Funeral Home Inc
2001 Flatbush Av ---- 718 692-
Gamble Funeral Home Inc
473 Tompkins Av ---- 718 638-
**GARLICK FUNERAL HOMES**
1153 Coney Island Av ---- **718 377-4**
**GENNARELLI CARMINE**
4218 Fort Hamltn Pkwy ---- 718 853-1
Gioscia Funeral Svce
824 Ramapo Valley Rd Oakland NJ
Call ---- Brooklyn 718 232-8
Gomez Funeral Home Inc
See Our Display Ad Page 335
251 Dekalb Av ---- 718 622-
**GRACE FUNERAL CHAPELS**
Grace Funeral Chapels
Caring, Professional Service
At A Price You Can Afford
607 Conduit Blvd
Brooklyn, NY **718 235-808**
Gramercy-Park Memorial Chapel
See Dignity Ad At This Heading
152 Second Ave ---- 212 477-6
**GREEN & CARTER FUNERAL SVCE**
Wakes, Chapel Services, Cremations
Available
2241 Church Av ---- **718 284-6**
2241 Church Av ---- 718 284-6
**GRIFFIN PETERS FUNERAL HOME**
Between 134th & 135th Sts. Affordable
Services All Boros, Pre-Arrangements,
Shipping
2284 7 Av Manhattan ---- 212 926-0

 **Manhattan**

## AD PROOF

Proof Dept., P.O. Box 940
Rockville Centre, New York 11571
Tel # 516-763-7700  Fax # 516-763-77



**IMPORTANT: It is not necessary to return this proof unless an error exists**
1. Please check your <u>name, address, telephone number and display heading</u>
2. Verify brand names, logos, etc. 3. **MAIL OR FAX CORRECTIONS BY** _____ Initials ___

**Account Number** 010223 DOC:    118060  2HS        M201- 6300              545
**Display Heading:** F116000 Funeral Directors                                      01
                    Nieberg Midwood Chapel Inc
**Your Listing:**   1625 Coney Island Ave Brooklyn (212)674-3600

└─ MZ0106300

---

**NIEBERG MIDWOOD CHAPEL INC**
5 GENERATIONS OF FAITHFUL SERVICE
TO THE JEWISH COMMUNITY
• PRE-ARRANGED FUNERALS
• GRAVESIDE SERVICES
• SHIPPING TO ISRAEL
• LARGE LIGHTED PARKING FACILITIES
1625 Coney Island Ave Brooklyn ... **212 674-3600**

# CUSTOMER PROOF

 **Bell Atlantic**

**Yellow Pages**

Here is a copy of your ad as it will appear in the Bell Atlantic Yellow Pages at the heading and directory shown at the bottom of the page. Please review proof for accuracy and placement; including name, address, telephone number, ad heading, and copy content. Note: The clarity and colors of your published ad may vary slightly from those shown on this proof because of the paper used in manufacturing yellow page directories. The size of your ad on this proof may be slightly smaller than the actual size in order to fit on the proof paper.

Peter Nieberg
Nieberg Harry & Sons Inc
1625 Coney Is Av
Brooklyn, NY          11230-4732

It is not necessary to return this copy if this is correct.  If an error does exist, indicate correction clearly for the directory (ies) listed below.  SIGN AND DATE,

Then fax  or mail to the sales office on or  before:_____
BELL ATLANTIC DIRECTORY GRAPHICS          TEL: 800-469-6392
P.O Box 80050                             FAX: 800-377-7421
Valley Forge,  Pa 19484-9973
Customer Signature_____
Date: _____

☐NE ☐NY ☐LM BERRY ☐RH DONNELLY ☐NYPS ☐BELL ATLANTIC ☐SNET

## FINAL PROOF
## TOO LATE FOR REVISIONS



"SERVING THE JEWISH COMMUNITY FOR 5 GENERATIONS"

**HARRY NIEBERG & SONS**

- **GRAVESIDE SERVICES**
- **PRE-NEED & DIRECT SERVICES**
- **SHIPPING TO ISRAEL**

**248-1766**

718 377-2700    212 674-3600

1625 CONEY ISLAND AVE., BROOKLYN (COR AVE M)
IN FLORIDA CALL 954-858-3041 or 561-790-7998
SERVICES AVAILABLE IN ALL COMMUNITIES

---

| COPY ID: 297836 (001) | UDAC: QC | DATE: 10/13/99 | ARTIST: Lloyd Denny |
| TEL: 516-248-1766 | TYPE: SOLD | ISSUE: 12/1999 | REP: Minson Steve |
| HEADING: Funeral Directors | | | |
| SUB-HEADING: None | | | |
| DIR(S): NAS069 | | | |

| STATUS | CUST ID & BILLING SUFX | | idearc MEDIA | The Official Publisher of Verizon Print Directories | APPLICATION FOR DIRECTORY ADVERTISING | | TELCO ID |
|---|---|---|---|---|---|---|---|
| 8 | 1300915251  2 | | | | ADA 02002 Rev. Dec / 2006 T/C Rev. Dec / 2006 | | R0001 |

| DIRECTORY NAME | ST | DIRECTORY NO. | ESTIMATED PUB | CANVASS NAME | CANVASS ID | DIV | CONTACT | BUSINESS TELEPHONE NO. |
|---|---|---|---|---|---|---|---|---|
| S WESTCHSTR | NY | 052720 | 04/2007 | BKLY | BKN07F 02/07 | 604 | MP3 | 718-377-2700 |

| CUST EST | CUST TYPE | JU INDICATOR | MAIN TELEPHONE NO. | MARKET NO. | SIC | ADvantage | |
|---|---|---|---|---|---|---|---|
| 10/24/74 | | | 718-377-2700 | 049398 | | AGLD | |

**LISTING INFORMATION**

Name: Nieberg Midwood Chapel Inc

Address: 1625 Coney Island Av

City: Brooklyn
State/Zip: NY    11230

**BILLING INFORMATION**

BTN
Attn
Name: Nieberg Midwood Chapel Inc
Address: 1625 Coney Is Av

City: BROOKLYN
ST / ZIP: NY    11230-4732

**QUALITY CONTROL MAILING INFORMATION**

Peter Neiberg
MIDWOOD MEMORIAL CHAPEL
1625 CONEY ISLAND AVE

BROOKLYN    NY   11230-4732

**POINT OF CONTACT INFORMATION**

TN: 718-377-2700
Address: 1625 Coney Is Av FL &

City: Brooklyn
ST / ZIP: NY    11230-4732

| IN DATE | ITEM | CLASSIFIED HEADING / TEXT | ITEM ID | MONTHLY RATE | CUST INITIAL |
|---|---|---|---|---|---|
| I 01/23/07 | SL | Funeral Directors | 4 | 56 00 | |
| 11/20/06 | MUL0013 | Nieberg Harry & Sons | | | |
| | | Inc/Y00-Yellow Page Section/ | | | |
| | | 1625 Coney Isl Av | | | |
| | | 212-674-3600 | | | |
| 05/12/06 | ALST0015 | Harry Nieberg & Sons Inc | | | |
| 07/14/05 | ALST0005 | Midwood Memorial Chapel Inc | | | |
| 05/12/06 | ALST0008 | Nieberg Harry & Sons Inc | | | |
| | | 1625 Coney Is Av | | | |
| 01/04/05 | ALST0002 | Nieberg Harry Midwood Chapel Inc | | | |
| | | 1625 Coney Is Av | | | |
| | | / SUPERSEDURES/ | | | |

CONFIRMING COPY
THIS IS NOT AN INVOICE

| | Item Number | Number | Rep Number | Unit Number | Div Number | Bill Code | Present Monthly | | | CUST INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Items | Revenue | | |
| 722809 | 44 | 604 | | | | M/ | 1 | 45.90 | 56.00 | |

| | |
|---|---|
| | 1 |

Contact: Berta Sabo          Title: Sec/Tres          THIS IS NOT A BILL

AUTHORIZATION :sig

Revision or cancellation must be received in writing at Publisher's notice address within 14 days of the date of this Application or by the Directory close date, whichever is earlier (Sec. 28, 37(a)). The issue life of a Print Directory and the number of monthly payments may be increased or decreased without notice by up to six months (Sec. 25). Billing may begin before distribution of a Print Directory begins (Sec. 26). Advertising may be automatically renewed if not timely cancelled in writing by Advertiser (Sec. 29, 36). Placement or position of advertising on a specific page or under a specific heading is not guaranteed (Sec. 5). There may be variations in color and image resolution from the Advertising Copy (Sec. 4(e)). Advertiser has received a duplicate copy of the cover section of this Application and the attached Terms and Conditions, which are hereby incorporated into the cover section of this Application, and has read and understands same. Except as provided in Section 22, any change or addition to, or deletion of, any provision of this Application, including the Terms and Conditions and any pre-printed addendum made a part of this Application, is void. Terms and Conditions are also available at www.superpages.com/terms.

X Peter Nieberg _____          Title  Owner
ADVERTISER (PARTY RESPONSIBLE FOR PAYMENT OF THIS ADVERTISING)

Idearc Media Representative    J CAMERATA _____    Date  01/09/07   Time  03:03P/EST

| | |
|---|---|
| 01/25/07 | 1 OF  1 |

APPLICATION FOR DIRECTORY ADVERTISING
2002 VIS Rev. Aug / 2005  T/C Rev. Aug / 2005

| STATUS | CUST ID & BILLING SUFX | verizon | | CO ID |
|---|---|---|---|---|
| 8 | 1300915251   2 | | | R0001 |

| DIRECTORY NAME | | DIRECTORY NO. | PUB DATE | CANVASS NAME | CANVASS ID | DIV | CONTACT | BUSINESS TELEPHONE NO. |
|---|---|---|---|---|---|---|---|---|
| Manhattan | NY | 050954 | 01/2007 | BKLYN | BKN05S 02/06 | 604 | MP3 | 212-674-3600 |

| CUST EST | CUST TYPE | JU INDICATOR | MAIN TELEPHONE NO. | MARKET NO. | PREVIOUS BUSINESS TELEPHONE NO. |
|---|---|---|---|---|---|
| 04/24/72 | | | 718-377-2700 | 049398 | |

**LISTING INFORMATION**

Name  Nieberg Midwood Chapel Inc

Address  1625 Coney Island Av

City  Vestal                    11230-4732
State/Zip  NY

**BILLING INFORMATION**

BTN
Alt
Name  Nieberg Midwood Chapel Inc
Address  1625 Coney Is Av

City  Brooklyn
ST / ZIP  NY     11230-4732

**QUALITY CONTROL MAILING INFORMATION**

Peter Nieberg
MIDWOOD MEMORIAL CHAPEL
1625 CONEY ISLAND AVE

BROOKLYN        NY    11230-4732

**POINT OF CONTACT INFORMATION**

TN  718-377-2700
Address  1625 Coney Is Av FL &

City  Brooklyn
ST / ZIP  NY     11230-4732

| IN DATE | | ITEM | CLASSIFIED HEADING / TEXT | ITEM ID | MONTHLY RATE |
|---|---|---|---|---|---|
| 07/12/05 | | OVER | Manhattan TelNo- @-674-3600 | 4 | 27 35 |
| 07/15/05 | | WBLN | ALPHA/W01-Business Section/ | | |
| | | | program A43, PHASE 02 | | |
| A 07/12/05 | | ALST0002 | Harry Nieberg & Sons Inc | | |
| A 07/12/05 | | ALST0004 | Midwood Memorial Chapel Inc | | |
| | | | 1625 Coney Island Av | 3 | 27 35 |
| 07/15/05 | | WBLN | ALPHA/W01-Business Section/ | | |
| | | | program A43, PHASE 02 | | |
| A 07/12/05 | | ALST0001 | Nieberg Harry & Sons Inc | | |
| | | INFO | CROSS-SELL OUT DIRECTORY | | |

CEASING COPY
THIS IS NOT AN INVOICE -
BILLING TO COMMENCE
AT PUBLICATION OF ADVERTISING

| | | | Rep Number | Unit Number | Div Number | Bill Term | Present Monthly | | New Monthly Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Items | Revenue | |
| Rep Number | | Div Number | | | | M/ | 2 | 54.10 | 54.70 |
| 722809 | 42 | 604 | | | | | | | **NEW ITEMS** 2 |

If questions call your representative at: 212 790-4800

TOTAL PLs = 1                                   Title:  Sec/Tres

THIS IS NOT A BIL

Contact:  Berta Sabo

AUTHORIZATION :
Revision or cancellation must be received in writing at Publisher's notice address within 14 days of the Date of the Application or by the Directory close date, whichever is earlier (Sec. 28, 37(a)). The issue life of a Print Directory and the number of monthly payments may be increased or decreased without notice by up to six months (Sec. 25). Billing may begin before a Print Directory is fully distributed (Sec. 26). Advertising may be automatically renewed if not timely cancelled in writing by the Advertising Copy (Sec. 4(e)). Advertiser has received a duplicate copy of this specific heading is not guaranteed (Sec. 5). There may be variations in color and image resolution from the Advertising Copy (Sec. 29). Placement or position of advertising on a specific heading or under a Application and the Terms and Conditions and has read and understands same. Except as provided in Section 22, any change or addition to, or deletion of, any provision of this Application, including the Terms and Conditions and any pre-printed addendum made a part of this Application, is void. Terms and Conditions are also available at www.superpages.com/terms.

Title  Owner

X  Peter Neiberg

ADVERTISER (PARTY RESPONSIBLE FOR PAYMENT OF THIS ADVERTISING)

Date  03/09/06    Time  03:02P/EST

Verizon Representative  J  CAMERATA

| 03/14/06 | 1 OF 1 | | |
|---|---|---|---|

| STATUS | CUST ID & BILLING SUFX | | *verizon* | APPLICATION FOR DIRECTORY ADVERTISING | | | | TELCO ID |
|---|---|---|---|---|---|---|---|---|
| 8 | 1300915251 | 2 | | 2002 VIS Rev. Aug / 2005  T/C Rev. Aug / 2005 | | | | R0001 |

| DIRECTORY NAME | ST | DIRECTORY NO. | PUB DATE | CANVASS NAME | CANVASS ID | DIV | CONTACT | BUSINESS TELEPHONE NO. |
|---|---|---|---|---|---|---|---|---|
| Rockland Co | NY | 051949 | 09/2006 | BKLYN | BKN05S 02/06 | 604 | MP3 | 718-377-2700 |

| CUST EST | CUST TYPE | JU INDICATOR | MAIN TELEPHONE NO. | MARKET NO. | PREVIOUS BUSINESS TELEPHONE NO. |
|---|---|---|---|---|---|
| 10/24/74 | | | 718-377-2700 | 049398 | |

**LISTING INFORMATION**

Name  Nieberg Midwood Chapel Inc

Address 1625 Coney Island Av

City  Brooklyn
State/Zip NY                    11230

**BILLING INFORMATION**

BTN
Alt
Name    Nieberg Midwood Chapel Inc
Address  1625 Coney Is Av

City    Brooklyn
ST / ZIP  NY        11230-4732

**QUALITY CONTROL MAILING INFORMATION**

Peter Nieberg
MIDWOOD MEMORIAL CHAPEL
1625 CONEY ISLAND AVE

BROOKLYN        NY    11230-4732

**POINT OF CONTACT INFORMATION**

TN      718-377-2700
Address  1625 Coney Is Av FL &

City    Brooklyn
ST / ZIP  NY        11230-4732

| IN DATE | ITEM | CLASSIFIED HEADING / TEXT | ITEM ID | MONTHLY RATE |
|---|---|---|---|---|
| 04/03/97 | BLN | Funeral Directors | 1 | 37 00 |
| 01/04/05 | LBL0016 | Nieberg Midwood Chapel Inc | | |
| 01/04/05 | ALST0015 | Harry Neiberg & Sons Inc | | |
| 07/14/05 | ALST0005 | Midwood Memorial Chapel Inc | | |
| 01/04/05 | ALST0008 | Nieberg Harry & Sons Inc | | |
| | | 1625 Coney Is Av | | |
| 01/04/05 | ALST0002 | Nieberg Harry Midwood Chapel Inc | | |
| | | 1625 Coney Is Av | | |
| — | | / SUPERSEDURES | | |
| | | | | |

*CONFIRMING COPY - THIS IS NOT AN INVOICE - BILLING TO COMMENCE AT PUBLICATION OF ADVERTISING*

| Rep Number | Mkt Number | Div Number | Rep Number | Unit Number | Div Number | Bill Sem | Present Monthly Items | Revenue | New Monthly Total |
|---|---|---|---|---|---|---|---|---|---|
| 722809 | 42 | 604 | | | | M/ | 1 | 35.50 | 37.00 |

If questions call your representative at: 212 790-4800

TOTAL PLs = 1

Contact: Berta Sabo                         Title: Sec/Tres

| | |
|---|---|
| | 1 |
| | THIS IS NOT A BILL |

**AUTHORIZATION:**

Revision or cancellation must be received in writing at Publisher's notice address within 14 days of the Date of the Application or by the Directory close date, whichever is earlier (Sec. 28, 37(a)). The issue life of a Print Directory and the number of monthly payments may be increased or decreased without notice by up to six months (Sec. 25). Billing may begin before a Print Directory is fully distributed (Sec. 26). Advertising may be automatically renewed if not timely cancelled in writing by Advertiser (Sec. 29). Placement or position of advertising on a specific page or under a specific heading is not guaranteed (Sec. 5). There may be variations in color and image resolution from the Advertising Copy (Sec. 4(e)). Advertiser has received a duplicate copy of this Application and the Terms and Conditions and has read and understands same. Except as provided in Section 22, any change or addition to, or deletion of, any provision of this Application, including the Terms and Conditions and any pre-printed addendum made a part of this Application, is void. Terms and Conditions are also available at www.superpages.com/terms.

X  Peter Neiberg

                                        Title  Owner

ADVERTISER (PARTY RESPONSIBLE FOR PAYMENT OF THIS ADVERTISING)

Verizon Representative  J  CAMERATA                Date  03/09/06   Time  03:04P/EST

| Signature Date | Page | | Series Signed | |
|---|---|---|---|---|
| 03/14/06 | 1 OF 1 | | | |

**VARIOUS INVOICES, LETTERS, INSURANCE ENDORSEMENTS AND PERMITS REFERENCING HARRY NIEBERG & SONS INC. AND/OR NIEBERG MIDWOOD CHAPEL INC.**

GP202 (3-70)

# THE STATE INSURANCE FUND

199 CHURCH STREET      NEW YORK, N. Y. 10007

## STATEMENT OF PREMIUMS DUE

| ASSURED: | REPRESENTATIVE: | POLICY NUMBER |
|---|---|---|
| HARRY NIEBERG & SONS INC<br>1625 CONEY ISLAND AVE<br>BROOKLYN NY  11230 | NATHAN BUTWIN CO INC<br>60 CUTTER MILL RD<br><br>GREAT NECK         NY     11021 | 141 725- |

| S. F. DISTS | BUS. TYPE | STATUS | IND. GP. | C. C. | LR | DATE |
|---|---|---|---|---|---|---|
| A      1 12 F03 | 1 | ACTIVE | A | 0 | 0 | 02/24/86 |

| D | P | E | DP | GR | TYPE OF BILL | BILL NUMBER | DATE OF BILL | PERIOD COVERED BY BILL | AMOUNT OF BILL OUTSTANDING |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 133 | 90 | 522 K | 527399 | 12/30/85 | 01/23/86 TO 01/23/87 | 132.77 |

7922 B
EXT. 7913    786 00014
962-8900   SECT. STATEMENT NO.

IF THERE ARE ANY QUESTIONS
REGARDING THIS STATEMENT CALL
THE PHONE NUMBER AND EXTENSION
SHOWN ABOVE.

MAKE CHECKS PAYABLE TO:
THE STATE INSURANCE FUND
IF YOU HAVE ALREADY MAILED YOUR PAYMENT
PLEASE DISREGARD THIS STATEMENT.

**NOW DUE $**      **132.77**

**ASSURED'S COPY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

ANNIVERSARY RERATE

Policy Change Number _____

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CX 3 5 7 9 6 9 | _9/1_ 3/9 1 | Providence Washington Insurance Co. |

| NAMED INSURED NIEBERG-MIDWOOD CHAPEL, INC., LOCUST MEMORIAL CHAPEL, INC., HARRY NIEBERG & SONS, INC. 1625 Coney Island Avenue Brooklyn, New York 11230 | AUTHORIZED REPRESENTATIVE C.G.S.L. |
|---|---|

**COVERAGE PARTS AFFECTED**

Commercial Property Coverage Part
Commercial General Liability Coverage Part
Commercial Crime Coverage Part
Commercial Inland Marine Coverage Part

**CHANGES**

It is hereby understood and agreed that the policy is rerated for the period   9/13/91   to   9/13/92   .
New annual premium is  $7681.67  .

