UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
HARRY NIEBERG, an individual and           Case No.: 08 CV 00392 (MGC)
HARRY NIEBERG FUNERAL HOME, INC.,
a New York corporation,
                Plaintiff,
    -against-
NIEBERG MIDWOOD CHAPEL, INC.,
a New York corporation and
MIDWOOD MEMORIAL CHAPEL, INC.,
a New York corporation,
                Defendant.
----------------------------------------------------------------x
NIEBERG MIDWOOD CHAPEL, INC.
and MIDWOOD MEMORIAL CHAPEL, INC.,
New York Corporations,
                Defendants and
                Counterclaim Plaintiffs,
    -against-
HARRY NIEBERG and
HARRY NIEBERG FUNERAL HOME, INC.,
                Counterclaim Defendant,
     -and-
SHERMAN FUNERAL HOME, INC.,
                Additional Counterclaim
                Defendant.
----------------------------------------------------------------x

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Sherman Funeral Home, Inc. (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

Dated: New York, New York        SAMUEL E. KRAMER, ESQ.
       April 21, 2008            *Attorney for "Additional Counterclaim Defendant"*
                                            *Sherman Funeral Home, Inc.*
                                            By:   S/Samuel E. Kramer
                                                    Samuel E. Kramer (SK 6948)
                                                    225 Broadway - Suite 3300
                                                    New York, New York 10007
                                                    (212) 285-2290
                                                    samkatty@bwaay.net

Case 1:08-cv-00392-MGC     Document 21     Filed 04/21/2008     Page 2 of 2