```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY NIEBERG, an individual, and HARRY NIEBERG FUNERAL HOME INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NIEBERG MIDWOOD CHAPEL INC., a New York Corporation; MIDWOOD MEMORIAL CHAPEL INC., a New York corporation,<br><br>Defendants. | Case No. : 08 CV 00392<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Joseph F. Uvino, attorney for Plaintiffs HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME INC. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | STEVEN A. GIBSON |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 400 South Fourth Street, Suite 500 |
| City/State/Zip: | Las Vegas, Nevada 89101 |
| Telephone: | (702) 893-3383 |
| Facsimile: | (702) 893-3789 |

| | |
|---|---|
| Applicant's Name: | JODI DONETTA LOWRY |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 400 South Fourth Street, Suite 500 |
| City/State/Zip: | Las Vegas, Nevada 89101 |
| Telephone: | (702) 893-3383 |
| Facsimile: | (702) 893-3789 |

| | |
|---|---|
| Applicant's Name: | ROBERT A. SCHAFFER |
| Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 400 South Fourth Street, Suite 500 |
| City/State/Zip: | Las Vegas, Nevada 89101 |
| Telephone: | (702) 893-3383 |
| Facsimile: | (702) 893-3789 |

are admitted to practice *pro hac vice* as counsel for HARRY NIEBERG and HARRY NIEBERG FUNERAL HOME INC., in the above captioned case in the United states District Court for the

Southern district of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules Governing discipline of attorneys. If this Action is assigned to the Electronic Filing System, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~~~ March 25 ~~~~, 2008.
New York City, New York

S/ By _____
United States District ~~Magistrate~~ Judge

4824-3849-8818.1