Forms and endorsements attached at anniversary are:

IL 12 01    Installment Endorsement

CP 12 05    Commercial Property Coverage Part Supplemental Declarations

CG 20 26    Additional Insured – Designated Person or Organization Endmt.

U 3325    Commercial Crime Coverage Part Declarations – Part A

Changes in coverage limits at anniversary are:

See CP 12 05 Commercial Property Coverage Part Supplemental Declarations



NOTICE!
THIS POLICY DOES NOT COVER FLOOD LOSS
You can get protection through the National Flood Insurance Program. Call your insurance agent or broker for more details.



ATTACH TO YOUR POLICY
This Endorsement forms a part of your Insurance Policy and should be attached to it . . . . Please be sure to have it done.



Authorized Representative Signature

IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

ANNIVERSARY RERATE

Policy Change
Number _____

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CX 3 5 7 9 6 9 | _9_/_1_ _3_/_9_1 | Providence Washington Insurance Co. |

| NAMED INSURED NIEBERG-MIDWOOD CHAPEL, INC., LOCUST MEMORIAL CHAPEL, INC., HARRY NIEBERG & SONS, INC.<br>1625 Coney Island Avenue<br>Brooklyn, New York 11230 | AUTHORIZED REPRESENTATIVE<br><br>C.G.S.L. |
|---|---|

**COVERAGE PARTS AFFECTED**

Commercial Property Coverage Part
Commercial General Liability Coverage Part
Commercial Crime Coverage Part
Commercial Inland Marine Coverage Part

### CHANGES

It is hereby understood and agreed that the policy is rerated for the period ___9/13/91___ to ___9/13/92___ .
New annual premium is ___$7681.67___

Forms and endorsements attached at anniversary are:

IL 12 01    Installment Endorsement

CP 12 05    Commercial Property Coverage Part Supplemental Declarations

CG 20 26    Additional Insured - Designated Person or Organization Endmt.

U 3325    Commercial Crime Coverage Part Declarations - Part A

Changes in coverage limits at anniversary are:

See CP 12 05 Commercial Property Coverage Part Supplemental Declarations



**NOTICE!**
**THIS POLICY DOES NOT COVER FLOOD LOSS**
You can get protection through the National Flood Insurance Program — Call your insurance agent or broker for more details

**ATTACH TO YOUR POLICY**

This Endorsement forms a part of your Insurance Policy and should be attached to it . . . . Please be sure to have it done.

Authorized Representative Signature

IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

FIRE DEPARTMENT, CITY OF NEW YORK      **PERMIT**      BUREAU OF FIRE PREVENTION

| ACCOUNT NUMBER | TYPE | A.P. | D.O. | ADM. CO | ISSUANCE DATE | PERMIT EXPIRES |
|---|---|---|---|---|---|---|
| 05185012 | 10 | P | 15 | L156 | 05/29/02 | 05/03 |

| PREMISES ADDRESS | ACCOUNT NAME |
|---|---|
| AKA HARRY NIEBERG & SONS<br>1625     CONEY ISLAND   AVE<br>BROOKLYN, NY      11230 | MIDWOOD MEM CHAPEL |

| ITEM CODE | SUB CODE | QTY | DESCRIPTION | FLOOR NO. | FEE |
|---|---|---|---|---|---|
| 616 | 00 | 7 | AC/REFRIG>5HP AND/OR ROOF/CEIL | 0 | PAID |
| | | | | | |
| | | | | | |

| PERMIT TYPE | | ANNUAL FEE | PAID |
|---|---|---|---|
| 1 | | | |

1=REGULAR
2=SUPPLEMENTAL
3=DUPLICATE

MIDWOOD MEM CHAPEL
1625      CONEY ISLAND   AVE
BROOKLYN, NY      11230

665575

2 TYPHOON ROOF 1-WESTINGHOUSE
1ST FL 2588/70 3/72/ 3-CARRIER
1-WESTINGHOUSE BASE

FIRE COMMISSIONER

**VARIOUS INVOICES, LETTERS, INSURANCE ENDORSEMENTS AND PERMITS REFERENCING HARRY NIEBERG & SONS INC. AND/OR NIEBERG MIDWOOD CHAPEL INC.**

DP202 (3-70)

# THE STATE INSURANCE FUND

199 CHURCH STREET     NEW YORK, N. Y. 10007

## STATEMENT OF PREMIUMS DUE

| ASSURED: | REPRESENTATIVE: | POLICY NUMBER |
|---|---|---|
| HARRY NIEBERG & SONS INC<br>1625 CONEY ISLAND AVE<br>BROOKLYN NY  11230 | NATHAN BUTWIN CO INC<br>60 CUTTER MILL RD<br><br>GREAT NECK          NY    11021 | 141 725- |

| S. F. DISTS | BUS. TYPE | STATUS | IND. GP. | C. C. | LR | DATE |
|---|---|---|---|---|---|---|
| A       1  12 F03    1 | | ACTIVE | A | 0 | 0 | 02/24/86 |

| O | P | E | DP | GR | TYPE OF BILL | BILL NUMBER | DATE OF BILL | PERIOD COVERED BY BILL | AMOUNT OF BILL OUTSTANDING |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 133 | 90 | 522 K | 527399 | 12/30/85 | 01/23/86 TO 01/23/87 | 132.77 |

7922  B
EXT. 7913   786 00014
962-8900    SECT  STATEMENT NO.

IF THERE ARE ANY QUESTIONS
REGARDING THIS STATEMENT CALL
THE PHONE NUMBER AND EXTENSION
SHOWN ABOVE.

MAKE CHECKS PAYABLE TO
THE STATE INSURANCE FUND
IF YOU HAVE ALREADY MAILED YOUR PAYMENT
PLEASE DISREGARD THIS STATEMENT.

NOW DUE $          132.77

**ASSURED'S COPY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

ANNIVERSARY RERATE

Policy Change
Number ____

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CX 3 5 7 9 6 9 | _ 9 /1 _3/9 1 | Providence Washington Insurance Co. |

| NAMED INSURED NIEBERG-MIDWOOD CHAPEL, INC., LOCUST MEMORIAL CHAPEL, INC., HARRY NIEBERG & SONS, INC.<br>1625 Coney Island Avenue<br>Brooklyn, New York 11230 | AUTHORIZED REPRESENTATIVE<br><br>C.G.S.L. |
|---|---|

**COVERAGE PARTS AFFECTED**

Commercial Property Coverage Part
Commercial General Liability Coverage Part
Commercial Crime Coverage Part
Commercial Inland Marine Coverage Part

**CHANGES**

It is hereby understood and agreed that the policy is rerated for the period   9/13/91   to   9/13/92  .
New annual premium is   $7681.67            .

Forms and endorsements attached at anniversary are:

IL 12 01    Installment Endorsement

CP 12 05    Commercial Property Coverage Part Supplemental Declarations

CG 20 26    Additional Insured - Designated Person or Organization Endmt.

U 3325    Commercial Crime Coverage Part Declarations - Part A

Changes in coverage limits at anniversary are:

See CP 12 05 Commercial Property Coverage Part Supplemental Declarations





**NOTICE!** THIS POLICY DOES NOT COVER **FLOOD LOSS**
You can get protection through the National Flood Insurance Program Call your insurance agent or broker for more details

**ATTACH TO YOUR POLICY**
This Endorsement forms a part of your Insurance Policy and should be attached to it . . . . Please be sure to have it done.

Authorized Representative Signature

IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

ANNIVERSARY RERATE

Policy Change
Number _____

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CX 3 5 7 9 6 9 | _9_/1_ _3_/9_1_ | Providence Washington Insurance Co. |

| NAMED INSURED NIEBERG-MIDWOOD CHAPEL, INC., LOCUST MEMORIAL CHAPEL, INC., HARRY NIEBERG & SONS, INC. 1625 Coney Island Avenue Brooklyn, New York 11230 | AUTHORIZED REPRESENTATIVE C.G.S.L. |
|---|---|

**COVERAGE PARTS AFFECTED**

Commercial Property Coverage Part
Commercial General Liability Coverage Part
Commercial Crime Coverage Part
Commercial Inland Marine Coverage Part

**CHANGES**

It is hereby understood and agreed that the policy is rerated for the period ___9/13/91___ to ___9/13/92___.
New annual premium is ___$7681.67___.

Forms and endorsements attached at anniversary are:

IL 12 01    Installment Endorsement

CP 12 05    Commercial Property Coverage Part Supplemental Declarations

CG 20 26    Additional Insured - Designated Person or Organization Endmt.

U 3325.    Commercial Crime Coverage Part Declarations - Part A

Changes in coverage limits at anniversary are:

See CP 12 05 Commercial Property Coverage Part Supplemental Declarations





This Endorsement forms a part of your Insurance Policy and should be attached to it . . . . Please be sure to have it done.

Authorized Representative Signature

IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

FIRE DEPARTMENT, CITY OF NEW YORK    **PERMIT**    BUREAU OF FIRE PREVENTION

| ACCOUNT NUMBER | TYPE | CAT | BORO | ADM CO | ISSUANCE DATE | PERMIT EXPIRES |
|---|---|---|---|---|---|---|
| 05185012 | 10 | P | 15 | L156 | 05/29/02 | 05/03 |

| PREMISES ADDRESS | ACCOUNT NAME |
|---|---|
| AKA HARRY NIEBERG & SONS<br>1625   CONEY ISLAND   AVE<br>BROOKLYN, NY   11230 | MIDWOOD MEM CHAPEL |

| ITEM CODE | SUB CODE | QTY | DESCRIPTION | FLOOR NO. | FEE |
|---|---|---|---|---|---|
| 616 | 00 | 7 | AC/REFRIG>5HP AND/OR ROOF/CEIL | 0 | PAID |
| | | | | | |
| | | | | | |

| PERMIT TYPE |
|---|
| 1 |

1=REGULAR
2=SUPPLEMENTAL
3=DUPLICATE

MIDWOOD MEM CHAPEL

1625    CONEY ISLAND    AVE
BROOKLYN, NY    11230

**ANNUAL FEE**         **PAID**

665575

2 TYPHOON ROOF 1-WESTINGHOUSE
1ST FL 2588/70 3/72/ 3-CARRIER
1-WESTINGHOUSE BASE

*[signature]*
FIRE COMMISSIONER

# Certificate of Appreciation

## IS HEREBY AWARDED

### TO

Nirberg/Midwood Chapels

Thank you for your support!

PS 236 – The Mill Basin School
Graduating Class of 2005

We Love our advertisers!

# Local Activist I. Stephen Miller Dies At 59

**By Gary Buiso**

I. Stephen Miller, the irreverent community activist, teacher and local historian, died Monday at New York Presbyterian Hospital-New York Weill Cornell Medical Center in Manhattan. He was 59 years old.

Miller underwent triple bypass surgery in October, and developed complications. The cause of death was heart failure, according to a family member.

Ira Stephen Miller was born in Brooklyn on Feb. 9, 1945. He grew up in Marine Park, attended Public School 207, James Madison High School, and Brooklyn College. After college, he taught social studies, as well as other subjects at Public School 209 on East 7th Street.

Miller forged a place for Sheepshead Bay in the annals of local history, educating local groups about the minutiae of the neighborhood with the founding of the Sheepshead Bay Historical Society. He is listed as a contributor to the book "Brooklyn's Gold Coast: The Sheepshead Bay Communities."

Aside from his work with the historical society, friends and relatives recall a charitable man who would donate his time and money to causes he deemed worthy.

He was the former president of the 61st Precinct Community Council; was involved with a range of projects at Coney Island Hospital; as a teacher, he was a UFT chapter leader; Miller was also a member of Community Board 15, weathering an internal power struggle last year.

"Some of his generosity was public and some was private—both to organizations and individuals who were down and out—to a degree that most people would not believe," said longtime friend Bernie Hirschhorn.

Miller had a reputation of being somewhat quirky, Hirschhorn said. "He was loud and flamboyant. He had an offbeat sense of humor. The ones that knew him appreciated it," he said. "He loved center stage."

Miller helped local not-for-profit organizations with grant writing and was also involved with continuing efforts to revitalize Sheepshead Bay.

He was a world traveler, collecting cultural artifacts, including masks and dolls from places like Africa, Asia and South America. "He had a breadth of knowledge that was always surprising," Hirschhorn said.

Esther Miller, Stephen's sister, said her brother followed his own path.

"He basically was not a follower. He was a leader. He stood out in the forefront and didn't abide by other people's rules," she said.

It was Miller who refused to resign from the community board last year—even after the borough president demanded that every member do so. Miller was the only member not to submit a letter of resignation.

"There is no question as to his motivation and his dedication to the community. He will be missed," said Jerry O'Shea, the chair of Community Board 15.

Local activist Ed Eisenberg recalled Miller as someone who seized life, despite suffering from a host of health problems including diabetes.

"He really was a doer," Eisenberg said.

Even as his health was failing, his sister recalled, Stephen remained optimistic. "He wanted so much to live," she said. "He was looking forward to next year, and a big birthday party."

Miller is survived by his sister, of Long Island, and twin brother Lloyd, of New Jersey.

Memorial services will be held on Sunday, Dec. 19 at Nieberg's Midwood Chapel, 1625 Coney Island Avenue at 10 a.m. I. Stephen Miller will be buried at New Montefiore Cemetery in West Babylon, L.I.



Photo by Steve Solomonson

Stephen Miller

# Maxie Rubenstein, 'Mr. Israel of Brooklyn,' Dead At 87

**By Gary Buiso**

Maxie Rubenstein, a big-hearted community activist known for his untiring dedication to Israel, died Tuesday at Coney Island Hospital. He was 87 years old.

The cause of death was heart failure, according to his family.

Known as "Mr. Israel of Brooklyn," Rubenstein helped raise money for a number of charities in Israel, a place he visited on dozens of occasions, according to Sandy Fleischer, secretary at the Avenue Z Jewish Center, where Rubenstein was president.

Organizations receiving his support included United Jewish Appeal, Boys Town of Jerusalem and Shaare Zedeck Medical Center in Jerusalem, where he dedicated an ambulance.

Rubenstein was also a key figure at the center's annual luncheon and bonds drive, which helped raise money for Israel.

Rubenstein, who lived in Sheepshead Bay, ran a home furnishings store in Williamsburg.

But his life's work, those who knew him said, was to lend support to Israel.

Friends recalled Rubenstein as a kind-hearted man who brought a boundless energy to causes in which he believed.

"He was for Israel all the way," said Samuel Bettman, the center's vice president and an associate of Rubenstein's for the past 40 years.

Bettman recalled "a happy fellow" who was a "supporter of all organizations."

Rubenstein's efforts were recognized throughout the borough and beyond, according to Borough President Marty Markowitz.

"Nobody was more passionate about Israel, or the safeguarding of the Jewish state than Maxie," Markowitz said.

"Very often Max would say that Israel is another suburb of Brooklyn. His charm got everyone excited about supporting Israel, both Israel Bonds and everything to do with Israel. Because of his advocacy, we are all the better. So is Israel and so are those that treasure freedom and democracy," the borough president added.

His diminutive stature could be deceptive, according to State Senator Carl Kruger. Maxie was a "true giant among men," Kruger said.

Kruger described Rubenstein as a talented fundraiser who refused to take no for an answer—and usually, "he didn't have to."

"Despite his small stature and sprightly, smiling demeanor, you always knew you were dealing with a consummate professional, a tough cookie, and a dedicated humanitarian," Kruger said.

Rubenstein is survived by his wife, Annie. Services were held Wednesday at ████████████████████. Some 200 people attended, according to a chapel staff member. Rubenstein was buried at Wellwood Cemetery in Farmingdale, Long Island.



**Maxie Rubenstein**

**Photo by Steve Solomonson**



Evesham Gold
By
Royal
Worcester

# EVESHAM'S
### Back At The Hutch

# THE HUTCH
## FINE CHINA & CRYSTAL
Bridal Registry, Giftware & Collectibles
• Complimentary Gift Wrap
• All Major Brands Competitively Priced
• Open Tuesday Thru Sunday • Open Late Thursdays

**8016 3rd Ave., Bay Ridge • 718-748-4574**



**1721 Avenue J, Brooklyn, New York 11230**
718-338-2056

ב״ה
7-16-0[...]

**Dr. Aaron Levine**
*Rabbi*

**H. Gilbert Polinsky**
*President*

**Dr. Herbert B. Taragin**
*Chairman of
Education Committee*

**Esther Holler**
*Chairperson of
Dedication Committee*

**Guy Alba**
**Dr. Daniel Glatt**
**Dr. Monty Penkower**
**William Ross**
**Jack Warshavchik**
*Gabbaim*

**Shlomo Eydelman**
*Shamash*

**BOARD OF TRUSTEES**
Joseph Delman
Herzl S. Eisenstadt
Dr. Yehudi Feldman
Joe Fogel
Josh Fogel
Dr. Stanly Goldstein
Ephraim Grumet
Norbert Holler
David Hornstein
Jonathan Inker
Heshy Kestenbaum
Leo Kimmel
Herbert Knobel
Yaakov Kornreich
Dov Levi
Steven B. Levine
Murry Puderbeutel
Mark Plotzker
J. Fred Rothchild
Martin Segal
Gerald Silver
Kalman Strobel
Dr. Seymour Tessler
Saul Turk
Teddy Wallach
Jack Warshavchik
Leonard Weinberger

**HONORARY PRESIDENTS**
Rabbi Seymour Brickman
Dr. Howard Fruchter
David M. Lew
Dr. Murry Mednick ע״ה
Dr. Yale Port
Dr. Leon Reich
Dr. Herbert B. Taragin
Dr. Walter Weitzner

Dear Mr. Nielberg,

On behalf of the officers and the entire membership of the Young Israel of Ave J I thank you for your generosity & co-operation regarding your donation of the outside bulletin board for our synagogue.

Your consideration is greatly appreciated and will be publicly recognized from our pulpit as well as placed in our New Year's bulletin.

Wishing you good health, a pleasant summer and a happy and prosperous New Year.

[signature]
Chm of Bd.
Young Israel Ave J.

ב״ה

קאָנגרעגיישאָן תפארת תורה

# *Congregation Tifereth Torah of Bensonhurst*

8224 23ʀᴅ Avenue    Brooklyn, N.Y. 11214    Tel: 718-236-6646

March 15, 2008

Dear Mr. Peter Nieberg, שי׳

Thank you very much for your contribution of forty Russian/Hebrew prayer books in large print edition, to our synagogue. The congregants will very much appreciate them.

Surely the merit of your great mitzvah will bring you G-d's abundant blessings for continued success, health and happiness.

Sincerely,

Rabbi Avrohom Hertz

**CONGRATULATORY LETTER ACKNOWLEDGING
THE SPECIAL RELATIONSHIP WITH THE NIEBERG FAMILY**

# Congregation Pri Eitz Chaim

**85th Anniversary**

# Ocean Avenue Jewish Center

2600 Ocean Avenue, Brooklyn, New York 11229 • (718) 743-5534 • Fax 718) 743-0632

בס״ד

Melvin I. Burg
**Rabbi**

Steven Hilsenrath
**Honorary President**

Mitchell Hill
**President**

Joseph Hecht
**Honorary Executive
Vice President**

Dr. Jonathan Hirsch
**Executive Vice President**

Norton Goodman
Frank Klein
Irwin Kotel
Arthur Krumholz
**Honorary Vice Presidents**

Dean Baum
William Glassman
Charles Hymowitz
Hon. Herb Lupka
Kazimir Vilenchik
Edward Zak
**Vice Presidents**

Edwin Maltzman
**Treasurer**

Alan Stern
**Secretary**

Jason Rabinowitz
**Sergeant-At-Arms**

**Board of Governors**

Sylvain Jakabovics
**Chairman**

**Members**
Nathan Berenholz
Cantor Pinchas Cohen
Jacob Feldman
Grace Holland
Sam Koslowsky
Michael Lipstein
Heshy Schiener
Eli Shitrit
Eva Slomovits
Herman Strauch
Sarah Szmuller
Sid Weg

**Life Members**
Mark Berkovic
Gersh Gitelman
Lester Langweil

March 21, 2008
24 Adar II 5768

To Whom It May Concern:

Our Congregation has been serving the greater Flatbush Community for over eighty-five years

Throughout these years our Sunagogue has had a special relationship with Midwood Chapel and the Nieberg Family.

We can safely state without anyhesitation nor reservation that Midwwod chapel stands stands for the highest ideals in Kovod HaMes (respect for the deceased).

Sincerely,

Melvin I. Burg
Rabbi

Mitchell Hill
President

**CONGRATULATORY LETTER ACKNOWLEDGING
THE SPECIAL RELATIONSHIP WITH THE NIEBERG FAMILY**

# Congregation Pri Eitz Chaim    85th Anniversary    Ocean Avenue Jewish Center

2600 Ocean Avenue, Brooklyn, New York 11229 • (718) 743-5534 • Fax 718) 743-0632

בס"ד

**Melvin I. Burg**
**Rabbi**

Steven Hilsenrath
**Honorary President**

Mitchell Hill
**President**

Joseph Hecht
**Honorary Executive Vice President**

Dr. Jonathan Hirsch
**Executive Vice President**

Norton Goodman
Frank Klein
Irwin Kotel
Arthur Krumholz
**Honorary Vice Presidents**

Dean Baum
William Glassman
Charles Hymowitz
Hon. Herb Lupka
Kazimir Vilenchik
Edward Zak
**Vice Presidents**

Edwin Maltzman
**Treasurer**

Alan Stern
**Secretary**

Jason Rabinowitz
**Sergeant-At-Arms**

**Board of Governors**

Sylvain Jakabovics
**Chairman**

**Members**
Nathan Berenholz
Cantor Pinchas Cohen
Jacob Feldman
Grace Holland
Sam Koslowsky
Michael Lipstein
Heshy Schiener
Eli Shitrit
Eva Slomovits
Herman Strauch
Sarah Szmuller
Sid Weg

**Life Members**
Mark Berkovic
Gersh Gitelman
Lester Langweil

March 31, 2008
24 Adar II 5768

To Whom It May Concern:

Our Congregation has been serving the greater Flatbush Commmunity for over eighty-five years

Throughout these years our Synagogue has had a special relationship with Midwood Chapel and the Nieberg Family.

We can safely state without anyhesitation nor reservation that Midwood chapel stands stands for the highest ideals in Kovod HaMes (respect for the deceased).

Sincerely,

Melvin I. Burg
Rabbi

Mitchell Hill
President

**1929 INVOICE TO H. NIEBERG FOR ONE OF THE FIRST, IF NOT THE FIRST, MOTORIZED HEARSE IN THE CITY OF NEW YORK**





**1929 INVOICE TO H. NIEBERG FOR ONE OF THE FIRST, IF NOT THE FIRST, MOTORIZED HEARSE IN THE CITY OF NEW YORK**

Telephone Orchard #14

M _United Brothers_

New York, _Nov 8_ 192_

To **H. NIEBERG, Dr.**

SUCCESSOR TO R. ROSENTHAL

LICENSED

# UNDERTAKER

Horses, Coaches, Landaus and Automobiles for all occasions

Wedding, Party and Funeral calls promptly attended to at all hours

**141 LUDLOW STREET**

Baby Coffin $5.00
Bury May 16th 1.00
Infant of Mother 5.00

**PHOTOGRAPHS OF ADDITIONAL USES OF
THE NAME HARRY NIEBERG & SONS INC.
AND/OR NIEBERG MIDWOOD CHAPEL INC.,
INCLUDING PHOTOGRAPHS OF THE
NIEBERG MIDWOOD PLAQUE USED OF
HEARSES TRAVELING BOTH LOCALLY AND
IN INTERSTATE COMMERCE**

METROPOLITAN FUNERAL DIRECTORS ASSOCIATION, INC.
122 East Forty-second Street, Suite 1120
New York, New York  10168

December 1, 1982

Mr. Edwin Nieberg
Harry Nieberg and Sons, Inc.
1625 Coney Island Avenue
Brooklyn, NY  11230

RE:  Consumer Affairs Division

Dear Mr. Nieberg:

This is to confirm/reconfirm the registration of:

     Harry Nieberg and Sons, Inc.

as (a) member(s) of the MFDA's Consumer Affairs Division.

In addition, the following citations against the registrations
indicated, as issued by the New York City Consumer Affairs
Division, have been received by this office as of today's
date:

     Harry Nieberg and Sons, Inc.
     V#27420-2Bii(c);2Biii(c);3A-9/28/82

Note that unless an address is specified next to the firm
name(s) either in the section confirming the registration in
the Division and/or next to the firm name in the section
confirming the receipt of a citation, that firm's location is
on file as being at the place given in the address block of
this letter.

If for any reason any of the information stated here is
incorrect or inadequate, please contact us.

All NYC Consumer Affairs Department citations forwarded to the
MFDA for handling by members have been turned over to the
Division's attorney, Howard Tisch.  Mr. Tisch is now in the
process of informing the Department of Consumer Affairs as to
what firms and violations he is representing.  Members
concerned about action occurring before the hearing date
indicated on any citation should not be, and should be aware
that such hearings are merely NYC requestd conference dates
and hold the firm cited to no obligation whatsoever for
appearance.  You are protected in this matter by due processes

# AUTOMOBILE ALL PURPOSE AMENDATORY ENDORSEMENT — ENDORSEMENT #2

| Named Insured NIEBERG–MIDWOOD CHAPEL, INC., LOCUST MEMORIAL CHAPEL, INC., HARRY NIEBERG & SONS, INC. | POLICY NO. AX 379465 | EFFECTIVE DATE OF THIS ENDORSEMENT 2/28/92 |
|---|---|---|
| | ☐ YORK INSURANCE COMPANY | ☒ PROVIDENCE WASHINGTON INS. CO. |

This endorsement is issued by the Company named above to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

| AGENCY NAME Consolidated Group Services, Ltd. | AGENCY NO. 0078 | ZONE 34 |
|---|---|---|

Amend:

1. Named Insured to read:
2. Address (include county) to read:
3. Garage location to read:
4. Occupation of the named insured to read:
5. Classification to read:
6. Other:

The automobile described below is, subject to the applicable policy provisions: (check the appropriate box below)

☒ in addition to the automobile(s) covered by the policy, or

☐ in substitution for an automobile (Car No.        ) covered by the policy.

☐ eliminated from coverage under the policy.

| Car No. | Year | Trade Name | Body Type/Model | Identification No. (I) Motor No. (M) Serial No. (S) | Cost Incl. Equipment | No. of Cyls. | Cu. In. Displ. | Purchased Mo./Yr. New/Used | Age - use classes | List Price — age group | Territory Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1992 | Infiniti | | JNKNG01C4NM200517 | | | | | 1 yr. 7915 | $48,000. | 017 |

ADDITIONAL INSURED &
LOSS PAYEE: Any loss is payable as interest may appear to named insured and (enter name and address):

Infiniti Financial Services
P.O. Box 943097, Dallas, TX 75374-3097

Certificate of insurance issued YES ☒

7. The premium for coverage(s) and the total premium are amended to read as stated in the Schedule below.
8. The limits of liability for coverage(s) are amended to read as stated in the Schedule below, subject to the applicable policy provisions.
9. The following coverages are added: The limits of liability for such coverages are stated in the Schedule below. subject to the applicable policy provisions.
0. The following coverages are eliminated:

ANY ADDITIONAL OR RETURN PREMIUM BECAUSE OF
ANY AMENDMENT EFFECTED HEREBY IS STATED BELOW:

## SCHEDULE

| COVERAGES | LIMITS OF LIABILITY | NEW ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|
| Liability (Single Limit) | $1,000, thousand dollars each accident | $ 1348. | $ 728. | |
| Bodily Injury Liability | thousand dollars each person | | | |
| | thousand dollars each occurrence | | | |
| Property Damage Liability | thousand dollars each occurrence | | | |
| Medical payments | $10,000. dollars each person | 2. | 1. | |
| Comprehensive - Excluding Collision | Actual Cash Value Unless Amount Stated $ 500. | 2100. | 1188. | |
| Collision | Actual Cash Value less $ 500. deductible | 1045. | 618. | |
| & ADDED PIP Permanently Installed Phone | $150,000. See Form CA9908, CB Radio Coverage | 78. 93. | 42. 50. | |
| Towing and Labor Charges | $ 25. for each disablement | 2. | 1. | |
| Protection against Uninsured Motorists | $1,000, thousand dollars each person thousand dollars each accident | 94. | 51. | |
| | Total Premium | $ 4762. | | |
| | Net Total additional premium due company is | | $ 2679. | |
| | Net Total return premium due to the named insured is | | | |

R .540
4/92 LH

OP202 (3-70)

# THE STATE INSURANCE FUND
199 CHURCH STREET    NEW YORK, N. Y. 10007

## STATEMENT OF PREMIUMS DUE

| ASSURED: | REPRESENTATIVE: | POLICY NUMBER |
|---|---|---|
| HARRY NIEBERG & SONS INC<br>1625 CONEY ISLAND AVE<br>BROOKLYN NY 11230 | NATHAN BUTWIN CO INC<br>60 CUTTER MILL RD<br><br>GREAT NECK        NY    11021 | 141 725- |

| | S. F. DISTS | BUS. TYPE | STATUS | IND. GP. | C. C. | LR | DATE |
|---|---|---|---|---|---|---|---|
| A | 1 12 F03 | 1 | ACTIVE | A | 0 | 0 | 02/24/86 |

| D | P | R | DP | GR | TYPE OF BILL | BILL NUMBER | DATE OF BILL | PERIOD COVERED BY BILL | AMOUNT OF BILL OUTSTANDING |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 133 | 90 | 522 K | 527399 | 12/30/85 | 01/23/86 TO 01/23/87 | 133.7 |

7922
EXT. 7913
962-8900

86 00014
STATEMENT NO.

IF THERE ARE ANY QUESTIONS
REGARDING THIS STATEMENT CALL
TELEPHONE NUMBER AND EXTENSION
SHOWN ABOVE

MAKE CHECKS PAYABLE TO
THE STATE INSURANCE FUND
IF YOU HAVE ALREADY MAILED YOUR PAYMENT
PLEASE DISREGARD THIS STATEMENT

NOW DUE $        133.7

ASSURED'S COPY

# Nieberg Midwood Chapel

## Harry Nieberg & Sons

### FUNERAL DIRECTORS

Midwood Memorial Chapel
1625 Coney-Island Ave.—Ave. M
Brooklyn, N. Y. — ESp. 7-2700

141 Ludlow Street
New York City
ORegon 4-3600

...........................................................19....

Funeral of ...............................................................................

Residence ...................................................Interment ...............................Cem.

Organization ...............................................................................

| | | | |
|---|---|---|---|
| Removal | 20 | — | |
| Embalming | | | |
| Preserving | 35 | | |
| Use of Chapel | 45 | — | |
| Securing Necessary Permits | | | |
| Casket | 385 | — | |
| Outer Case, Vault | | | |
| Casket Quilt | | | |
| Hearse | 45 | — | |
| Limousines   @ | 37 | | |
| Shroud | 15 | — | |
| Talis | | | |
| Grave Marker | 3 | — | |
| Washing and Dressing | 10 | — | 498 |
| **CASH ADVANCED FOR:** | | | |
| Watchers Fee      Day      Night | | | |
| Additional Limousines | | | |
| Grave | | | |
| Gr. Open'g-Gr. Dress'g, Lowering Dev., Tent | 55 | — | |
| Pall Bearers | | | |
| Funeral Notices (Adv.) | | | |
| Rabbi      Sexton   Goldberg | 35 | | |
| Transcript of Death | 5 | | |
| Cremation | | | |
| Transportation Fee—Fun. Dir. Charges | | | |
| N. Y. City Sales Tax | 9 | 09 | |
| Gratuities | | | |
| | | 509 | 09 |
| Organization Allowance | 375 | 00 | |
| # | 184 | 09 | |

*Harry Nieberg & Sons, Inc.*

**FUNERAL DIRECTORS**

MIDWOOD MEMORIAL CHAPEL
1625 CONEY ISLAND AVENUE
BROOKLYN 30, N. Y.
ESPLANADE 7-2700

141 LUDLOW STREET
NEW YORK 2, N. Y.
OREGON 4-3600

Place of Death _____ *Veterans Hosp*

Date of Death _____ *9/2/62*

Name _____ *Jacob Flaum*

Residence _____ *3020 Surf Ave*

(Single) _____ Married _____ Widowed _____ Divorced _____

Wife - Husband _____ *1961*

Date of Birth _____ *Dec. 1888*

Age *75* Years _____ Months *13* Days _____

Occupation _____ *Retired worker* Type of Business *lixt*

Social Security No. *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*

Birthplace _____ *Russia*

Citizen of What Country *U. S.* Years in N. Y. C. *70 yr*

If Veteran, Name War _____ *W.W. I*

Father _____ *Nessel*

Birthplace _____

Mother's Maiden Name _____ *FRIEDA KESSNER*

Birthplace _____ *brother*

Nearest of Kin _____ *MORRIS - Flaum*

Address _____ *3020 Surf Ave*

Cemetery _____ *Wellwood* Date of Burial *9/4/62*

*Grave #5  C06-2893*

METROPOLITAN FUNERAL DIRECTORS ASSOCIATION, INC.
122 East Forty-second Street, Suite 1120
New York, New York  10168

December 1, 1982

Mr. Edwin Nieberg
Harry Nieberg and Sons, Inc.
1625 Coney Island Avenue
Brooklyn, NY  11230

RE:  Consumer Affairs Division

Dear Mr. Nieberg:

This is to confirm/reconfirm the registration of:

    Harry Nieberg and Sons, Inc.

as (a) member(s) of the MFDA's Consumer Affairs Division.

In addition, the following citations against the registrations
indicated, as issued by the New York City Consumer Affairs
Division, have been received by this office as of today's
date:

    Harry Nieberg and Sons, Inc.
    V#27420-2Bii(c);2Biii(c);3A-9/28/82

Note that unless an address is specified next to the firm
name(s) either in the section confirming the registration in
the Division and/or next to the firm name in the section
confirming the receipt of a citation, that firm's location is
on file as being at the place given in the address block of
this letter.

If for any reason any of the information stated here is
incorrect or inadequate, please contact us.

All NYC Consumer Affairs Department citations forwarded to the
MFDA for handling by members have been turned over to the
Division's attorney, Howard Tisch.  Mr. Tisch is now in the
process of informing the Department of Consumer Affairs as to
what firms and violations he is representing.  Members
concerned about action occurring before the hearing date
indicated on any citation should not be, and should be aware
that such hearings are merely NYC requestd conference dates
and hold the firm cited to no obligation whatsoever for
appearance.  You are protected in this matter by due processes

| | | |
|---|---|---|
| Named Insured NIEBERG-MIDWOOD CHAPEL, INC., LOCUST MEMORIAL CHAPEL, INC., HARRY NIEBERG SONS, INC. | POLICY NO. AX 379465 | EFFECTIVE DATE OF THIS ENDORSEMENT 2/28/92 |
| | ☐ YORK INSURANCE COMPANY | ☒ PROVIDENCE WASHINGTON INS. CO. |

This endorsement is issued by the Company named above to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

| AGENCY NAME Consolidated Group Services, Ltd. | AGENCY NO. 0078 | ZONE 34 |
|---|---|---|

Amend:

. Named Insured to read:
. Address (include county) to read:
. Garage location to read:
. Occupation of the named insured to read:
. Classification to read:
. Other:

The automobile described below is, subject to the applicable policy provisions: (check the appropriate box below)
☒ in addition to the automobile(s) covered by the policy, or
☐ in substitution for an automobile (Car No.          )
   covered by the policy.
☐ eliminated from coverage under the policy.

| Car No. | Year | Trade Name | Body Type/Model | Identification No. (I) Motor No. (M) Serial No. (S) | Cost Incl. Equipment | No. of Cyls. | Cu. In. Displ. | Purchased Mo./Yr. New/Used | Age - use classes | List Price — age group | Territory Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1992 | Infiniti | | JNKNG01C4NM200517 | | | | | 1 yr. 7915 | $48,000. | 017 |

ADDITIONAL INSURED &
LOSS PAYEE: Any loss is payable as interest may appear named insured and (enter name and address):
Infiniti Financial Services
P.O. Box 943097, Dallas, TX 75374-3097
Certificate of insurance issued YES ☒

The premium for coverage(s)
The limits of liability for coverage(s)
The following coverages are added:
subject to the applicable policy provisions.
The following coverages are eliminated:

and the total premium are stated in the Schedule below.
are amended to read as stated in the Schedule below.
The limits of liability for such coverages are stated in the Schedule below.
ANY ADDITIONAL OR RETURN PREMIUM BECAUSE OF
ANY AMENDMENT EFFECTED HEREBY IS STATED BELOW:

### SCHEDULE

| COVERAGES | LIMITS OF LIABILITY | NEW ANNUAL | ADDITIONAL | RETURN |
|---|---|---|---|---|
| Liability (Single Limit) | $1,000, thousand dollars each accident | $ 1348. | $ 728. | |
| Bodily Injury Liability | thousand dollars each person thousand dollars each occurrence | | | |
| Property Damage Liability | thousand dollars each occurrence | | | |
| Medical payments | $10,000. dollars each person | 2. | 1. | |
| Comprehensive - Excluding Collision | Actual Cash Value Unless Amount Stated $ 500. | 2100. | 1188. | |
| Collision | Actual Cash Value less $ 500. deductible | 1045. | 618. | |
| ADDED PIP Permanently Installed Phone | $150,000. See Form CA9908, CB Radio Coverage | 78. 93. | 42. 50. | |
| Towing and Labor Charges | $ 25. for each disablement | 2. | 1. | |
| Protection against Uninsured Motorists | $1,000, thousand dollars each person thousand dollars each accident | 94. | 51. | |
| | Total Premium | $ 4762. | | |

.540
.02 LH

Net Total additional premium due company is           $ 2679.
Net Total return premium due to the named insured is

202 (3-70)

# THE STATE INSURANCE FUND

199 CHURCH STREET    NEW YORK, N. Y. 10007

## STATEMENT OF PREMIUMS DUE

| ASSURED: | REPRESENTATIVE: | POLICY NUMBER |
|---|---|---|
| HARRY NIEBERG & SONS INC<br>1625 CONEY ISLAND AVE<br>BROOKLYN NY  11230 | NATHAN BUTWIN CO INC<br>60 CUTTER MILL RD<br><br>GREAT NECK          NY     11021 | 141 725- |

| | S. F. DISTS | BUS. TYPE | STATUS | IND. GP. | C. C. | LR | DATE |
|---|---|---|---|---|---|---|---|
| A | 1 12 F03 | 1 | ACTIVE | A | 0 | 0 | 02/24/86 |

| P | R | DP | GR | TYPE OF BILL | BILL NUMBER | DATE OF BILL | PERIOD COVERED BY BILL | AMOUNT OF BILL OUTSTANDING |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 133 | 90 | 522 K | 527399 | 12/30/85 | 01/23/86 TO 01/23/87 | 132.77 |

7922 B
EXT. 7913   786 00014
962-8900   SECT.   STATEMENT NO.
THERE ARE ANY QUESTIONS
-ARDING THIS STATEMENT CALL
PHONE NUMBER AND EXTENSION
OWN ABOVE.

MAKE CHECKS PAYABLE TO:
**THE STATE INSURANCE FUND**
IF YOU HAVE ALREADY MAILED YOUR PAYMENT
PLEASE DISREGARD THIS STATEMENT.

NOW DUE $        132.77

**ASSURED'S COPY**

# Nieberg Midwood Chapel

## Harry Nieberg & Sons

### FUNERAL DIRECTORS

Midwood Memorial Chapel
1625 Coney, Island Ave.—Ave. M
Brooklyn, N. Y. — ESp. 7-2700

141 Ludlow Street
New York City
ORegon 4-3600

......................................................19....

Funeral of ..........................................................................................

Residence ................................................Interment ...................................Cem.

Organization ...............................................................................

| | | | | |
|---|---|---|---|---|
| Removal | 20 | — | | |
| Embalming | | | | |
| Preserving | 35 | — | | |
| Use of Chapel | 45 | — | | |
| Securing Necessary Permits | | | | |
| Casket | 285 | — | | |
| Outer Case, Vault | | | | |
| Casket Quilt | | | | |
| Hearse | 45 | — | | |
| Limousines  @ | 37 | — | | |
| Shroud | 15 | — | | |
| Talis | | | | |
| Grave Marker | 3 | — | | |
| Washing and Dressing | 10 | — | 495 | |
| **CASH ADVANCED FOR:** | | | | |
| Watchers Fee     Day     Night | | | | |
| Additional Limousines | | | | |
| Grave | | | | |
| Gr. Open'g-Gr. Dress'g, Lowering Dev., Tent | 55 | — | | |
| Pall Bearers | | | | |
| Funeral Notices (Adv.) | | | | |
| Rabbi     Sexton | 35 | — | | |
| Transcript of Death | 5 | | | |
| Cremation | | | | |
| Transportation Fee—Fun. Dir. Charges | | | | |
| N. Y. City Sales Tax | 9 | 09 | | |
| Gratuities | | | | |
| | | | 509 09 | |
| Organization Allowance | 509 09 | | | |
| | 375 00 | | | |
| # | 184 09 | | | |

*Harry Nieberg & Sons, Inc.*

**FUNERAL DIRECTORS**

**MIDWOOD MEMORIAL CHAPEL**
1625 CONEY ISLAND AVENUE
BROOKLYN 30, N. Y.
ESPLANADE 7-2700

141 LUDLOW STREET
NEW YORK 2, N. Y.
OREGON 4-3600

Place of Death _Veterans Hosp_

Date of Death _9/2/62_

Name _Jacob Glass_

Residence _3020 Surf Ave_

(Single) _____ Married _____ Widowed _____ Divorced _____

Wife - Husband _____ _1962_

Date of Birth _Dec. 1888_

Age _75_ Years _____ Months _13_ Days _____

Occupation _Retired Packer_ Type of Business _Rest_

Social Security No. _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_

Birthplace _Russia_

Citizen of What Country _U S_ Years in N. Y. C. _70 yr_

If Veteran, Name War _W-W I_

Father _Nathan_

Birthplace _____

Mother's Maiden Name _FRIEDA KESSNER_

Birthplace _____

Nearest of Kin _brother MORRIS_

Address _3020 Surf Ave_

Cemetery _Wellwood_ Date of Burial _9/4/62_

_Grave #5 C06-2893_

**EXHIBIT 3**

# Horses Owned, Leased, or Bred by Harry Nieberg, BROOKLYN, NY

**Specify Sort Fields**

**Specify Criteria (Optional)**

First Sort Field: Ownership Type

Ownership Type:

Second Sort
Field: Horse Name

Foal Year (yyyy): From:    To:

| Run Report |

| Horse Name | Registration Number | YOF | Ownership Type | Purchase/Lease Begin Date | Sold/Lease Exp. Date |
|---|---|---|---|---|---|
| BAMA BOUND | TG7838 | 1998 | Prior Lessee | 02/23/2006 | 02/23/2006 |
| BERTS PICK | 5A0453 | 2003 | Owner | 10/21/2007 | |
| CR ROYAL LIGHT | L96648 | 1992 | Owner | 01/31/1996 | |
| DANNIE IN DIAMONDS | 0BC192 | 2004 | Owner | 11/09/2007 | |
| DANZIG | S49169 | 1997 | Owner | 10/19/2007 | |
| FABULOUS JESSIE | Z46293 | 2002 | Owner | N/A | |
| FEREE HANOVER | J21293 | 1990 | Owner | 02/11/1995 | |
| GOLDSTARLOOK N | ZH1746 | 2002 | Owner | 10/19/2007 | |
| GUMPCHIN | PN5306 | 1995 | Owner | 07/31/2000 | |
| HOT AS HELL A | 277GY0 | 1980 | Owner | 09/10/1988 | |
| JUST SPEEDING | EH4128 | 1986 | Owner | 07/13/1989 | |
| LADY HICKORY | L10714 | 1992 | Owner | 05/31/1995 | |
| OB'S GOOD WINGIN | CC4763 | 1984 | Owner | 02/10/1988 | |
| P V N | ZE2879 | 2002 | Owner | 03/22/2008 | |
| PORT TO PORT | KW9035 | 1991 | Owner | 02/26/1995 | |
| RAYS DECISION | 628AL1 | 1972 | Owner | N/A | |
| RED LEADER | GG0289 | 1988 | Owner | 10/28/1995 | |
| RIVAL GUY A | 600DV2 | 1977 | Owner | 12/23/1988 | |
| SLIPPERY BILL | M00127 | 1993 | Owner | 02/01/1996 | |
| VINDICATED | K67609 | 1991 | Owner | 04/11/1994 | |
| YANKEE SAIL | M32096 | 1993 | Owner | 02/01/1996 | |
| ABENDIGO | GA4568 | 1988 | Prior Owner | 07/01/1991 | 01/01/1992 |

| | | | | | |
|---|---|---|---|---|---|
| ABENDIGO ♞ | GA4568 | 1988 | Prior Owner | 01/01/1992 | 08/16/1992 |
| ALBERT'S WITCH ♞ | J78350 | 1990 | Prior Owner | 04/20/1992 | 05/07/1994 |
| ALWAYS MY STARLITE ♞ | P91061 | 1995 | Prior Owner | 07/28/1999 | 06/20/2003 |
| ARNIE'S BUD LITE ♞ | RH6851 | 1996 | Prior Owner | 12/26/2000 | 05/06/2001 |
| B MERRY'S BANDIT ♞ | HC7468 | 1989 | Prior Owner | 09/09/1995 | 12/15/1997 |
| BALDONNELL ♞ | N90463 | 1994 | Prior Owner | 04/30/1999 | 08/24/2000 |
| BIG BUCKS BERNIE ♞ | D68264 | 1985 | Prior Owner | 04/08/1990 | 06/26/1990 |
| BIG BUCKS BERNIE ♞ | D68264 | 1985 | Prior Owner | 06/26/1990 | 01/09/1993 |
| BIG TOWN ROCK ♞ | J18760 | 1990 | Prior Owner | 01/25/1993 | 09/19/1995 |
| BOHEMIAN DAZZLER ♞ | DG8669 | 1985 | Prior Owner | 05/30/1992 | 07/10/1992 |
| BOND STREET ♞ | DE6178 | 1985 | Prior Owner | 04/08/1991 | 06/16/1992 |
| C FRED ♞ | FC7223 | 1987 | Prior Owner | 07/01/1991 | 01/01/1992 |
| C FRED ♞ | FC7223 | 1987 | Prior Owner | 01/01/1992 | 12/15/1992 |
| CALL THE WITNESS ♞ | EC5088 | 1986 | Prior Owner | 04/08/1991 | 05/11/1991 |
| CAMACHO ♞ | BD2396 | 1983 | Prior Owner | 01/03/1986 | 03/01/1987 |
| CAMACHO ♞ | BD2396 | 1983 | Prior Owner | 03/01/1987 | 05/25/1987 |
| CAPRI LOBELL ♞ | FA2168 | 1987 | Prior Owner | 08/26/1990 | 09/11/1990 |
| CAPRI LOBELL ♞ | FA2168 | 1987 | Prior Owner | 09/11/1990 | 05/01/1993 |
| CAPRI LOBELL ♞ | FA2168 | 1987 | Prior Owner | 05/01/1993 | 03/28/1997 |
| CHEERFUL YANKEE ♞ | F46067 | 1987 | Prior Owner | 09/05/1992 | 02/27/1993 |
| CHEERFUL YANKEE ♞ | F46067 | 1987 | Prior Owner | 06/01/1993 | 11/17/1994 |
| CHEERFUL YANKEE ♞ | F46067 | 1987 | Prior Owner | 11/17/1994 | 11/01/1996 |
| CINNABAR BLUE CHIP ♞ | J49179 | 1990 | Prior Owner | 04/20/1992 | 08/05/1993 |
| CLYDE OLIVER ♞ | 1AN527 | 2003 | Prior Owner | N/A | 09/19/2003 |
| COUNTRY CLUB HIT ♞ | EB6699 | 1986 | Prior Owner | 05/30/1992 | 11/29/1993 |
| COUNTRY GEM ♞ | G94347 | 1988 | Prior Owner | 03/06/1991 | 06/15/1992 |
| CR ROYAL LIGHT ♞ | L96648 | 1992 | Prior Owner | 05/10/1995 | 11/14/1995 |
| CR ROYAL LIGHT ♞ | L96648 | 1992 | Prior Owner | 11/14/1995 | 01/31/1996 |
| CRYSTAL SYMPHONY ♞ | N68444 | 1994 | Prior Owner | 09/25/1997 | 01/02/1998 |
| CRYSTAL SYMPHONY ♞ | N68444 | 1994 | Prior Owner | 12/02/1998 | 09/08/2002 |
| DANCE WITH ME SUE ♞ | R22799 | 1996 | Prior Owner | 10/09/2000 | 01/04/2001 |
| DANNIE IN DIAMONDS ♞ | 0BC192 | 2004 | Prior Owner | N/A | 05/01/2004 |
| DANZIG ♞ | S49169 | 1997 | Prior Owner | 09/29/2000 | 05/06/2001 |
| DERRICK'S ADVOCATE ♞ | DF7399 | 1985 | Prior Owner | 05/08/1990 | 06/13/1990 |
| DERRICK'S ADVOCATE ♞ | DF7399 | 1985 | Prior Owner | 06/13/1990 | 04/25/1991 |
| DIAMOND DUST ROSE ♞ | JC4205 | 1990 | Prior Owner | 01/17/1994 | 04/20/1995 |
| DIVINE HUSBAND ♞ | 0AA973 | 2003 | Prior Owner | 05/24/2007 | 06/19/2007 |
| EARL'S DUKE ♞ | RP5680 | 1996 | Prior Owner | 08/15/2000 | 04/03/2001 |
| ELVIS T ♞ | M71524 | 1993 | Prior Owner | 01/19/2000 | 05/08/2001 |
| EMMONS AVENUE ♞ | M37053 | 1993 | Prior Owner | N/A | 04/29/1993 |
| EMMONS AVENUE ♞ | M37053 | 1993 | Prior Owner | 04/29/1993 | 05/01/2004 |
| FABULOUS JESSIE ♞ | 7AE409 | 2003 | Prior Owner | N/A | 09/19/2003 |
| FEDEX CONCEPTION ♞ | R20397 | 1996 | Prior Owner | N/A | 03/19/2000 |
| FIESTY NOBLE ♞ | ED0237 | 1986 | Prior Owner | 02/21/1990 | 05/08/1991 |
| FIGHTING FISH ♞ | R07279 | 1996 | Prior Owner | 12/28/2000 | 05/09/2001 |
| GAMBLIN GIMBLE ♞ | K49672 | 1991 | Prior Owner | 05/12/1995 | 08/25/1995 |
| GENERAL KNIGHT ♞ | FE3808 | 1987 | Prior Owner | 07/25/1992 | 10/26/1992 |
| GENERAL KNIGHT ♞ | FE3808 | 1987 | Prior Owner | 10/26/1992 | 12/20/1994 |
| GYPSIE FREIGHT ♞ | NM1037 | 1994 | Prior Owner | 01/08/2000 | 02/05/2000 |
| HAPPY HALL ♞ | R69022 | 1996 | Prior Owner | N/A | 09/27/1997 |
| HARRY HALL ♞ | P63516 | 1995 | Prior Owner | N/A | 09/28/1996 |

| | | | | | |
|---|---|---|---|---|---|
| HORNBY DUKE | KR3076 | 1991 | Prior Owner | 07/21/2000 | 02/21/2001 |
| IAN HANOVER | 6325Y8 | 1980 | Prior Owner | 04/05/1986 | 05/08/1986 |
| IN THE PIPES | M82299 | 1993 | Prior Owner | 01/03/1998 | 05/25/1999 |
| IN THE PIPES | M82299 | 1993 | Prior Owner | 08/26/1999 | 01/21/2000 |
| JATE | GY6921 | 1988 | Prior Owner | 03/14/1995 | 09/08/1995 |
| JERSEY JANE | XC9169 | 2001 | Prior Owner | N/A | 05/20/2004 |
| JJ'S BRIDGET | G36579 | 1988 | Prior Owner | 11/16/1993 | 02/02/1994 |
| JUST HAVING FUN | H99963 | 1989 | Prior Owner | 09/05/1992 | 04/11/1994 |
| KENTUCKY CHEER | J10684 | 1990 | Prior Owner | 01/24/1994 | 03/09/1995 |
| KEYSTONE ALERT | LA4021 | 1992 | Prior Owner | 08/31/1996 | 05/11/1998 |
| KEYSTONE ALERT | LA4021 | 1992 | Prior Owner | 09/04/1998 | 04/03/2000 |
| KING'S NEST | TH3349 | 1998 | Prior Owner | 12/01/2000 | 05/06/2001 |
| LEADER'S MISTAKE | G23528 | 1988 | Prior Owner | 09/01/1990 | 06/18/1991 |
| LEGAL CHARMER | F59706 | 1987 | Prior Owner | 02/11/1991 | 08/14/1991 |
| LIMITED RISK | 577DX8 | 1979 | Prior Owner | 12/26/1984 | 04/29/1986 |
| MAC MISS RUBY BUCK | H31594 | 1989 | Prior Owner | 12/28/1992 | 01/24/1994 |
| MAC MISS RUBY BUCK | H31594 | 1989 | Prior Owner | 04/25/1995 | 06/07/1995 |
| MAC MISS RUBY BUCK | H31594 | 1989 | Prior Owner | 06/07/1995 | 07/14/1995 |
| MAFI | F20724 | 1987 | Prior Owner | 02/01/1990 | 11/16/1992 |
| MAGIC THEATRE | N34602 | 1994 | Prior Owner | 05/08/2000 | 05/10/2000 |
| MARTIALNO | NP8260 | 1994 | Prior Owner | 11/30/2000 | 05/09/2001 |
| MISS BIG | LA8535 | 1992 | Prior Owner | 10/04/1994 | 02/07/1996 |
| MISTY TOWNER | TH9239 | 1998 | Prior Owner | 01/22/2001 | 05/06/2001 |
| MISTY TOWNER | TH9239 | 1998 | Prior Owner | 12/01/2002 | 05/13/2004 |
| MONDO KOSMOS | P95211 | 1995 | Prior Owner | 04/19/2001 | 05/09/2001 |
| MYSTERY FUND | EP2909 | 1986 | Prior Owner | 11/09/1990 | 01/13/1991 |
| MYSTERY FUND | EP2909 | 1986 | Prior Owner | 01/13/1991 | 08/04/1992 |
| MYSTERY FUND | EP2909 | 1986 | Prior Owner | 08/04/1992 | 07/26/1993 |
| NEVER WED | JB1590 | 1990 | Prior Owner | 04/20/1992 | 07/17/1993 |
| OB'S GOOD WINGIN | CC4763 | 1984 | Prior Owner | 08/30/1987 | 02/10/1988 |
| P V N | ZE2879 | 2002 | Prior Owner | N/A | 03/29/2005 |
| PATTYS VIAZEN | S89868 | 1997 | Prior Owner | 04/07/1997 | 05/01/2004 |
| PINDARI WAY A | 707GZ4 | 1981 | Prior Owner | 06/17/1988 | 09/17/1988 |
| PORTLAND | WM1464 | 2000 | Prior Owner | 05/01/2002 | 05/29/2003 |
| REBECCA RAVEN | F64045 | 1987 | Prior Owner | 05/21/1995 | 10/05/1995 |
| REVEILLE HAL | 5292V5 | 1977 | Prior Owner | 01/10/1984 | 03/10/1984 |
| RIVAL GUY A | 600DV2 | 1977 | Prior Owner | 11/05/1986 | 05/19/1987 |
| RIVAL GUY A | 600DV2 | 1977 | Prior Owner | 05/19/1987 | 09/01/1987 |
| RIVAL GUY A | 600DV2 | 1977 | Prior Owner | 09/01/1987 | 02/11/1988 |
| RIVAL GUY A | 600DV2 | 1977 | Prior Owner | 02/19/1988 | 06/01/1988 |
| RIVAL GUY A | 600DV2 | 1977 | Prior Owner | 07/10/1988 | 08/06/1988 |
| RIVAL GUY A | 600DV2 | 1977 | Prior Owner | 08/25/1988 | 09/08/1988 |
| ROLL N ROASTER | XB1514 | 2001 | Prior Owner | N/A | 05/14/2004 |
| ROOKIE OF THE YEAR | C43434 | 1984 | Prior Owner | 09/20/1990 | 05/16/1992 |
| RUN FOR LOVE | PA2414 | 1995 | Prior Owner | 10/09/2000 | 01/04/2001 |
| SCOOTER RUE | L47443 | 1992 | Prior Owner | 01/28/2000 | 05/08/2001 |
| SEALCREST CHAMP | MN6525 | 1993 | Prior Owner | 04/22/1999 | 04/10/2001 |
| SHUVEE | L89122 | 1992 | Prior Owner | 02/22/1993 | 03/04/1994 |
| SIMONE JOBI | S65546 | 1997 | Prior Owner | 03/26/2000 | 03/19/2001 |
| SIMONE JOBI | S65546 | 1997 | Prior Owner | 03/19/2001 | 05/04/2001 |
| SLIPPERY BILL | M00127 | 1993 | Prior Owner | 05/12/1995 | 02/01/1996 |

| | | | | | |
|---|---|---|---|---|---|
| SMILIN AT ME | J95453 | 1990 | Prior Owner | 06/12/1997 | 05/15/1998 |
| SMILIN AT ME | J95453 | 1990 | Prior Owner | 12/10/1998 | 03/06/1999 |
| SNAFFLES | E93236 | 1986 | Prior Owner | 11/23/1991 | 06/01/1992 |
| STILLUVYABABY | K55752 | 1991 | Prior Owner | 10/01/1993 | 04/10/1997 |
| SUSPICIOUS SUE | S69837 | 1997 | Prior Owner | 10/09/2000 | 01/04/2001 |
| TAINTED LOVE | J95685 | 1990 | Prior Owner | 04/20/1992 | 03/21/1994 |
| THE GRUMPY COMIC | 1BE906 | 2004 | Prior Owner | N/A | 05/01/2004 |
| THE SHADOW | HA9185 | 1989 | Prior Owner | 07/18/1991 | 06/06/1992 |
| TURNING CIRCLE | HY2084 | 1989 | Prior Owner | 01/19/1992 | 01/25/1993 |
| VALES DO RUN FAST | R22252 | 1996 | Prior Owner | 10/10/2000 | 01/03/2001 |
| WANDERING WALLY | BC8451 | 1983 | Prior Owner | 06/16/1988 | 09/29/1988 |
| WESTERN HO | P55553 | 1995 | Prior Owner | 02/12/2000 | 01/22/2001 |
| YANKEE SAIL | M32096 | 1993 | Prior Owner | 05/15/1995 | 02/01/1996 |
| YORK TOWNER LAURA | 6AC778 | 2003 | Prior Owner | N/A | 10/01/2003 |
| CHRISTA HALL | S86286 | 1997 | Breeder | N/A | |
| CLYDE OLIVER | 1AN527 | 2003 | Breeder | N/A | |
| DANNIE IN DIAMONDS | 0BC192 | 2004 | Breeder | N/A | |
| EMMONS AVENUE | M37053 | 1993 | Breeder | N/A | |
| EZ PASS | T99683 | 1998 | Breeder | N/A | |
| FABULOUS JESSIE | Z46293 | 2002 | Breeder | N/A | |
| FABULOUS JESSIE | 7AE409 | 2003 | Breeder | N/A | |
| FEDEX CONCEPTION | R20397 | 1996 | Breeder | N/A | |
| HAPPY HALL | R69022 | 1996 | Breeder | N/A | |
| HARRY HALL | P63516 | 1995 | Breeder | N/A | |
| JERSEY JANE | XC9169 | 2001 | Breeder | N/A | |
| P V N | ZE2879 | 2002 | Breeder | N/A | |
| PATTYS VIAZEN | S89868 | 1997 | Breeder | N/A | |
| PRO BONO PLEASE | 6C9807 | 2005 | Breeder | N/A | |
| ROLL N ROASTER | XB1514 | 2001 | Breeder | N/A | |
| THE GRUMPY COMIC | 1BE906 | 2004 | Breeder | N/A | |

Horse Reports | People Reports | Track Reports | Ruling Reports | Crosses of Gold | MyPathway
Pathway Home | My Account | Email Pathway Support | Log Off Pathway | USTA Home Page

Copyright ©2008 The United States Trotting Association. All rights reserved. This material may not be published, broadcast, rewritt redistributed in any form. Use of this site signifies your agreement to the terms of use.




GOT NEWS?
To submit a story,
news release, or
suggest a story
idea, CLICK HERE

**About the USTA** - **Directors** - **Membership & USTA Services** - **Newcomers** - **Contact Us** - **Search** - **Home**




NO PUN INTENDED
Standing at
Hanover Shoe Farms

Peter Pan Stables

**Trackside**
ENTRIES / RESULTS
RACE PROGRAMS
FEATURE RACES
YESTERDAY'S TOP-TEN
TOP PERFORMERS
STAKES CONDITIONS
SIRE STATISTICS
HANDICAPPING
VIRTUAL STABLE
TRACK INFORMATION
RACE DATES
WORLD RECORDS
SPEED RATINGS
RULINGS/REGULATORY
MEDICATIONS & TESTING
FAIRS (2007)

**Newsroom**
TODAY'S NEWS
HRC NEWSLETTER
GRAND CIRCUIT
USTA HORSE OF THE MONTH
BREEDERS CROWN 2007
HAMBLETONIAN 2007

**Columns**
GRAND ADVENTURE
PANDYCAPPING
RACING AND THE LAW

**Racing on the 'Net**
CYBER CIRCUIT
RACETRACKS

**Features**
HOOF BEATS MAGAZINE
OUTREACH CENTER
STD. DRIVING CLUBS
PHOTO GALLERY
PRINT: HARNESS RACING 101
BREED INFORMATION
INTERNATIONAL COUNCILS

**Services/Tools**
OWNING A RACEHORSE
ADOPT A STANDARDBRED
HOW TO GET A RACING LICENSE
USTA DRIVING SCHOOL
TATTOO ROSTER

### Danzig goes out a winner at Monticello
Friday, December 21, 2007 - by John Manzi, publicity director, Monticello Raceway

"No text or photographs displayed on this page, other than those produced by USTA staffers, may be copied, retransmitted, reposted, duplicated or otherwise used without the expressed, written consent of the person(s) to whom the photo or text is attributed."

**Monticello, NY ---** It was to be the final race of his career and as if scripted, Danzig will go out a winner.

The 10-year-old altered son of Garland Lobell, owned for nearly all of his racing career by Harry Nieberg of Brooklyn, N.Y., scored a 2:04 triumph in a non-winners trot at Monticello Raceway on Friday afternoon, December 21, with his proud owner on hand to witness it. Jimmy Marohn, Jr. drove the $406,000 lifetime winner to an easy 1-1/2 length victory which was Danzig's 54th of his career.



*Racehorsephoto.com photo*

**Danzig closed out his career with a victory on Friday at Monticello.**

Nieberg watched the race from the winner's circle where the track's publicity department was set to honor the trotter, win, lose, or draw but Danzig had an idea of his own and with Marohn's help they made their trip to the winner's circle because they were victorious.

As if Marohn could hear him, Nieberg was championing a move to the front after the field settled which was exactly what Marohn did. He moved from the third position and grabbed command just before the turn and when he did Nieberg said, "We'll be tough to beat from here."

Nieberg, whose eyes were welled-up with joy, was right on the money as he watched Danzig lead his competition around the track and then scoot away in the final turn to coast home an easy winner.

After the race Danzig's trainer, Jean Claude Jobidon, joined Nieberg in the winner's circle and he was as proud as his patron.

"I've had Danzig most of his career and he has always been a good horse. Though he had to be laid up from time to time with (racing) injuries he always came back and gave his best," Jobidon said with a French-Canadian accent. "And he could probably still go on and race but Harry doesn't want anyone to hurt him by racing him until he drops so instead he wants him to have a good home."

Nieberg had been seeking a good home for Danzig when two weeks ago he notified the Mighty M publicity department that his next start would be his last. And though Danzig's race last week was scuttled because of snow, in the interim Nieberg found a home for Danzig when David Phoenix of Ohio called him and said he would love to have the horse since his other retiree had just lost a companion.

**Search Articles :**



**Site Tools:**
🖶 Print Article
✉ Email Article

USTA RULE BOOK
HARNESS HANDBOOK
INDUSTRY LINKS
WALLPAPER
ADVERTISE WITH US
JOBS AT THE USTA

"I got a call from Dave Palone the other day and he told me that Phoenix has one of his retired horses and that Danzig will have the greatest of homes there," Nieberg said.

Asked if he had changed his mind about retiring Danzig after his victory Nieberg quickly snapped, "Nope."

"I had other horses in the past that were also good to me and after I lost them in claimers they quickly went downhill and there is no way that I'm going to take a chance with Danzig. He deserves to live a life of Riley and I feel confident that he will."

**Related Articles :**
There are no related articles

Copyright ©2008 The United States Trotting Association. All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Use of this site signifies your agreement to the terms of use. Maintained online by webmaster@ustrotting.com



## PEDIGREE

|  |  |  |
|---|---|---|
|  | CORLEONE | SPEEDY CROWN |
|  |  | DEM BONES |
| DIVINE HUSBAND |  |  |
|  |  | SUPER BOWL |
|  | ERIN IMP |  |
|  |  | DANCE AT MY TABLE |

| Data current as of the day listed | | |
|---|---|---|
| **GAIT** | **AGE** | **SEX** |
| TROT | 4 | G |

| YEAR | STARTS | WINS | SECONDS | THIRDS | EARNINGS | RECORD |
|---|---|---|---|---|---|---|
| 2007 | 8 | 1 | 0 | 0 | $2,868 | 2:02.1 |
| 2006 | 0 | 0 | 0 | 0 | $ | 0 |
| 2005 | 0 | 0 | 0 | 0 | $ | 0 |
| LIFE | 8 | 1 | 0 | 0 | $2,868 | 2:02.1 |

### RACE INFO

| DATE | TRACK | CONDITION | FINISH | ACTUAL TIME |
|---|---|---|---|---|
| 6/7/07 | VD | NW1PM | 1/1T | 2:02.1 |
| 5/16/07 | BMLP | NW2 | 5/2T | 1:58.4 |
| 5/2/07 | BMLP | NW2 | 5/5 | 1:59.2 |
| 4/22/07 | BMLP | NW1 | 6/6T | 2:01.3 |
| 4/3/07 | BMLP | NW2 | SCR | 0 |
| 3/27/07 | BMLP | NW2 | 7/6T | 2:02.1 |
| 3/20/07 | BMLP | NW1 | 4/6H | 2:02.1 |

| 2/18/07 | BMLP | NW1 | 4/4 | 2:00.1 |

| HORSE | DIVINE HUSBAND |
|---|---|
| PRICE | $11,500 |
| CONTACT | HARRY NIEBERG |
| DAY NUMBER | 718-968-1406 |
| EVENING NUMBER | |
| CELL PHONE NUMBER | 347-581-9266 |
| PAGER NUMBER | |
| FAX NUMBER | |
| EMAIL ADDRESS | mymafi@aol.com |

## OWNERS STATEMENT

Was not able to make it as 2 or 3 year old, now racing.
Maiden winner in his last start, last half in 1:00, has been race timed in 1:58.4.
He has trained over a half mile track and get around fine.

 **Page Views**



Owner:   Harry Nieberg
Driver:  John G. Gilmour
Trainer: John Zalansky
Pace: 1 mi.  Time: 1:58.1
Purse:   $3,400

**GAMBLIN GIMBLE**



**Monticello** RACEWAY

Race: 6, May 21, '95
2nd:  Further Notice
3rd:  Jethro Bodine

Resort Photo Service







SHERMAN'S
FLATBUSH MEMORIAL
CHAPEL, INC.

MORRIS AARONS & SON, INC.



**EXHIBIT 4**

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

My Account  Welcome, ronblosoff  Member Center  Log Out

**The New York Times**
Friday, March 28, 2008

Ameriprise

**New York and Region**

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS |

# Chain Will Sell 3 Jewish Funeral Homes to Lessen Control

By ALAN FEUER
Published: November 18, 1999

E-MAIL

PRINT

SINGLE-PAGE

SAVE

SHARE

The market for Jewish funeral services in Manhattan and Brooklyn is now dominated by the world's largest funeral home operator, investigators from the state attorney general's office said yesterday.

The company, Service Corporation International, has been acquiring independently owned Jewish funeral parlors in the two boroughs for nearly 30 years, and as competition has decreased because of its acquisitions, has been charging higher fees for services and caskets, the state attorney general, Eliot Spitzer, said.

Mr. Spitzer made the accusations while announcing an out-of-court agreement in lieu of bringing antitrust charges against Service Corporation. The settlement calls for the company to divest itself of three of its Jewish funeral parlors and notify the state if it plans to buy more Jewish funeral homes in the city during the next 10 years.

"It's difficult enough to bury a loved one without having to pay unfairly high prices on top of it," Mr. Spitzer said. "With this agreement, we want to help ensure that customers are not taken advantage of during a time of great grief."

Under the agreement, Service Corporation will sell the Plaza Memorial Chapel in Manhattan and the Kirschenbaum Brothers Funeral Home and Garlick Funeral Home of Brooklyn, said Kim Savard, a company spokeswoman. The company admitted no wrongdoing under the agreement, she said, and she predicted that it would have prevailed if antitrust charges had been brought.

Service Corporation of Houston calls itself "the world's largest provider of death care services." It owns 3,824 funeral homes, 520 cemeteries and 198 crematories in 18 countries.

Questions about its acquisitions arose in February, when the city's Department of Consumer Affairs issued a report saying the company had been acquiring funeral parlors since entering the New York market in 1971, and that its acquisitions had made it harder to select a funeral director on the basis of price.

The report said the company arranges about 13 percent of all funerals in New York City. The commissioner of consumer affairs, Jules Polonetsky, asked the attorney general to investigate whether the acquisitions violated antitrust law.

Mr. Spitzer contended that they had. He said Jewish families were particularly harmed by the acquisitions, because Service Corporation owned all but one of the five Jewish funeral homes in Manhattan, controlling more than 90 percent of the market. In Brooklyn, where there are 18 Jewish funeral homes, he said, the company owns seven of the busiest, which arrange about 65 percent of Jewish funerals there.

Such market control has allowed Service Corporation to charge 30 to 40 percent more than most independent funeral parlors, Mr. Spitzer said.

Ms. Savard said the company owns many luxury funeral parlors offering amenities like

**Travel Deals e-mail newsletter**

Sign up for travel deals and discounts on airfare, hotels, transportation and more! See Sample
ronblosoff@aol.com  Sign Up
Change E-mail Address  |  Privacy Policy



HSBC ◀▶ PREMIER
The world's local bank

**MOST POPULAR**

| E-MAILED | BLOGGED | SEARCHED |

1. Personal Best: Yes, Running Can Make You High
2. Shifting Careers: Finding Health Insurance if You Are Self-Employed
3. Salmon Virus Indicts Chile's Fishing Methods
4. Supplier Under Scrutiny on Arms for Afghans

doormen and 24-hour service, and that it was unfair to compare prices at such funeral homes with those charged by smaller homes.

Mr. Spitzer also charged that the company kept the names of the parlors it bought to create the illusion that they were still independently owned, and forced former owners to sign agreements that barred them from opening competing funeral homes, sometimes for as long as 20 years. The company's spokeswoman said those practices were common in many industries.

Stanley Brettschneider, owner of the Brettschneider Funeral Home, the sole independent Jewish funeral parlor in Manhattan, said the acquisitions by Service Corporation had not reduced his business. "They never bothered me at all," he said. "We're cheaper."

Peter Nieberg, owner of the independent Nieberg-Midwood Chapel in Brooklyn, said he would not be able to tell how the divestiture would affect the market until another company bought the three funeral homes involved in the settlement.

"It could cause a problem if they sell to one of the other big players," Mr. Nieberg said. "Maybe I'll get my checkbook out."

Ms. Savard said her company had not yet approached potential buyers, and had not received any offers for the homes.

1  | 2   NEXT PAGE >

Ads by Google                                                                    what's this?

**1 Trick to Lose Belly Fat**
I struggled for years with a fat belly, until I found this 1 secret.
TruthAboutAbs.com

**Get Multiple Monitors Now**
Revolutionary Multi-Screen Monitors Top Samsung LCDs, Buy Online Today
DigitalTigers.com/Zenview

**Forex Classes & Training**
Online Forex Tutorials and Classes. All the Tools You Need. Start Now!
www.FOREX.com

5.   Equity Loans as Next Round in Credit Crisis
6.   Paul Krugman: Loans and Leadership
7.   Maureen Dowd: Hillary or Nobody?
8.   Circuits: A One-Stop Site Offers All the Photo Functions, From Posting Online to Red-Eye Removal
9.   Nicholas D. Kristof: Obama, Clinton — and Echoes of Nader?
10.  Researchers Play Tune Recorded Before Edison

Go to Complete List »



The New York Times                                      TRAVEL
                                                        nytimes.com/travel

**Argentine nights**
Also in Travel:
Inside Rome
Miami's islands of calm
Plan your spring getaway

RELATED ADS                                     what are related ads?

» Disaster Aid
» Hurricane Relief
» Hurricane Relief Jobs
» Hurricane Relief Work
» FEMA Hurricane Relief

**INSIDE NYTIMES.COM**                                                   ◄ ►

| SPORTS » | U.S. » | MUSIC » | OPINION » | ART & DESIGN » | OPINION » |
|---|---|---|---|---|---|
|  |  |  | **Editorial: Broken Ice in Antarctica** It may be too late to halt the warming decay of Antarctic ice, yet there is everything to be done. |  |  |
| A City Left Behind, but Still Inspired | A School Board Clash Pennsylvania | An Outsider at the Center of a Musical Universe | | Smooth and Safe at Pier 94 | Purple States Video: Huckabee Reviewed |

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Back to Top

Copyright 2008 The New York Times Company | Privacy Policy | Search | Corrections |    RSS | First Look | Help | Contact Us | Work for Us | Media Kit | Site Map



# The Jewish Funeral Directors of America
### Email info@jfda.org

Home | About JFDA | Code of Ethics | Who We Are | News & Announcements
Search For Funeral Chapels | Publications
Prayers and Meditations | Yahrzeit Calendar
Members Only | Inquiries | Referrals | Sponsorship



**The Jewish Funeral Directors of America**

Seaport Landing     •     150 Lynnway  Suite 506     •     Lynn, MA   01902
Phone 781-477-9300                                                       Fax 781-477-9393

- <u>Officers</u>
- <u>Members-At-Large</u>
- <u>Executive Director</u>
- <u>Past Presidents</u>
- <u>Honorary Past Presidents</u>
- <u>Committees</u>

## Officers

**President**
**Mark Friedman**
Los Angeles, CA

**Treasurer**
**Leon Komm**
Getzville (Buffalo), NY

**Vice President**
**Albert Bloomfield**
Manalaphan, NJ

**Immediate Past President**
**Martin J. Birnbaum**
Syracuse, NY

**Secretary**
**Joyce Torchinsky**
Washington, DC

Top ▲

## Members-At-Large

Serving a Two-Year Term on the Executive Committee

**Marc Benjamin** (term expires 2008)
Toronto, Ontario Canada

**Charles Salomon** (term expires 2008)
New York City, NY

**James Cohen** (term expires 2009)
Denver, CO

**Franklin O.L. Steinberg** (term expires 2009)
Manhasset, NY

**Jason Goldstein** (term expires 2009)
Atlantic City, NJ

**Robert Zimmerman** (term expires 2009)
Springfield, MA

**Ira Levinson** (term expires 2008)
Baltimore, MD

The Chairman of the Education and Public Information Committee, **Mindy Moline Botbol**, is an ex officio member of the Executive Committee.

Top ▲

## Executive Director

**Florence Pressman, CAE**
**Jewish Funeral Directors of America, Inc.**

Seaport Landing

150 Lynnway, Ste. 506
Lynn, MA 01902
(781) 477-9300
Fax: (781) 477-9393
E-mail: jfdamer@aol.com

Top ▲

## Past Presidents

**1932 * Herbert Berger**
St. Louis, MO

**1935 * Bernard Danzansky**
Washington, DC

**1936 * Judah Rosenberg**
Philadelphia, PA

**1939 * Ralph Schugar**
Pittsburgh, PA

**1942 * Max Sugarman**
Providence, RI

**1943 * Isador Alpert**
New York, NY

**1945 * Manuel Stanetsky**
Brookline, MA

**1946 * Albert Kasdan**
Brooklyn, NY

**1947 * Charles E. Kaye**
Chicago, IL

**1948 * Benjamin F. Solomon**
Brookline, MA

**1949 * Morton Etkin**
Buffalo, NY

**1950 * Leonard S. Labowitch**
Cleveland, OH

**1951 * Isaac Nieberg**
New York, NY

**1952 * Harry Groman**

**1968 Louis Schlossberg**
Boston, MA

**1969 Morton M. Silverman**
Los Angeles, CA

**1970 * Leon Hyman**
Brooklyn, NY

**1971 Burton E. Goodman**
Milwaukee, WI

**1972 Larrie S. Blasberg**
Miami Beach, FL

**1973 Seymour L. Mandel**
Chicago, IL

**1974 Bennett Goldstein**
Philadelphia, PA

**1975 Herbert Paperman**
Montreal, QUE

**1976 Jack (Sonny) Meyer**
Louisville, KY

**1977 Stanley Louis**
Kansas City, MO

**1978 Andrew Fier**
New York, NY

**1979 Robert W. LeVine**
Brookline, MA

**1980 Joseph S. Roth**
Skokie, IL

**1981 Richard W. Stein**

Los Angeles, CA

**1953 * Milton Yaffe**
Chicago, IL

**1954 * Ira Kaufman**
Detroit, MI

**1955 * Samuel Berkowitz**
Cleveland, OH

**1956 * Leonard A. Levine**
Philadelphia, PA

**1957 * Fred Goodman**
Milwaukee, WI

**1958 * Sigmund Danzansky**
Washington, DC

**1959 * Irving Glasband**
Los Angeles, CA

**1960 Joseph M. Morris**
Brooklyn, NY

**1961 * Jack J. Louis**
Kansas City, MO

**1962 * Samuel Paperman**
Montreal, QUE

**1963 * Marvin A. Stein**
St. Louis, MO

**1964 Burton L. Hirsch**
Pittsburgh, PA

**1965 * Edward T. Newman**
Miami Beach, FL

**1966 H. Seymour Weinstein**
New York, NY

**1967 * Louis J. Freehof**
San Francisco, CA

St. Louis, MO

**1982 Sonny Levitt**
Miami, FL

**1983 Melvyn G. Mesnekoff**
Buffalo, NY

**1984 Herbert Kaufman**
Southfield, MI

**1985 Norman Cutler**
Wilmette, IL

**1986 Robert Schoem**
Paramus, NJ

**1987-88 Andrew Fier**
New York, NY

**1989-90 Michael Benjamin**
Toronto, ONT

**1991-93 Mark Weissman**
Fort Lauderdale, FL

**1993-95 Robert Weil**
Cincinnati, OH

**1995-97 * Arthur Grossberg**
Hollywood, FL

**1997-99 Jill Glasband**
West Hollywood, CA

**1999 - 2001 Steven C. Dranow**
Spring Valley, NY

**2001-2003 Sonny Levitt**
North Miami, FL

**2003-2005 * Kenneth R.
Kornhauser**
Dix Hills, NY

**2005-2007 Martin Birnbaum**
Syracuse, NY

* Deceased

Top ▲

## Honorary Past Presidents

**1950 * Mose H. Bernstein**
Athens, GA

**1951 * Jack Lewis**
Baltimore, MD

**1952 * Harry Nieberg**
New York, NY

**1954 * Maurice L. Rapheld**
San Francisco, CA

**1958 * Norman Roth**
St. Louis, MO

**1960 * Harry Gordon**
Miami, FL

**1960 * Irving Blasberg**
Miami Beach, FL

**1960 * David Hirsch**
Bronx, NY

**1960 * Arthur Mandel**
Chicago, IL

**1961 * Louis Weinstein**
New York, NY

**1961 * Albert Sacks**
Philadelphia, PA

**1962 * Abraham Paperman**
Montreal, QUE

**1962 * Samuel Paperman**
Montreal, QUE

**1962 * Bernard Schwartz**
Philadelphia, PA

**1963 * Harry Kirschenbaum**
Brooklyn, NY

**1965 * Saul Kumin**
Cleveland, OH

**1966 * Carl Grossberg**
New York

**1966 * Jack Goldstein**
Philadelphia, PA

**1967 * Samuel E. Willen**
Los Angeles, CA

**1967 * Harry Kumin**
Cleveland, OH

**1969 * Alex A. Berger**
Philadelphia, PA

**1972 * Charles A. Alpert**
New York, NY

**1976 * David Musicant**
Hackensack, NJ

**1978 * Nathan Mesnekoff**
Buffalo, NY

**1979 * Herman Goldberg**
Rockville, MD

**1980 Gordon Weil, Jr.**
Cincinnati, OH

**1980 * Edward J. Levy**
Houston, TX

**1986 Joel S. Kirschenbaum**
Brooklyn, NY

**1989 * John J. Benjamin**
Toronto, ONT

**1989 Robert L. Gordon**
Akron, OH

**1991 * Hyman J. Torf**
Chelsea, MA

**1993 Alan Yaffe**
Chicago, IL

**1995 Seymour Bensman**
Whitefish Bay, WI

**1995 Seymour Resnick**
Fresh Meadows, NY

**1995 Franklin O. L. Steinberg**
Manhasset, NY

**1996 Joel W. Weinstein**
Wilmette, IL

**1966 * Joseph Goldstein**
Philadelphia, PA

**2001 * Jules Furth**
Chicago, IL

**2007 Charles Salomon**
New York City, NY

* Deceased

Top ▲

## Committees

### By-Laws
Jill Glasband, *Chairperson*
Matthew Kessler
Charles Salomon
Richard Stein

### Donations and Contributions
Gene Kaufman, *Chairperson*
Leslie Bloomfield
Deborah Torf Golden
Eric Goldstein

### Education and Public Information
James Cohen, *Chairperson*

### Executive Seminar
Michael Rosenthal, *Co-Chairperson*
Lynda Shayer, *Co-Chairperson*
Mindy Moline Botbol
Christine Feingold
Jason Goldstein
Eileen Meyer Renco
David Rubin

### Grievance and Complaint
Michael Benjamin, *Co-Chairperson*
Sonny Levitt, *Co-Chairperson*
Joel Kirschenbaum

### Group Purchasing
Bruce Jacobs, *Co-Chairperson*
Jay Mesnekoff, *Co-Chairperson*

### Internet
Laurence Paperman, *Chairperson*
Michael Levitt
Philip Weinstein

### Membership
Robert Weil, *Chairperson*
Andrew Fier
Jill Glasband
Bennett Goldstein
Joseph Paperman
Richard Stein
Julian Weinstein
Alan Yaffe

### Scholarship
Jordan Benjamin, *Chairperson*
Elaine Birnbaum
Michael Blasberg
Mindy Moline Botbol
Jason Goldstein
Matthew Kessler
Cindy Komm
Eileen Meyer Renco

### Strategic Planning
Mark Friedman, *Chairperson*
Martin Birnbaum
Albert Bloomfield
James Cohen
Jill Glasband
Sonny Levitt
Eileen Norman Perice
Robert Weil
Alan Yaffe

### Tripartite
Bennett Goldstein, *Chairperson*

Top ▲



**Find Old Obituaries**
With Powerful Search Tools & The Ability To
View, Save, Or Print!

**Bereavement Airfares**
Save Money on Air Quick & Easy!
Airfare.TravelSearch.com

Ads by Google

**Harry Nieberg & Sons, Inc. - Nieberg-Midwood - 1950s-present - New York City & Brooklyn, New York + West Palm Beach & Ft. Lauderdale, Florida**

Harry Nieberg & Sons Inc. was a large New York City funeral home operator originally located in Greenwich Village (at 141 Ludlow St.) that had flower car conversions built for their own use on Chevrolet El Caminos from the late 1950s into the '60s.

Now called Nieberg-Midwood, they're still in business and are run by Harry's son, Stanley J. Nieberg and have branches located in Brooklyn, NY., West Palm Beach, Florida, and Ft. Lauderdale, Florida.

For more information please read:

The Professional Car - Issue #53, Third Quarter 1989.

The Professional Car (Quarterly Journal of the Professional Car Society)

Gregg D. Merksamer - Professional Cars: Ambulances, Funeral Cars and Flower Cars

Thomas A. McPherson - American Funeral Cars & Ambulances Since 1900

Carriage Museum of America - Horse-Drawn Funeral Vehicles: 19th Century Funerals

Carriage Museum of America - Horse Drawn - Military, Civilian, Veterinary - Ambulances

Gunter-Michael Koch - Bestattungswagen im Wandel der Zeit

Walt McCall & Tom McPherson - Classic American Ambulances 1900-1979: Photo Archive

Walt McCall & Tom McPherson - Classic American Funeral Vehicles 1900-1980 Photo Archive

Walter M. P. McCall - The American Ambulance 1900-2002

Walter M.P. McCall - American Funeral Vehicles 1883-2003

Michael L. Bromley & Tom Mazza - Stretching It: The Story of the Limousine

Richard J. Conjalka - Classic American Limousines: 1955 Through 2000 Photo Archive

Richard J. Conjalka - Stretch Limousines 1928-2001 Photo Archive

Thomas A. McPherson - Eureka: The Eureka Company: a complete history

Thomas A. McPherson - Superior: The complete history

Thomas A. McPherson - Flxible: The Complete History

Thomas A. McPherson - Miller-Meteor: The Complete History

Robert R. Ebert - Flxible: A History of the Bus and the Company

Hearses - Automobile Quarterly Vol 36 No 3

Marian Suman-Hreblay - Dictionary of World Coachbuilders and Car Stylists

Daniel D. Hutchins - Wheels Across America: Carriage Art & Craftsmanship

Marian Suman-Hreblay - Dictionary of World Coachbuilders and Car Stylists

Michael Lamm and Dave Holls - A Century of Automotive Style: 100 Years of American Car Design

Nick Georgano - The Beaulieu Encyclopedia of the Automobile: Coachbuilding

Marian Suman-Hreblay - Automobile Manufacturers Worldwide Registry

G.N. Georgano & G. Marshall Naul - The Complete Encyclopedia of Commercial Vehicles

Albert Mroz - Illustrated Encyclopedia of American Trucks & Commercial Vehicles

Beverly Rae Kimes & Henry Austin Clark Jr. - Standard Catalog of American Cars 1805-1942

John Gunnell - Standard Catalog of American Cars, 1946-1975

James M. Flammang & Ron Kowalke – Standard Catalog of American Cars, 1976-1999

  Roadside Relics
Will Shiers
New $18.45

 The Moals Name in Histor...
Ancestry.com
...

© 2004 Coachbuilt.com, Inc. | Index | Disclaimer | Privacy

Home | About Us | myManta | FAQ | View Cart

Login: [          ] [          ] ⊙
Not a member? Learn more.

E*TRADE    100 Free Stock & Options
E*TRADE Securities LLC    Trades with Power E*TRADE

**COMPANIES:** U.S., U.S. Public, Australia, Canada, U.K., Worldwide

**RESOURCES:** Jobs, Market Research, News , Vendor Quotes, Free Magazines

[ Enter U.S. Company Name ]  [Search]

**BUSINESS CENTERS:** Travel, Small Biz, Career

Company Profiles > Find Companies > Brooklyn, NY > Consumer Products & Services > Other Consumer Products & Services > Funeral Services and Crematories > Funeral home > Nieberg Midwood Chapel Inc Company Profile

# Nieberg Midwood Chapel Inc (Harry Nieberg And Sons)

1625 Coney Island Ave, Brooklyn, NY 11230-4732, United States  (Map) (Add Company Info)
**Phone:** (718) 377-2700
**Also Does Business As:** Harry Nieberg And Sons
**SIC:** Funeral Services and Crematories
**Line of Business:** Funeral Home

Ads by Google

Google Intranet Search Search your intranet, file shares, and enterprise systems with Google.

Free Genealogy Records Obtain Genealogy, Death & Family Records On Anyone!

Goverment Records Search Find All Records On Anyone Address,Jail,Birth,Death,Cencus. .

The ads are not affiliated with Nieberg Midwood Chapel Inc

**Find other** Nieberg Midwood Chapel Inc **companies**

**More Companies in:**
This Industry
Brooklyn, NY

**Find** reports and articles on Nieberg Midwood Chapel Inc

### Detailed Nieberg Midwood Chapel Inc Company Profile
This company profile is for the private company Nieberg Midwood Chapel Inc, located in Brooklyn, NY. Harry Nieberg And Son's line of business is funeral home.

### Company Profile: Nieberg Midwood Chapel Inc

**Year Started:** 1952
**State of Incorporation:** NY
**URL:** N/A
**Location Type:** Single Location
**Stock Symbol:** N/A
**Stock Exchange:** N/A
**Also Does Business As:** Harry Nieberg And Sons
**NAICS:** N/A
**SIC #Code:** 7261
**Est. Annual Sales:** $740,000
**Est. Employees:** 15
**Est. Employees at Location:** 15
**Contact Name:** Peter Nieberg
**Contact Title:** N/A

Google Intranet Search
Search your intranet, file shares, and enterprise systems with Google.
www.google.com/enterprise

W-2, 1099 Payroll Forms
W-2, 1099, 940, 941, and more. IRS Approved. Bulk eFile Discounts.
www.esmartpayroll.com

The Administaff Advantage
Reclaim 40% of your workday with our complete HR solution.
www.administaff.com

Bluewolf IT Staffing
Certified Consultants, Developers Try Us Free! "Success. Guaranteed."
www.bluewolf.com

Ads by Google

*Data above provided by D&B.*

**Additional Information on Nieberg Midwood Chapel Inc**

Case 1:08-cv-03592-MSC    Document 15-9    Filed 04/10/2008    Page 14 of 14

**Have some information to add about Nieberg Midwood Chapel Inc?**

Manta allows *you* to make additions and corrections to the information available for the *Nieberg Midwood Chapel Inc* company profile. »Learn More

**Add Company Information**

**Set Company Alert**

Stay in the know. Sign up to receive email alert notification when new information about Nieberg Midwood Chapel Inc is available.

**Set Company Alert**

**Looking for reports & articles on Nieberg Midwood Chapel Inc?**

Manta also provides financial reports, credit reports, news articles, and market research reports on Nieberg Midwood Chapel Inc.

**View Reports & Articles**

Manta's Premium Reports Assist With:

- History Reports and Management: identify key principals and board leadership, executive contacts
- Company Fundamentals: background, overall business operations, benchmark against competition
- Financial Research: credit score reports, payment history, financial rating, validate credit worthiness of potential customers
- Business Analysis: assess the performance of potential partners, uncover legal issues before a deal is made
- Dozens of other business-critical insights

Copyright 2007 Dun and Bradstreet, Inc. All Rights Reserved.



**Find Jobs in Broo NY**

*PROGRESSIVE* COMMERCIAL

Pickups, Dumps, Rigs

We Cover Most Commercial Vehicles

Get a Quote

www.ProgressiveCommercial.com
Ads by Google



Privacy Policy | Refund Policy | Contact Us | Advertise | Local Ads | Terms & Conditions | Site Map | Manta Partners

Copyright © 2008, ECNext, Inc. All Rights Reserved.

**EXHIBIT 5**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------------------------------------x

HARRY NIEBERG,

        Plaintiff,

                                  Index No.: *44408/07.*

v.

PETER NIEBERG and                                 COMPLAINT
STANLEY NIEBERG as Trustees of the
GERTRUDE NIEBERG FAMILY INSURANCE TRUST,

        Defendants.

------------------------------------------------------------------------x

        PLAINTIFF HARRY NIEBERG, by and through his attorneys, LEWIS BRISBOIS

BISGAARD & SMITH, LLP, alleges the following:

## PARTIES

    1.      Defendant Peter Nieberg is an individual residing in Brooklyn, New York.

    2.      Defendant Stanley Nieberg is an individual residing in Brooklyn, New York.

    3.      Plaintiff Harry Nieberg is an individual residing in Brooklyn, New York.

## INTRODUCTION

    4.      Plaintiff hereby restates, realleges and incorporates by reference all foregoing

paragraphs.

    5.      Upon information and belief, on or about November 1993, Gertrude Nieberg, the

insured under New York Life Insurance policy 44945203, intended to establish an irrevocable life

insurance trust called the Gertrude Nieberg Family Insurance Trust ("Trust"). (*See Gertrude*

*Nieberg Family Insurance Trust annexed hereto as Exhibit "A"*).

6.    The subject matter of the Trust was to be life insurance policy 44945203, ("the "Policy").

7.    Upon information and belief the Policy's initial effective period was May 25, 1993-May 25, 1994.

8.    Upon information and belief the owner of the policy was Nieberg Midwood Chapel Inc.

9.    At the time of the purchase Plaintiff Harry Nieberg owned Nieberg Midwood Chapel Inc. in 1/3 shares with Defendants Peter Nieberg and Stanley Nieberg.

10.    The Trust Agreement named as Trustees Peter Nieberg, Stanley Nieberg and Harry Nieberg, sons of Gertrude Nieberg.

11.    The Trust Agreement transferred to the Trustees all of Gertrude Nieberg's right, title and interest in and to the Policy to be held by the Trustees in trust.

12.    Paragraph XI IRREVOCABILITY expressly created an irrevocable trust under which Gertrude Nieberg "relinquishes all rights to alter, amend, revoke or terminate the Trust Agreement". *(See Exhibit "A").*

13.    By its terms, the Trust was to be distributed to the Trustees as Beneficiaries in 1/3 shares upon Gertrude Nieberg's death.

14.    On or about May 5, 2005, a Transfer of Ownership / Designation of Successor Owner form was completed by Peter Nieberg and Stanley Nieberg purporting to transfer the ownership of the Policy to Peter Nieberg and Stanley Nieberg. *(See Transfer of Ownership / Designation of Successor Owner form annexed hereto as Exhibit "B").*

15.    A Change of Beneficiary form was also completed by Peter Nieberg and Stanley Nieberg with respect to the Policy purporting to change the beneficiaries of the policy to Peter

Nieberg and Stanley Nieberg in 50% shares. *(See Change of Beneficiary form annexed hereto as Exhibit "C").*

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST BOTH DEFENDANTS FOR FRAUDULENT CONVERSION

16.     Plaintiff hereby restates, realleges and incorporates by reference all foregoing paragraphs.

17.     The transfer of ownership and change of beneficiary forms were completed by Peter Nieberg and Stanley Nieberg, without the required authorization of Trustee / Beneficiary Harry Nieberg.

18.     The transfer of ownership and change of beneficiary were in direct conflict to the terms of the Trust  and thereby amounted to a fraudulent conversion of the subject matter of the Trust and the future proceeds of the Trust.

19.     In the event that a Trust was not created, the transfer of ownership and change of beneficiary were in direct conflict to the terms of the policy and thereby amounted to a fraudulent conveyance of the policy.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST BOTH DEFENDANTS BREACH OF FIDUCIARY DUTY OF LOYALTY

20.     Plaintiff hereby restates, realleges and incorporates by reference all foregoing paragraphs.

21.     As Trustees, Defendants owed a fiduciary duty of loyalty to the Trust and to Harry Nieberg as Trustee and Beneficiary of the Trust.

22.     The transfer of ownership and change of beneficiary were in direct conflict to the terms of the Trust, depleted the subject matter of the Trust and thereby amounted to a breach of the fiduciary duty of loyalty to the Trust and to Harry Nieberg as Trustee and Beneficiary.

**Wherefore** Plaintiff Harry Nieberg respectfully requests the Court enter judgment against the Defendants for the following relief:

(1)    Reformation of the Policy to reflect the fact that at the time of purchase, Harry Nieberg as 1/3 owner of Nieberg Midwood Chapel, Inc. owned 1/3 of the Policy.

(2)    Or, in the alternative, reformation of the Trust to its state in November 1993 wherein Harry Nieberg is a Trustee and Beneficiary of 1/3 of the proceeds of the policy, the subject matter of the Trust.

(3)    punitive damages;

(4)    costs and reasonable attorneys' fees;

(5)    and any other relief that the Court deems appropriate and just under the circumstances.


Dated: New York, New York
     December 3, 2007

          LEWIS BRISBOIS BISGAARD & SMITH LLP

          Joseph Uvino, Esq.
          Marsha E. Harris, Esq.
          Attorneys for Plaintiff Harry Nieberg
          199 Water Street, 25th Floor
          New York, NY 10038
          Tel: (212) 232-1300

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------------------------------------- x

HARRY NIEBERG,                                        :        Index No. 44408/2007

                                   Plaintiff,  :

          -against-                                 :        **ANSWER**

PETER NIEBERG and STANLEY NIEBERG, as                 :
Trustees of the GERTRUDE NIEBERG FAMILY
INSURANCE TRUST,                                      :

                          Defendants.  :

----------------------------------------------------------------------- x

        Defendants PETER NIEBERG and STANLEY NIEBERG, by and through their attorneys, LICHTER GLIEDMAN OFFENKRANTZ P.C., answering plaintiff's Complaint herein alleges as follows:

        1.      Admit the allegations contained in Paragraphs 1, 2 and 3 of plaintiff's Complaint.

        2.      Denies the allegations and each of them contained in Paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15 of the plaintiff's Complaint, except admits that plaintiff HARRY NIEBERG was a one-third shareholder of Nieberg Midwood Chapel Inc., that PETER and STANLEY NIEBERG are the owners of the insurance policy referenced in plaintiff's Complaint and that a draft family insurance trust was prepared, but never signed by Gertrude Nieberg as a result of which such trust never came into existence.

        3.      Denies the allegations and each of them contained in Paragraphs 16 through 19 of plaintiff's Complaint.

4.     Denies the allegations and each of them contained in Paragraph 20 through 22 of plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### DEFENDANTS' FIRST AFFIRMATIVE DEFENSE

5.     Plaintiff's claims and each of them are barred by the General Release executed by plaintiff in favor of each defendant and all corporate entities in which HARRY NIEBERG previously held an interest as more fully set forth and contained in that certain document dated as of August 4, 2006 and "SO ORDERED" by a Justice of this Court.

### DEFENDANTS' SECOND AFFIRMATIVE DEFENSE

6.     The purported trust of which defendants are alleged to be purported Trustees never came into existence.

### DEFENDANTS' THIRD AFFIRMATIVE DEFENSE

7.     Plaintiff's claims are in all respects barred by the applicable statute of limitations and by the doctrine of laches and waiver.

**WHEREFORE,** defendants demand judgment as follows:

Plaintiff's claims should in all respects be dismissed and costs and sanctions, including attorneys' fees awarded against plaintiff for instituting and maintaining an action which plaintiff knew and knows is without merit, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
      January 21, 2008

                    LICHTER GLIEDMAN OFFENKRANTZ PC
                    Attorneys for Defendants

          By: _____
              Ronald J. Offenkrantz
              551 Fifth Avenue
              New York, NY 10176
              (212) 867-7750

TO:    LEWIS BRISBOIS BISGAARED &
      SMITH, LLP
      Attention:    Joseph Uvino, Esq.
      Attorneys for Plaintiff
      199 Water Street, 25th Floor
      New York, NY 10038
      (212) 232-1300

20541

3

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        )ss.:
COUNTY OF NEW YORK  )

    **RONA INGEGNERI**, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside at 333 East 55th Street, Apt. 4B, New York, New York 10022.

    On January 21, 2008, I served a true copy of the foregoing Answer upon Joseph Uvino, Esq., Lewis Brisbois Bisgaard & Smith, LLP, 199 Water Street, 25th Floor, New York, NY 10038, the attorney for plaintiff, by depositing a true copy thereof enclosed in a postage-paid wrapper properly addressed, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                        RONA INGEGNERI

Sworn to before me this
21st day of January, 2008.

                Notary Public

KENNETH GLIEDMAN
Notary Public, State Of New York
No. 02GL6028916
Qualified In New York County
Commission Expires October 11, 2009

B199— Summons without notice, ... e Court.
personal or substituted se;   : pt. type, 4-94

Blumberg's
Law Products

©1993 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

## Supreme Court of the State of New York
## County of   KINGS

NIEBERG MIDWOOD CHAPEL INC. and
MIDWOOD MEMORIAL CHAPEL INC.,

*Plaintiff(s)*

against

HARRY NIEBERG, Individually, and HARRY NIEBERG
FUNERAL HOME INC.,

*Defendant(s)*

Index No.   4016 9/07
Date purchased 10-30-0 7

Plaintiff(s) designate(s)
Kings County
County as the place of trial.

The basis of the venue is
Plaintiffs' business address

## Summons

Plaintiff(s) reside(s) at
1625 Coney Island Avenue
Brooklyn, NY 11230
County of Kings

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within   20   days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated,  New York, NY
        October 26, 2007

LICHTER GLIEDMAN OFFENKRANTZ PC

Attorney(s) for Plaintiff

Office and Post Office Address
551 Fifth Avenue, 24th Floor
New York, NY 10176

Defendant's address:
1283 Coney Island Avenue
Brooklyn, NY 11230

By: _____
    Ronald J. Offenkrantz

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
NIEBERG MIDWOOD CHAPEL INC. and                     :
MIDWOOD MEMORIAL CHAPEL INC.,                       :
                                                    :
                        Plaintiffs,                 :        **Index No.**
                                                    :
            - against -                             :        **VERIFIED COMPLAINT**
                                                    :
HARRY NIEBERG, Individually, and HARRY              :
NIEBERG FUNERAL HOME INC.                           :
                                                    :
                        Defendants.                 :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiffs, by their attorneys, LICHTER GLIEDMAN OFFENKRANTZ PC, as and for their Verified Complaint, allege as follows:

1.      Plaintiffs, NIEBERG MIDWOOD CHAPEL INC. ("NIEBERG") and MIDWOOD MEMORIAL CHAPEL INC. ("MEMORIAL"), are corporations duly organized under the laws of the State of New York and each is duly licensed to provide professional funeral services at their principal place of business at 1625 Coney Island Avenue, Corner Avenue M, in the Borough of Brooklyn, City and State of New York 11230.

2.      Defendant HARRY NIEBERG ("HARRY"), is a resident of the Borough of Brooklyn and the former owner of one-third of the stock of plaintiffs, NIEBERG and MEMORIAL.

3.      Defendant, HARRY NIEBERG FUNERAL HOME INC. ("NIEBERG FUNERAL"), is a newly formed entity under the laws of the State of New York, and holds itself out as doing business under that name in the Yellow Pages and in signage and placards at the premises occupied by SHERMAN FUNERAL HOME, INC. ("SHERMAN") located at 1283

Coney Island Avenue, Brooklyn, NY 11230.  A copy of a photograph showing the manner in which HARRY has advertised his funeral business at SHERMAN's is attached hereto and marked Exhibit A.

4.    Upon information and belief, SHERMAN, is a corporation organized under the laws of the State of New York and is duly licensed to provide professional funeral services at its principal place of business at 1283 Coney Island Avenue, Brooklyn, NY 11230.

5.    Plaintiffs and SHERMAN are and have been in competition in the field of performing professional funeral services and are located three blocks apart on Coney Island Avenue in the Borough of Brooklyn,

6.    Plaintiffs have operated under the trade name and title "HARRY NIEBERG & SONS" and/or NIEBERG since HARRY NIEBERG & SONS INC. was formed in 1939 and continuously thereafter, first, by HARRY NIEBERG, then by HARRY NIEBERG's children, and later by grandchildren, PETER J. NIEBERG ("PETER"), STANLEY J. NIEBERG ("STANLEY"), and defendant HARRY NIEBERG, the latter of whom ceased active involvement with plaintiffs in or about 1990 to pursue other interests.

7.    From and since 1939, HARRY NIEBERG & SONS INC. and its successor corporations, including plaintiffs herein, have prominently advertised the trade name "NIEBERG" or "HARRY NIEBERG & SONS" on its funeral facilities, have advertised the name "NIEBERG" and/or "HARRY NIEBERG & SONS" in numerous publications in the Metropolitan area of New York City and, particularly, the Borough of Brooklyn, have been featured in numerous articles and publications as a family run business dating back to the 1930's and still performing professional funeral arrangements to the point that the name NIEBERG and HARRY NIEBERG & SONS has achieved secondary meaning as a trademark and trade name

19563

2

and has become well known in the City of New York to represent the professional care and attention of the NIEBERG FAMILY, the continuation of the family name, and the well deserved reputation and adherence to strict Jewish traditions in the performance of funeral services.

8.    Attached hereto and collectively marked Exhibit B are representative samples of advertising, feature articles, and photographs, all representing, portraying and commenting upon the use of the HARRY NIEBERG & SONS and/or NIEBERG trade name and history of the NIEBERG FAMILY.

<strong><u>FIRST CAUSE OF ACTION</u></strong>

<strong>INFRINGEMENT OF TRADE<br>NAME AND UNFAIR<br><u>COMPETITION AGAINST ALL DEFENDANTS</u></strong>

9.    Plaintiffs repeat and reallege each and every allegation set forth above in paragraphs "1" through "8" as if fully set forth herein.

10.    Heretofore and during the period 1990 through 2005 and at a time when PETER, STANLEY and HARRY were each one-third shareholders of plaintiff corporations, HARRY engaged in businesses unrelated to the funeral business, but continued to receive salary and other benefits from plaintiffs on the same basis as PETER and STANLEY, and served as an officer and director of plaintiffs and Trustee of the HARRY NIEBERG & SONS INC. Defined Pension Plan.

11.    In or about 2005, a dispute arose between PETER and STANLEY on the one hand, and HARRY on the other, regarding HARRY's continued receipt of salary and other perquisites of employment, although not performing or attending to funeral services performed by the plaintiffs.

12.    In or about 2006, subsequent to proceedings instituted in the Supreme Court, Kings County, by HARRY for dissolution of plaintiffs, PETER, STANLEY and HARRY entered into an Agreement of Purchase and Sale with HARRY wherein and whereby HARRY sold, and transferred his entire one-third interest in the plaintiffs together with the good will appertinent thereto for a sum of in excess of $2,000,000 and received from the HARRY NIEBERG & SONS INC. Defined Pension Fund of which he was a Trustee, all of his entitlements thereby severing his relationship from plaintiffs, from PETER and STANLEY, and from the HARRY NIEBERG & SONS INC. Pension Fund, the latter of which is in the course of liquidation and HARRY resigned as an officer of plaintiffs.

13.    Thereafter, and at a point of time not presently known to plaintiffs, HARRY embarked on a course of conduct together with SHERMAN unfairly to compete with plaintiffs and improperly use HARRY's given name, HARRY NIEBERG, to cause confusion in the funeral industry and confusion on the part of the consumers located in plaintiffs geographical area and in the Jewish community from which and for which plaintiffs perform their services by, among other things, advertising and promoting the name "HARRY NIEBERG" or "HARRY NIEBERG FUNERAL HOME" in the immediate proximity of plaintiffs' funeral home, to wit, three blocks away, all with the purpose and intent of interfering with and diminishing plaintiffs' good will in the community, and diluting the value of the good will for which plaintiffs paid when they bought out HARRY's interest.

14.    Prior to the institution of this action, plaintiffs duly demanded that HARRY and SHERMAN cease and desist from using or advertising the "HARRY NIEBERG" name in connection with the performance of funeral services and HARRY has rejected the request and SHERMAN has temporarily removed the HARRY sign, but has not stopped HARRY from using

19563                                              4

its address on Coney Island Avenue for Yellow Pages purposes as HARRY's place of business. Copies of the notices sent to HARRY and SHERMAN by Federal Express are attached hereto as Exhibit C.

15.    The operation of a funeral home or the offering of funeral services under the name "HARRY NIEBERG FUNERAL HOME" and/or the use of the name "HARRY NIEBERG" at the SHERMAN location, and/or the use of the name NIEBERG at the SHERMAN location or in the City of New York, constitutes unfair competition with plaintiffs, deceit upon the public and threatens to impair and cause severe damage to the high reputation, good will and profits of the plaintiffs in their business and cause irreparable damage to plaintiffs for which they have no adequate remedy at law.

16.    Plaintiffs have given no consent, express or implied, to defendants or any of them for the use by the defendants of the name "HARRY NIEBERG" or "NIEBERG" in connection with the operation of a funeral home in the City of New York and plaintiffs have advised defendants that the use of the name "NIEBERG" in such connection in the City of New York, will result in the plaintiffs taking legal action.

**SECOND CAUSE OF ACTION**

**BREACH OF IMPLIED COVENANT
AGAINST COMPETITION AND/OR USE OF
THE TRADE NAME "HARRY NIEBERG" OR "NIEBERG"**

17.    Plaintiffs repeat and reallege each and every allegation set forth above in paragraphs "1" through "16" as if fully set forth herein.

18.    Heretofore and in 2006, HARRY sold all of his shares in plaintiffs, caused the early termination of the HARRY NIEBERG & SONS INC. Pension Plan of which he was a

Trustee, and received all sums due him under said Plan as part of a bargained for resolution of the dispute with PETER and STANLEY and the dissolution proceedings instituted by HARRY.

19.    By virtue of the foregoing, and the receipt by HARRY of all sums paid, HARRY impliedly covenanted not to compete with plaintiffs in the area of funeral services and impliedly covenanted not to use the names "NIEBERG" or "HARRY NIEBERG" or any other name confusingly similar to that of plaintiffs.

### THIRD CAUSE OF ACTION

### ACTION FOR DAMAGES

20.    Plaintiffs repeat and reallege each and every allegation set forth above in paragraphs "1" through "19" as if fully set forth herein.

21.    By virtue of the foregoing, and the acts and conduct of which plaintiffs complain, defendants are liable to plaintiffs in damages in an amount to be determined by the Court at trial.

**WHEREFORE,** plaintiffs demand judgment against defendants:

1.    Preliminarily and permanently enjoining them and each of them from using or employing or causing to be used or employed the names "NIEBERG" or "HARRY NIEBERG" and any other style or designation, which includes the name "NIEBERG" in or as part of the trade or business name under which the defendants or either of them conducts the funeral business in the City of New York;

2.    Ordering and adjudging that defendants or either of them be preliminarily and permanently enjoined from displaying, distributing or circulating or causing the display, distribution or circulation of any advertisements or other promotional material, including without limitation, newspapers, magazines, Yellow Pages on line or in print, or any other type of

advertisements, announcements, listings, signs, or placards in which the name "NIEBERG" or "HARRY NIEBERG" are employed, in whole or in part, to identify any funeral service business which defendants or either of them may conduct in the City of New York;

    3.    Ordering and adjudging that defendants and either of them promptly cancel or withdraw or cause to be cancelled or withdrawn any such advertisements or other promotional material which have already been placed or ordered to be published, distributed or circulated by persons other than said defendants;

    4.    Awarding plaintiffs' damages in an amount to be determined by the Court at trial inclusive of costs of this litigation and attorneys' fees; and

    5.    Granting such other and further relief as to the Court seems just and proper in the premises.

Dated: New York, New York
       October 26, 2007

           LICHTER GLIEDMAN OFFENKRANTZ PC
           Attorneys for Plaintiffs

By: _____
           Ronald J. Offenkrantz
           551 Fifth Avenue
           New York, NY 10176
           (212) 867-7750

## VERIFICATION

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF KINGS        )

I, STANLEY J. NEIBERG, has read the annexed Summons and Complaint, know the

contents thereof and the same are true to my knowledge, except those matters therein which are

stated to be alleged on information and belief, and as to those matters, I believe them to be true.

_____
**STANLEY J. NIEBERG**
President

Sworn to before me this

2 5  day of October, 2007.

_____
Notary Public

JERRY S. HABER
NOTARY PUBLIC, State of New York
No. 01HA4748448
Qualified in Kings County
Commission Expires Jan. 31, 20 1 C

19563                                    8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------X

Index No.: 40169/2007

NIEBERG MIDWOOD CHAPEL INC. and
MIDWOOD MEMORIAL CHAPEL INC.,

Plaintiffs,

**VERIFIED ANSWER**

-against-

HARRY NIEBERG, individually, and HARRY
NIEBERG FUNERAL HOME INC.,

Defendants.

Defendants, HARRY NIEBERG, individually, and HARRY NIEBERG FUNERAL HOME

INC., by and through their attorneys, Lewis Brisbois Bisgaard & Smith LLP, as and for their Answer

to the Plaintiffs' Verified Complaint herein, allege upon information and belief as follows:

1.    Deny knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph "1" of the Verified Complaint.

2.    Admit the allegations contained in paragraph "2" of the Verified Complaint.

3.    Deny the allegations contained in paragraph "3" of the Verified Complaint.

4.    Admit the allegations contained in paragraph "4" of the Verified Complaint.

5.    Deny the allegations contained in paragraph "5" of the Verified Complaint.

6.    Deny the allegations contained in paragraph "6" of the Verified Complaint.

7.    Admit the allegations contained in paragraph "7" of the Verified Complaint to the

extent that there is an apparent multiplicity of entities associated with Plaintiffs that

have laid claim to the text NIEBERG. Deny the remainder of the allegations

contained in paragraph "7" of the Verified Complaint and respectfully refer all

questions of law to the Court for the Court's determination.

8.    Deny the allegations contained in paragraph "8" of the Verified Complaint.

## FIRST CAUSE OF ACTION

9.    Repeat and re-allege each and every response to allegations contained in paragraphs "1" through "8" of the Verified Complaint with the same force and effect as set forth herein at length.

10.    Deny the allegations contained in paragraph "10" of the Verified Complaint.

11.    Deny the allegations contained in paragraph "11" of the Verified Complaint.

12.    Deny the allegations contained in paragraph "12" of the Verified Complaint and respectfully refer all questions of law to the Court for the Court's determination.

13.    Deny the allegations contained in paragraph "13" of the Verified Complaint and respectfully refer all questions of law to the Court for the Court's determination.

14.    Deny the allegations contained in paragraph "14" of the Verified Complaint.

15.    Deny the allegations contained in paragraph "15" of the Verified Complaint and respectfully refer all questions of law to the Court for the Court's determination.

16.    Deny the allegations contained in paragraph "16" of the Verified Complaint and respectfully refer all questions of law to the Court for the Court's determination.

## SECOND CAUSE OF ACTION

17.    Repeat and re-allege each and every response to allegations contained in paragraphs "1" through "16" of the Verified Complaint with the same force and effect as set forth herein at length.

18.    Deny the allegations contained in paragraph "18" of the Verified Complaint.

19.   Deny the allegations contained in paragraph "19" of the Verified Complaint and respectfully refer all questions of law to the Court for the Court's determination.

## THIRD CAUSE OF ACTION

20.   Repeat and re-allege each and every response to allegations contained in paragraphs "1" through "19" of the Verified Complaint with the same force and effect as set forth herein at length.

21.   Deny the allegations contained in paragraph "21" of the Verified Complaint and respectfully refer all questions of law to the Court for the Court's determination.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

22.   The Verified Complaint fails to state a cause of action against these answering Defendants.

## SECOND AFFIRMATIVE DEFENSE

23.   Defendants' alleged acts and/or omissions are not the proximate cause of the Plaintiffs' alleged damages and/or injuries.

## THIRD AFFIRMATIVE DEFENSE

24.   Defendants allege that the Verified Complaint and each cause of action therein, is barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

25.    Defendants allege that the Verified Complaint and each cause of action therein, is

barred by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

26.    Defendants allege that the Verified Complaint and each cause of action therein, is

barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

27.    At the time and place mentioned in the Verified Complaint, Defendants violated no

legal duty owing by Defendants to the Plaintiffs.

### SEVENTH AFFIRMATIVE DEFENSE

28.    The Verified Complaint fails to name a necessary party or parties.

### EIGHTH AFFIRMATIVE DEFENSE

29.    Plaintiffs have released and discharged Defendants from any liability by virtue of

Plaintiffs' own acts or omissions.

### NINTH AFFIRMATIVE DEFENSE

30.    Defendants presently have insufficient knowledge or information on which to form a

belief as to whether Defendants may have additional, as yet unstated, defenses

available.  Defendants reserve the right to assert additional defenses in the event

discovery indicates such additional defenses would be appropriate.

**WHEREFORE**, Defendants pray for judgment as follows:

(a)     That Plaintiffs take nothing by way of their Verified Complaint and that each cause of

action against Defendants be dismissed;

(b)     For attorney's fees, costs and disbursements;

(c)     For costs of suit incurred herein; and

(d)     For such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 21, 2007

                                        **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

                        By:     _Joseph F. U_____

                                Joseph Uviño, Esq.
                                LEWIS BRISBOIS BISGAARD & SMITH, LLP
                                *Attorneys for Defendants*
                                HARRY NIEBERG, individually, and
                                HARRY NIEBERG FUNERAL HOME, INC.
                                199 Water Street, 25th Floor
                                New York, New York 10038
                                (212) 232-1300

**TO:**

        Ronald J. Offenkrantz, Esq.
        LICHTER GLIEDMAN OFFENKRANTZ PC
        *Attorneys for Plaintiffs*
        551 Fifth Avenue
        New York, New York 10176
        (212) 867-7750

## ATTORNEY'S VERIFICATION

**JOSEPH UVINO**, being duly sworn, deposes and says:

I am a member of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, attorneys for defendants HARRY NIEBERG, individually, and HARRY NIEBERG FUNERAL HOME INC., with an office located at 199 Water Street, 25th Floor, New York, New York 10038. I have read the foregoing Answer to Plaintiffs' Verified Complaint and know the contents thereof, and that the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

This verification is made by me and not by the above-named defendants because HARRY NIEBERG, individually, and HARRY NIEBERG FUNERAL HOME INC. neither reside nor have a place of business in the county in which their attorneys maintain an office. The source of my information and the ground of my belief are communications and/or a review of the documents contained in the file.

Dated: New York, New York
     November 2⊥ , 2007

_____
         Joseph Uvino, Esq.

6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

--------------------------------------------------------------------X

NIEBERG MIDWOOD CHAPEL INC. and
MIDWOOD MEMORIAL CHAPEL INC.,

Plaintiffs,

-against-

HARRY NIEBERG, individually, and HARRY
NIEBERG FUNERAL HOME INC.,

Defendants.

--------------------------------------------------------------------X

Index No.: 40169/2007

**NOTICE OF MOTION FOR
ADMISSION OF ATTORNEYS
STEVEN A. GIBSON, JODI
DONETTA LOWRY AND
ROBERT A. SCHAFFER**
*PRO HAC VICE*

PLEASE TAKE NOTICE, that upon the Affirmation of Joseph Uvino, Esq., dated December 21,

2007, and the Declarations of Steven A. Gibson, Esq., dated December 20, 2007, Jodi Donetta Lowry, Esq.,

dated December 20, 2007, and Robert A. Schaffer, Esq., dated December 20, 2007, the undersigned will

move this Court, at Motion Support Office, Room 227, of the Supreme Court of the State of New York, held

in and for the County of Kings, at the Courthouse located at 360 Centre Street, Borough of Brooklyn, and the

State of New York, on the 22nd day of January, 2007, at 9:30 in the forenoon of that day, or as soon thereafter

as counsel can be heard, for an Order, pursuant to 22 N.Y.C.R.R. §520.11(a)(1) and the rules of this Court,

admitting Steven A. Gibson, Esq., Jodi Donetta Lowry, Esq., and Robert A. Schaffer, Esq., to appear as

counsel *pro hac vice* on behalf of HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME

INC. for the above-referenced matter.

PLEASE TAKE FURTHER NOTICE, that in accordance with CPLR §2214(b) all answering papers, if any, shall be served on the undersigned no later than seven (7) days prior to the return date of this motion.

Dated:  December 21, 2007.

LEWIS BRISBOIS BISGAARD & SMITH, LLP.

By:  _____
Joseph Uvino, Esq.
*Attorneys for Defendants*
HARRY NIEBERG, individually, and
HARRY NIEBERG FUNERAL HOME INC.
199 Water Street, 25th Floor
New York, New York 10038
Ph: (212) 232-1390
Fax: (212) 232-1399


TO:    Ronald J. Offenkrantz, Esq.
       LICHTER GLIEDMAN OFFENKRANTZ PC
       *Attorneys for Plaintiff*
       551 Fifth Avenue
       New York, New York 10176
       (212) 867-7750

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------X

NIEBERG MIDWOOD CHAPEL INC. and
MIDWOOD MEMORIAL CHAPEL INC.,

Plaintiffs,

-against-

HARRY NIEBERG, individually, and HARRY
NIEBERG FUNERAL HOME INC.,

Defendants.

-------------------------------------------------------------------X

Index No.: 40169/2007

**AFFIRMATION IN SUPPORT
OF MOTION FOR ADMISSION
OF ATTORNEYS STEVEN A.
GIBSON, JODI DONETTA
LOWRY AND ROBERT A.
SCHAFFER *PRO HAC VICE***

Joseph Uvino, Esq., an attorney duly admitted to practice in the Courts of the State of New York, hereby affirms the following to be true under the penalty of perjury:

1.     I am an attorney with Lewis Brisbois Bisgaard & Smith LLP, the attorneys for Defendants HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME INC., in the above-referenced matter. The matters stated herein are true and correct of my own personal knowledge, and if called upon, I could and would testify thereto.

2.     I respectfully submit this affirmation in support of the motion, submitted pursuant to 22 N.Y.C.R.R. §520.11(a)(1) and the rules of this Court, of Steven A. Gibson, Esq., Jodi Donetta Lowry, Esq., and Robert A. Schaffer, Esq. to appear as counsel *pro hac vice* on behalf of Defendants HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME INC., with respect to the above-referenced matter.

3.     I was admitted to practice before the Bar of the State of New York on December 8, 1987.    Additionally, I am admitted to practice before the United States District Court for the Southern District of New York.

4.      I am a member in good standing of each of the bars to which I have been admitted, and have never been censured, suspended, disbarred or held in contempt by any court.

5.      As set forth in the declaration of Steven A. Gibson, Esq., attached hereto as Exhibit "A," Mr. Gibson has been licensed as an attorney since 1990, has been duly admitted to practice in the state of Nevada since October 1998, and is currently a member in good standing of the State Bar of Nevada.

6.      As set forth in the declaration of Jodi Donetta Lowry, Esq., attached hereto as Exhibit "B," Ms. Lowry is an attorney duly admitted to practice in the state of Nevada since November 2001, and is currently a member in good standing of the State Bar of Nevada.

7.      As set forth in the declaration of Robert A. Schaffer, Esq., attached hereto as Exhibit "C," Mr. Schaffer is an attorney duly admitted to practice in the state of Nevada since October 2006, and is currently a member in good standing of the State Bar of Nevada.

8.      Mr. Gibson is a partner with, and Ms. Lowry and Mr. Schaffer are associates with, Lewis, Brisbois, Bisgaard & Smith, LLP, located at 400 South Fourth Street, Suite 500, Las Vegas, Nevada, and are counsel representing the Defendants in the above-referenced matter.

9.      The undersigned knows of no fact that would call into question the integrity or character of Mr. Gibson, Ms. Lowry or Mr. Schaffer.

10.     There is good cause to admit Mr. Gibson, Ms. Lowry and Mr. Schaffer to practice before this Court insofar as they has specialized knowledge of the matters at issue in this case. Mr. Gibson, Ms. Lowry and Mr. Schaffer have specialized knowledge and expertise in trade name infringement and unfair competition cases as involved in the case at bar. Therefore, Mr. Gibson's, Ms. Lowry's and Mr. Schaffer's application *pro hac vice* to represent Defendants in this case is in the best interest of justice and Defendants.

11.    It is respectfully requested that the Court grant the instant motion to admit Mr.

Gibson, Ms. Lowry and Mr. Schaffer *pro hac vice* with respect to the above-referenced matter.

Dated: New York, New York
       December 21, 2007

LEWIS BRISBOIS BISGAARD & SMITH, LLP.

By:    _____
       Joseph Uvino, Esq.
       *Attorneys for Defendants*
       HARRY NIEBERG, individually, and
       HARRY NIEBERG FUNERAL HOME, INC.
       199 Water Street, 25th Floor
       New York, New York 10038
       Ph: (212) 232-1300
       Fax: (212) 232-1399

At IAS *PART 72,* of the Supreme Court of the State of New York at the Courthouse, 360 Adams Street, Borough of Kings, City and State of New York on the *21* day of March, 2008.

PRESENT:

   HONORABLE       ,

      *Robert J. MILLER*    Judge.

--------------------------------------------------------------------- x

HARRY NIEBERG,           :    Index Nos.  796/08

                                                 794/08

                Plaintiff,   :                  793/08

                                               790/08

                                  :

    -against-                           **ORDER TO SHOW**

                                    :        **CAUSE**

NIEBERG MIDWOOD CHAPEL INC., MIDWOOD
MEMORIAL CHAPEL INC., MIDWOOD MEMORIALS :
INC., STANLEY NIEBERG and PETER NEIBERG,

                                    :

                Defendants.

--------------------------------------------------------------------- x

      **UPON** the annexed Affidavits of PETER J. NIEBERG, sworn to March 13, 2008

and RONALD J. OFFENKRANTZ, sworn to March 20, 2008, and the judgments by confession

heretofore entered and filed against the defendants, NIEBERG MIDWOOD CHAPEL INC.,

MIDWOOD MEMORIAL CHAPEL INC., MIDWOOD MEMORIALS INC., STANLEY

NIEBERG and PETER NIEBERG, on January 8, 2008 and upon all the papers and proceedings

had herein.

                                                      *com1*

      **LET** the plaintiff captioned above show cause before this Court at IAS *CED-*, to

be held at the Courthouse in Room *756* thereof located at 360 Adams Street, Borough of Kings,

                                      *APRIL*

City and State of New York on March 2, 2008 at *7:30* o'clock in the forenoon of that day as

soon thereafter as counsel may be heard, why an order pursuant to CPLR 5015(a)(3) should not

be made vacating and setting aside the said judgments ~~upon the grounds that they were~~

fraudulently procured, wrongfully released ~~from escrow~~, and that plaintiff received all sums for

~~which the confessions of judgment acted as security~~ and why plaintiff and his attorneys should

not be sanctioned pursuant to 22 NYCRR 130 and why counsel fees should not be awarded; and

it is further

      **ORDERED,** that plaintiff, his attorney, agents or representatives, and any sheriff

or marshal be, and are hereby stayed, from any enforcement, execution or collection of the said

judgment pending the hearing ~~and final determination~~ of this motion; ~~and it is further~~

*LET PERSONAL*
~~**ORDERED,** that~~ service of a copy of this Order to Show Cause together with the

papers upon which it was based upon plaintiff's attorneys, LEWIS BRISBOIS BISGAARD &

SMITH LLP, Attention:  Joseph Uvino, Esq.~~, at 199 Water Street, 25ᵗʰ Floor, New York, New~~

*ON OR BEFORE MARCH 26, 2008*
~~York 10038 by express mail or other overnight mail delivery~~ be deemed good and sufficient

service; and it is further

     ~~**ORDERED,** that answering papers shall be served by plaintiff on or before~~

~~_____, 2008 and reply papers served on or before _____, 2008.~~

Dated: New York, New York
     March ___, 2008

*ENTER*

*Robert Miller*
Justice of the Supreme Court
*HON. Robert J. Miller,*
*JUSTICE*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------------- x

HARRY NIEBERG,                                    :        Index Nos.    796/08
                                                                        794/08
                                    Plaintiff,    :                      793/08
                                                                        790/08

                                                 :

        -against-                                :        **AFFIDAVIT IN**
                                                          **SUPPORT OF MOTION**
NIEBERG MIDWOOD CHAPEL INC., MIDWOOD             :        **TO VACATE JUDGMENT**
MEMORIAL CHAPEL INC., MIDWOOD MEMORIALS :
INC., STANLEY NIEBERG and PETER NEIBERG,

                                                 :

                                    Defendants.

-------------------------------------------------------------------- x

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

        PETER NIEBERG, being duly sworn, deposes and says:

        1.      I am one of defendants herein and an officer of each of defendant corporations. I
make this Affidavit in Support of the relief sought in the within Order to Show Cause.

        2.      This is the latest in a series of vexatious law suits instituted by my brother,
HARRY NIEBERG ("HARRY") in this Court and in the United States District Court for the
Southern District of New York following defendants buyout of HARRY's shareholder interests
in the corporate defendants as of August 2006.

        3.      HARRY and each individual defendant was a one-third shareholder in the
NIEBERG family business, which operates a funeral home in Brooklyn, New York and conducts
funerals in the tri-state area.

4.     When HARRY's one-third interest was bought out in August 2006 all of the parties entered into a stipulation and general release, which provided for the payment to HARRY of more than $2,000,000 and provided further for the termination and distribution of the Pension Plan of which HARRY was both a trustee and beneficiary.

5.     Because the Pension Plan could not be immediately terminated and its assets distributed, the parties provided for an orderly liquidation, approval by the Internal Revenue Service, and, thereafter, payment to HARRY of his share of the Pension distributable to him. That obligation was secured by Confessions of Judgment in which the actuary estimated a distribution to Harry of $291,000 and that amount was set forth in the Confession. The Confessions of Judgment were the security for – but did not guarantee – the amount of the payment actually due to HARRY from the Pension Plan as determined by the actuaries for the Plan. The Confessions were held in escrow by HARRY's attorneys..

6.     At a point in time, after HARRY instituted actions in this Court against me and my brother, STANLEY NIEBERG, for alleged wrongful activity as purported Trustees of a non existent insurance trust (see Supreme Court State of New York, County of Kings, HARRY NIEBERG, plaintiff v. PETER NIEBERG and STANLEY NIEBERG, as Trustees of the GERTRUDE NIEBERG FAMILY INSURANCE TRUST, defendants, Index No. 44408/2007) and after threatening to, and actually doing business, three blocks away under the name HARRY NIEBERG FUNERAL HOME even though we were continually operating NIEBERG MIDWOOD CHAPEL INC. under that name and under the trade name HARRY NIEBERG & SONS INC. (which resulted in two litigations, one in this Court (Index No. 52541/2004) and a second in the United States District Court for the Southern District of New York, HARRY NIEBERG, an individual and HARRY NIEBERG FUNERAL HOME INC., a New York

Corporation v. NIEBERG MIDWOOD CHAPEL INC., a New York Corporation, MIDWOOD MEMORIAL CHAPEL INC., a New York Corporation, - NIEBERG MIDWOOD CHAPEL INC. and MIDWOOD MEMORIAL CHAPEL INC., New York Corporations, Defendants, Index No. 00392 2008 (MGC)), HARRY procured, from the escrow holder, the Confessions of Judgment securing the pension obligation on the ruse that a default had occurred and later, after he received his pension benefits check in the amount of $275,644.80, proceeded to enter those Confessions of Judgment in the amount of $291,000 on January 8, 2008 even though by January 7, 2008, he held in his possession, the very pension distribution which the Confessions secured. A copy of the pension check, both front and back, dated January 1, 2008, showing its endorsement and deposit by HARRY is attached hereto as Exhibit A. A copy of the Confessions of Judgment and judgment reflecting the filing in the Office of the Clerk of this Court on January 8, 2008 is attached hereto as Exhibit B.

7.    Prior to the making of this application, defendants' requested that HARRY's counsel voluntarily vacate those judgments since the Confessions were only security for the payment of an obligation which was paid, and because all other claims were barred by the general release HARRY had executed. HARRY's counsel, Joseph Uvino, Esq., refused to do so on the stated ground that Harry was entitled "to pursue the amount he believes should have been available to him from that [pension] account." A copy of the general release portion of the Stipulation and Buyout Agreement of August 2006 and a copy of the portion of the Stipulation which provides that the only reason for the existence of the Confessions of Judgment in the first place were to act as security for payment of the pension distribution to HARRY are attached collectively as Exhibit C.

8.    The judgment lien of the judgments entered by HARRY in the amount of $291,000 have impaired defendants' credit, constitute liens against the real property owned by defendants including the property on which defendants' funeral home is located, as well as my home, all of which constitutes malicious and abusive conduct on the part of HARRY, who fraudulently and abusively undertook to file the confessions and obtain a judgment for $291,000 the day after he had already received his $275,644.80 distribution check from the Pension Plan.

9.    The long and short of HARRY's abusive conduct is as follows:

(a)    He procured the release from escrow of Confessions of Judgment after he was told that no default had occurred which would warrant the release.

(b)    He was cautioned not to enter judgments because no default existed.

(c)    He was told by the Pension actuary that distribution of his share was going to be made.

(d)    He was sent and received by Federal Express his distribution check from the Pension Plan in the amount of $275,644.80 on January 7, 2008.

(e)    With the Pension distribution check in hand, he then took the Confessions of Judgment to the County Clerk's Office on January 8, 2008 and procured entry of the judgment in his favor in the $291,000 amount and then proceeded to cash the Pension check, all of which I

4

respectfully submit is fraudulent and abusive conduct for which counsel fees and sanctions should be assessed.

_____
PETER J. NIEBERG

Sworn to before me this

_13_ day of March, 2008.

_____
Notary Public

RONALD G. OFFENKRANTZ
NOTARY PUBLIC-STATE OF NEW YORK
No.02OF2944740
Qualified in New York County
My Commission Expires October 31, 2009

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------------X

HARRY NIEBERG,

                                    Plaintiffs,                          Index No.: 44408/2007
                                                                         Produced 12/4/07.

                -against-

PETER NIEBERG, and                                  **SUMMONS**
STANLEY NIEBERG as Trustees of the
GERTRUDE NIEBERG FAMILY INSURANCE TRUST,

                                    Defendants.
----------------------------------------------------------------------X

To the above-named Defendants:

     You are hereby summoned and required to submit to Plaintiff's attorney, at the address stated

below, an Answer to the attached Complaint.

     If this Summons was personally served upon you in the State of New York, the Answer must

be served within twenty (20) days after such service of the Summons, excluding the date of service.

If the Summons was not personally delivered to you within the State of New York, the Answer must

be served within thirty (30) days after the service of the Summons is complete as provided by law.

     If you do not serve an Answer to the attached Complaint within the applicable time limitation

set forth above, a judgment may be entered against you, by default, for the relief demanded in the

Complaint, without further notice to you.

     The action will be heard in the Supreme Court of the State of New York, in and for the

County of Kings. The action is venued in the County of Kings because it is the principal place of

business of Defendant HARRY NIEBERG, whose address is 199 Water Street, Suite 2500, New

York., New York 10038.

Dated: New York, New York
       December 3, 2007

                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        Joseph Uvino, Esq.
                                        Marsha E. Harris, Esq.
                                        Attorneys for Plaintiff Harry Nieberg
                                        199 Water Street, 25th Floor
                                        New York, NY 10038
                                        Tel: (212) 232-1300

TO:

        Stanley Nieberg
        2313 East 69th Street
        Brooklyn, New York 11234

        Peter Nieberg
        260 Whitman Drive
        Brooklyn, New York 11234



# STATE OF NEW YORK
# DEPARTMENT OF HEALTH

433 River Street, Suite 303   Troy, New York 12180-2299

Richard F. Daines, M.D.
*Commissioner*

Wendy E. Saunders
*Chief of Staff*

March 28, 2008

Ronald J. Offenkrantz, Esq.
Lichter Gliedman Offenkrantz PC
551 Fifth Ave.
New York, NY 10176

Dear Mr Offenkrantz:

Harry Nieberg Funeral Home is not a registered funeral firm with the New York State
Department of Health. Nor has it ever been registered with the Department.

I trust  this response resolves your inquiry.

Sincerely,

Deborah H. Orecki, Director
Bureau of Funeral Directing

**EXHIBIT 6**

# STATE OF NEW YORK
# DEPARTMENT OF HEALTH

433 River Street, Suite 303    Troy, New York 12180-2299

Richard F. Daines, M.D.
*Commissioner*

Wendy E. Saunders
*Chief of Staff*

March 28, 2008

Ronald J. Offenkrantz, Esq.
Lichter Gliedman Offenkrantz PC
551 Fifth Ave.
New York, NY 10176

Dear Mr Offenkrantz:

Harry Nieberg Funeral Home is not a registered funeral firm with the New York State Department of Health. Nor has it ever been registered with the Department.

I trust this response resolves your inquiry.

Sincerely,

Deborah H. Orecki, Director
Bureau of Funeral Directing

**EXHIBIT 7**

VITAL RECORDS CERTIFICATE

DATE FILED

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH**   Certificate No.

**NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE**

JAN-14-2008 11:37 PM

**156-08-001668**

**1. DECEDENT'S
LEGAL NAME** DOROTHY DAIDONE
(First Name)    (Middle Name)    (Last Name)

| 2a. New York City  2b. Borough Bronx | 2c. Type of Place 1 ☐ Hospital Inpatient 2 ☐ Emergency Dept./Outpatient 3 ☐ Dead on Arrival | 4 ☒ Nursing Home/Long Term Care Facility 5 ☐ Hospice Facility 6 ☐ Decedent's Residence 7 ☐ Other Specify | 2d. Name of hospital or other facility (if not facility, street address) Hudson Pointe at Riverdale Center for Rehab and Nursing |

| 3a. Date and Time of Death (Month) JANUARY | (Day) 13 | (Year-yyyy) 2008 | 3b. Time 6:05 ☒PM ☐AM | 4. Sex Female | 5. Date last attended by a Physician mm 01 dd 12 yyyy 2008 |

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

Name of Physician SUDHA GANTI

Address

Signature

License No. 182835   Date 01/13/2008

| 7a. Usual Residence State New York | 7b. County Bronx | 7c. City or Town Riverdale | 7d. Street and Number 3220 Henry Hudson Pkwy | Apt. No. | ZIP Code 10463 | 7e. Inside City Limits? ☒ Yes 2 ☐ No |

| 8. Date of Birth (Month) October (Day) 04 (Year-yyyy) 1912 | 9. Age at last birthday (Years) 95 | Under 1 Year Months Days | Under 1 Day Hours Minutes | 10. Social Security No. 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 |

| 11a. Usual Occupation (Type of work done during most of working life. Do not use "retired") Homemaker | 11b. Kind of business or Industry OWN Home | 12. Alias or AKAs |

| 13. Birthplace (City & State or Foreign Country) Bklyn, NY | 14. Education (Check the box that best describes the highest degree or level of school completed at the time of death) 1 ☐ 8th grade or less; none 2 ☐ 9th – 12th grade; no diploma 3 ☒ High school graduate or GED 4 ☐ Some college credit, but no degree 5 ☐ Associate degree (e.g. AA, AS) 6 ☐ Bachelor's degree (e.g. BA, AB, BS) 7 ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA) 8 ☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, DDS, DVM, LLB, JD) |

| 15. Ever in U.S. Armed Forces? 1 ☐ Yes 2 ☒ No | 16. Marital Status at Time of Death 1 ☐ Married 2 ☐ Divorced 3 ☐ Married, but separated 4 ☐ Never married 5 ☒ Widowed 6 ☐ Unknown | 17. Surviving Spouse's Name (If wife, name prior to first marriage) (First, Middle, Last) |

| 18. Father's Name (First, Middle, Last) David Hollenberg | 19. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last) Bessy Bloch |

| 20a. Informant's Name Richard Daidone | 20b. Relationship to Decedent Son | 20c. Address (Street and Number) 207 Valley CT | Apt. No. | City & State Hanworth, NJ | ZIP Code 07641 |

| 21a. Method of Disposition 1 ☒ Burial 2 ☐ Cremation 3 ☐ Entombment 4 ☐ Other Specify 5 ☐ Other Specify | | 4 ☐ City Cemetery | 21b. Place of Disposition (Name of cemetery, crematory, other place) Beth David Cemetery |

| 21c. Location of Disposition (City & State or Foreign Country) Elmont, New York | 21d. Date of Disposition mm 01 dd 15 yyyy 2008 |

| 22a. Funeral Establishment Sherman's Flatbush Memorial Chapel Inc. | 22b. Address (Street and Number) 1283 Coney Island Avenue | City & State Brooklyn, NY | ZIP Code 11230 |

VR 16 (Rev. 01/06)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code or any other law. The purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED

**March 12, 2008**

Steven P. Schwartz
Steven P. Schwartz, Ph.D., City Registrar





Q 0 0 0 1 1 8 8 7

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK  )

**RONA INGEGNERI**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at 333 East 55th Street, New York, New York 10022.

On April 10, 2008, I served a true copy of an Affidavit in Opposition to Preliminary Injunction Motion upon Joseph Uvino, Esq., Lewis Brisbois Bisgaard & Smith LLP, the attorneys for plaintiffs, at 199 Water Street, 25th Floor, New York, New York 10038, by depositing a true copy thereof enclosed in a wrapper properly addressed in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
RONA INGEGNERI

Sworn to before me this
10th day of April, 2008.

_____
Notary Public

RONALD J. OFFENKRANTZ
NOTARY PUBLIC-STATE OF NEW YORK
No.02OF2944740
Qualified in New York County
My Commission Expires October 31, 2009

20979